# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK



MILAGROS IMPORTS LIMITED, a New York corporation,

Plaintiff,

v.

PROGRESS VANTAGE LIMITED, a Foreign corporation,

Defendant.

: Civil Action No.: TBD



## RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Milagros Imports Limited ("Milagros"), through its attorneys, declares that it has no parent corporation nor does any publicly held corporation own 10% or more of its stock.

DATED:  April 20, 2007
New York, New York

KENYON & KENYON LLP

By:  _Jon D. Rech_
Jonathan D. Recihman (JDR-3243)
Justin M. Kayal (JMK-5183)
One Broadway
New York, NY 10004
Phone: 212-425-7200
Fax:   212-425-5288

- and -


STOLE RIVES LLP

Vanessa Soriano Power
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  (206) 624-0900
Fax:  (206) 386-7500


Attorneys for Plaintiff
*Milagros Imports Limited*