USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MILAGROS IMPORTS LIMITED,

        Plaintiff,

- against -

PROGRESS VANTAGE LIMITED,

        Defendant.
---------------------------------------------------------------X

**ORDER SUBSTITUTING COUNSEL**

07 CV 3215 (SHS)

    Upon the annexed Declaration of Daniel S. Moretti, dated May 14, 2007, and the executed Consent to Change Attorney form annexed thereto, it is hereby:

    ORDERED that, pursuant to Rule 1.4 of the Local Civil Rules of this Court, the law firm of Landman Corsi Ballaine & Ford P.C., 120 Broadway, 27th Floor, New York, NY 10271-0079, telephone number (212) 238-4800, be and hereby is substituted as counsel of record for plaintiff Milagros Imports Limited in the place and stead of Kenyon & Kenyon LLP, One Broadway, New York, New York 10004-1007, telephone number (212) 425-7200.

Dated:   New York, New York
        May 16, 2007

_____
U.S.D.J.

440708.1 DocsNY