Steven G. Storch (SS 5241)
Benjamin L. Felcher Leavitt (BL 7363)
STORCH AMINI & MUNVES, P.C.
Two Grand Central Tower, 25th Floor
140 East 45th Street
New York, New York 10017
(212) 490-4100
Attorneys for Defendant
Progress Vantage Limited

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MILAGROS IMPORTS LIMITED, a New York  :   **07 Civ. 03215 (SHS) (HBP)**
corporation                                                            :
                 Plaintiff,                           :
                                                         :
       - against -                             :   **ECF CASE**
                                                         :
PROGRESS VANTAGE LIMITED, a Foreign   :   **NOTICE OF APPEARANCE**
corporation                                                            :
                 Defendant.                         :
                                                         :
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE that, Storch Amini & Munves, P.C. hereby enters its appearance as attorneys of record for defendant PROGRESS VANTAGE LIMITED in the above-captioned action, and that from hereinafter, any notices, pleadings, orders, correspondence, and all other papers filed or served in this matter should be served on the undersigned at the address set forth below.

Dated: New York, New York          STORCH AMINI & MUNVES, P.C.
         July 5, 2007

                                               By: /s/ Benjamin L. Felcher Leavitt
                                               Steven G. Storch (SS 5241)
                                               Benjamin L. Felcher Leavitt (BL 7363)
                                               Two Grand Central Tower, 25th Floor
                                               140 East 45th Street
                                               New York, New York 10017
                                               (212) 490-4100
                                               *Attorneys for Defendant*