Steven G. Storch (SS 5241)
Benjamin L. Felcher Leavitt (BL 7363)
STORCH AMINI & MUNVES, P.C.
Two Grand Central Tower, 25th Floor
140 East 45th Street
New York, New York 10017
(212) 490-4100
Attorneys for Defendant
Progress Vantage Limited

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
| | | |
|---|---|---|
| MILAGROS IMPORTS LIMITED, a New York corporation | : | **07 Civ. 03215 (SHS) (HBP)** |
| Plaintiff, | : | |
| | : | |
| - against - | : | **ECF CASE** |
| | : | |
| PROGRESS VANTAGE LIMITED, a Foreign corporation | : | **DISCLOSURE STATEMENT** |
| Defendant. | : | |
| | : | |

---------------------------------------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Progress Vantage Limited, through its undersigned attorneys, certifies that Progress Vantage Limited has no parent corporation, and no publicly held corporation owns ten percent or more of its stock.

Dated: New York, New York
       July 5, 2007

STORCH AMINI & MUNVES, P.C.

By: /s/ Benjamin L. Felcher Leavitt
Steven G. Storch (SS 5241)
Benjamin L. Felcher Leavitt (BL 7363)
Two Grand Central Tower, 25th Floor
140 East 45th Street
New York, New York 10017
(212) 490-4100
*Attorneys for Defendant*