Steven G. Storch (SS 5241)
Benjamin L. Felcher Leavitt (BL 7363)
STORCH AMINI & MUNVES, P.C.
Two Grand Central Tower, 25th Floor
140 East 45th Street
New York, New York 10017
(212) 490-4100
Attorneys for Defendant
Progress Vantage Limited

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| MILAGROS IMPORTS LIMITED, a New York corporation | : | **07 Civ. 03215 (SHS) (HBP)** |
| Plaintiff, | : | |
| | : | |
| - against - | : | **ECF CASE** |
| | : | |
| PROGRESS VANTAGE LIMITED, a Foreign corporation | : | **NOTICE OF APPEARANCE** |
| Defendant. | : | |
| | : | |

-------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for PROGRESS VANTAGE LIMITED. I certify that I am admitted to practice in this court.

Dated: New York, New York
       July 5, 2007

STORCH AMINI & MUNVES, P.C.

By:    /s/ Steven G. Storch
Steven G. Storch (SS 5241)
Benjamin L. Felcher Leavitt (BL 7363)
Two Grand Central Tower, 25th Floor
140 East 45th Street
New York, New York 10017
(212) 490-4100
*Attorneys for Defendant*