```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MILAGROS IMPORTS LIMITED,                   :        07 Civ. 3215 (SHS)

                Plaintiff,               :

    -against-                              :        ORDER

PROGRESS VANTAGE LIMITED,                   :

                Defendant.               :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    Mandatory disclosures pursuant to Rule 26 shall be exchanged on or before September 4, 2007;

    2.    The next conference is scheduled for November 8, 2007, at 10:00 a.m.

    3.    The last day for completion of fact discovery is December 31, 2007; and

    4.    This case is being referred for court annexed mediation.

Dated: New York, New York
       July 12, 2007

                              SO ORDERED:

                              _____
                              Sidney H. Stein, U.S.D.J.