## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                       )ss.:
COUNTY OF NEW YORK  )

        Monica Kim, being duly sworn, deposes and says:

        Deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

        On July 13, 2007 deponent served the within **ANSWER AND COUNTERCLAIM** upon:

Vanessa Soriano Power, Esq.
STOLE RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101

by depositing the same thereof enclosed in a postpaid wrapper marked for overnight delivery under the exclusive care and custody of Federal Express.

                           _____
                                Monica Kim

Sworn to before me this
16th day of July, 2007.

_____
Notary Public

KEVIN FRITZ
Notary Public, State of New York
No. 02FR6139281
Qualified in New York County
Commission Expires on January 3, 2010