UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILLAGROS IMPORTS LIMITED, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESS VANTAGE LIMITED, A foreign corporation,<br><br>Defendant. | 07-CV-3215 (SHS)<br><br>**PLAINTIFF MILAGROS IMPORTS LIMITED'S INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)** |

Plaintiff Milagros Imports Limited ("Milagros") makes the following Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) based on the information currently and reasonably available to it at this initial stage of the case.

A.   **Persons With Knowledge (FRCP 26(a)(1)(A))**

The following persons may have knowledge of discoverable information that Milagros may use to support its claims and defenses to counterclaims in this case:

| Name | Address | Subject Matter |
|---|---|---|
| Irene-Luisa Torres | Milagros Imports Limited, 358 Fifth Avenue, Suite 1500 New York, NY 10001 | All facts underlying Milagros's claims and defenses to counterclaims |
| Raymond Figueroa | Milagros Imports Limited, 358 Fifth Avenue, Suite 1500 New York, NY 10001 | All facts underlying Milagros's claims and defenses to counterclaims |
| Ben D'Aniello | Milagros Imports Limited, 358 Fifth Avenue, Suite 1500 New York, NY 10001 | Facts concerning Goddess Footwear/Lisa Napolitano's communications with Milagros's customers |
| William Wong | Progress Vantage Limited Unit 13A1, 13th Floor, Park Sun Building | All facts underlying the parties' business relationship |

|  | 103-107 Wo Yi Hop Road<br>Kwai Chung, New Territories<br>Hong Kong |  |
| --- | --- | --- |
| John Lau | ARDA Industrial L.T.D.<br>Flat A, 6/Fl<br>Kin Ho Industrial Building<br>Block 1<br>14-24 Au Pui Wan Street<br>Fo Tan, Shatin, N.T.<br>Hong Kong | Facts concerning Milagros' claims and defenses to counterclaims |
| David Y.C. Cheng | Topper Embroidery & Textiles LTD.<br>Unit 16A, 14th Floor<br>Peninsula Square<br>18 Sung On Street<br>Kowloon<br>Hong Kong | Facts concerning Milagros' claims and defenses to counterclaims |
| Shirley Keng | Flicker Footwear Limited<br>Room 908, Tower B<br>Hung Hom Commercial Centre<br>37-39 Ma Tau Wai Road<br>Hung Hom, Kowloon<br>Hong Kong | Facts concerning Milagros' claims and defenses to counterclaims |

B.   **Description of Documents (FRCP 26(a)(1)(B))**

Milagros incorporates by reference its responses and objections to Defendant and Counterclaim Plaintiff's First Request for the Production of Documents. The following categories of documents may be relevant to Milagros's claims and defenses to counterclaims in this case:

| **Category** | **Location** |
| --- | --- |
| Electronic mail | Milagros Imports Limited<br>c/o Stoel Rives LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101 |
| Electronic records | Milagros Imports Limited,<br>c/o Stoel Rives LLP |

| Category | Location |
|---|---|
|  | 600 University Street, Suite 3600<br>Seattle, WA 98101 |
| Business records | Milagros Imports Limited,<br>c/o Stoel Rives LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101 |
| Samples of products and packaging bearing the BETTA mark | Milagros Imports Limited,<br>c/o Stoel Rives LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101 |

C.   **Compilation of Damages (FRCP 26(a)(1)(C))**

At this time, Milagros has only sought declaratory relief in this matter, and an award of its attorney's fees and costs to the extent permitted by law. Milagros will supplement these Initial Disclosures when and if it seeks an award of damages in this case.

D.   **Insurance (FRCP 26(a)(1)(D))**

Milagros has no insurance agreements under which any person carrying on an insurance business may be liable to satisfy all or part of any judgment that may be entered on defendant's counterclaim or to indemnify or reimburse for any payments made to satisfy any such judgment.

Milagros reserves the right to supplement these Initial Disclosures as discovery progresses.

Dated: New York, New York
September 4, 2007

Respectfully submitted,

LANDMAN CORSI BALLAINE & FORD P.C.

By: _____

        Daniel S. Moretti (DM 6630)
        Local Counsel for Plaintiff
        Milagros Imports Limited
        120 Broadway, 27th Floor
        New York, New York 10271-0079
        (212) 238-4800

        Vanessa Soriano Power, Esq.
        Stoel Rives, LLP
        Counsel for Plaintiff
        600 University Street, Suite 3600
        Seattle, WA 98101
        (206) 624-0900

To:    Storch, Amini & Munues, P.C.
        Attorneys for Defendant
        140 E 45th Street, 25th Floor
        New York, New York 10017
        (212) 490-4100

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      **RYAN NEW**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at NEW YORK, NEW YORK.

      That on the 4th day of September, 2007, deponent served the within **PLAINTIFF MILAGROS IMPORTS LIMITED'S INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)** upon:

> Storch, Amini & Munues, P.C.
> Attorneys for Defendant
> 140 East 45th Street, 25th Floor
> New York, New York 10017

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                                                        Ryan New

Sworn to before me this
4th day of September, 2007

_____
           Notary

JAMES HEFFLER
Notary Public, State of New York
No. 032393
Qualified in Queens County
Commission Expires November 1, 20 09

447492.1 DocsNY