```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MILAGROS IMPORTS LIMITED,                :        07 Civ. 3215 (SHS)

               Plaintiff,       :

   -against-                               :        ORDER

PROGRESS VANTAGE LIMITED,                :

               Defendant.       :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

1.    The last day for completion of discovery is extended to February 22, 2008;

2.    There will be a pretrial conference on February 22, 2008, at 10:00 a.m.;

3.    Motions for summary judgment are due on or before March 17, 2008;

4.    Oppositions are due March 31, 2008; and

5.    Replies are due on or before April 7, 2008.

Dated: New York, New York
       November 8, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.