


STORCH AMINI MUNVES PC
A New York Professional Corporation

BENJAMIN L. FELCHER LEAVITT
Member NY Bar

February 14, 2008

**BY HAND DELIVERY**

Hon. Sidney H. Stein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007-1312

Re:   **Milagros Imports Limited. v. Progress Vantage Limited; Case No. 07cv 03215 (SHS)**

Dear Judge Stein:

We represent defendant and counterclaim plaintiff Progress Vantage Limited in the above-referenced matter and, in accordance with Your Honor's Individual Rules, we write to respectfully request an adjournment of the status conference currently scheduled for Friday February 22, 2008. Depositions will be taking place in Seattle, Washington on February 20 and 21, 2008 and undersigned counsel will be returning from Seattle until February 22, 2008. The conference has not been previously adjourned and neither party is seeking to extend any deadlines established in the case. I have conferred with Daniel Moretti, counsel for Milagros Imports Ltd, and he has no objection to this request. In addition, I spoke with Ms. Blakely who indicated that the conference can be scheduled for March 7, 2008 at 11:00 a.m.

Respectfully submitted,

Benjamin L. Felcher Leavitt

SO ORDERED 2/15/08

SIDNEY N. STEIN
U.S.D.J.

cc:   Daniel S. Moretti, Esq. (*by facsimile*)
      Vanessa Soriano Power, Esq. (*by facsimile*)

2 Grand Central Tower   New York, New York 10017   Tel: 212.490.4100   Fax: 212.490.4208   E-mail: bleavitt@samlegal.com
Washington, DC   Garden City, NY   South River, NJ