```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MILAGROS IMPORTS LIMITED,

      Plaintiff,

-against-

PROGRESS VANTAGE LIMITED,

      Defendant.

---

**ORDER FOR ADMISSION PRO HAC VICE UPON WRITTEN MOTION**

07 Civ. 3215 (SHS)

    Upon the motion of Daniel S. Moretti, attorney for Plaintiff, and said sponsor attorney's affidavit in support;

    **IT IS HEREBY ORDERED** that:

Vanessa Soriano Power, Esq.
Stoel Rives, LLP
600 University Street, Suite 3600
Seattle, Washington 98101
(206) 624-0900

is admitted to practice *pro hac vice* as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

DATED: February 28, 2008
          New York, New York

                                                 United States District/~~Magistrate~~ Judge

456224.1 DocsNY