## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK   )

      **RYAN NEW**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at NEW YORK, NEW YORK.

      That on the 5th day of March, 2008, deponent served the within **NOTICE OF MOTION WITH DECLARATION IN SUPPORT** upon:

> Storch, Amini & Munues, P.C.
> Attorneys for Defendant
> 140 East 45th Street, 25th Floor
> New York, New York 10017

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                                            _____
                                                                     Ryan New

Sworn to before me this
5th day of March, 2008

_____
            Notary

JAMES HEFFLER
Notary Public, State of New York
No. 01HE6032393
Qualified in Queens County
Commission Expires November 1, 2009

447492.1 DocsNY