```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MILAGROS IMPORTS LIMITED,  :   07 Civ. 3215 (SHS)

               Plaintiff,  :

   -against-  :   ORDER

PROGRESS VANTAGE LIMITED, *ET AL.*,  :

              Defendants.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    There will be a pretrial conference on May 16, 2008, at 11:00 a.m.;

    2.    The joint pretrial order, proposed findings of fact and conclusions of law, and any motions *in limine* are due on or before May 16, 2008; and

    3.    The trial of this action is scheduled for June 2, 2008, at 9:30 a.m.

Dated: New York, New York
       March 7, 2008

                                        SO ORDERED:

                                        _____
                                        Sidney H. Stein, U.S.D.J.