UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MILAGROS IMPORTS LIMITED, a New York corporation,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>PROGRESS VANTAGE LIMITED, a foreign corporation,  )<br>)<br>Defendant.  ) | **NOTICE OF MOTION**<br>**FOR SUMMARY JUDGMENT**<br><br>07-CV-3215 (SHS) |

**PLEASE TAKE NOTICE** that upon the Declarations of Irene-Luisa Torres and Vanessa Soriano Power, dated March 17, 2008, with accompanying exhibits, and Memorandum of Law, Plaintiff Milagros Imports Limited ("Plaintiff"), shall move this Court, before the Honorable Sidney H. Stein, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, for: (i) summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure; and (ii) an order declaring Milagros the owner of the "BETTA" mark in the United States; and (iii) such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to this Court's Scheduling Order and Local Rule 6.1(b), any opposing affidavits and answering memoranda shall be served within ten business days after service of the moving papers, and any reply affidavits and memoranda of law shall be served within five business days after service of the answering papers.

1

Dated: New York, New York
March 17, 2008

Respectfully submitted,

LANDMAN CORSI BALLAINE & FORD P.C.

By: _____
Daniel S. Moretti (DM 6630)
Attorneys for Plaintiff
Milagros Imports Limited
120 Broadway, 27th Floor
New York, New York 10271-0079
(212) 238-4800

STOEL RIVES LLP

By: _____
Vanessa Soriano Power (WSBA 30777)
*Admitted pro hac vice*
Attorneys for Plaintiff
Milagros Imports Limited
600 University Street, Suite 3600
Seattle, WA 98101
(206) 624-0900

To: Storch, Amini & Munues, P.C.
Attorneys for Defendant
140 E 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100

2