# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

     **RYAN NEW**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at NEW YORK, NEW YORK.

     That on the 17th day of March, 2008, deponent served the within **NOTICE OF MOTION FOR SUMMARY JUDGMENT WITH DECLARATIONS IN SUPPORT** upon:

> Storch, Amini & Munues, P.C.
> Attorneys for Defendant
> 140 East 45th Street, 25th Floor
> New York, New York 10017

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                                                   Ryan New

Sworn to before me this
17th day of March, 2008

_____
            Notary

MIRIAM DEIKUN
Notary Public, State of New York
No. 01DE6141377
Qualified in Queens County
Commission Expires February 21, 20 10

447492.1 DocsNY