# TORRES DECLARATION

# EXHIBIT 1

8:11 PM
08/28/07

# MILAGROS IMPORTS LTD
## Vendor QuickReport
### All Transactions

| Type | Date | Num | Memo | Amount |
|---|---|---|---|---|
| Bill | 12/21/2003 | MIL275/03 | MIL275/03 SAMPLES: TRANSPORTATION COSTS | -214.80 |
| Bill | 01/21/2004 | MIL03049 | MIL03049: BLOSSOM SAMPLES: TRANSPORTATION COSTS | -476.00 |
| Bill | 02/02/2004 | MIL304/03 | MIL304/3 SAMPLES TRANSPORTATION COSTS: SHIPPED JAN 04 | -392.40 |
| Bill | 09/17/2004 | MIL148/04 | 290CTNS/CNTR #:TEXU5455399- ORIENTAL BAY V.57E38 | -9,819.60 |
| Bill | 09/17/2004 | MIL149/04 | 200 CTNS / CONT# NYKU6152041 SINGAPORE BAY | -6,081.84 |
| Bill | 09/30/2004 | MIL174/04 | 120 ctns NYKU4556002: ANNIE SEZ PO 1009 | -4,924.80 |
| Bill | 10/06/2004 | MIL188/04 | MAWB#023-7513 0790 / BY AIR | -2,179.20 |
| Bill | 10/06/2004 | MIL189/04 | 100CTNS / CNTR#00LU5450841-P&O NED DAMIETTA V-01E40 | -4,788.00 |
| Bill | 10/07/2004 | MIL191/04 | 50 CTNS /MAWB#:023-7459-6410 / BY AIR FRT | -2,106.00 |
| Bill | 10/11/2004 | MIL200/04 | 300 CTNS/ FSCU6452012-P&O NED DAMIETTA V.01E40 | -11,076.00 |
| Bill | 11/05/2004 | MIL230/04 | 150 CTNS / TRIU4286370-SINGAPORE BAY V.56E45 | -5,364.00 |
| Bill | 11/09/2004 | MIL04085 | PRICE STICKERS PRODUCED BY GODDESS | -31.20 |
| Bill | 11/24/2004 | MIL240/04 | MIL240/04:WIDER NYKS499051100:NYC37403/04 : HKGNYC-1138/04 | -17,297.28 |
| Bill | 11/24/2004 | MIL241/04 | MIL241/04: WIDER NYKS199051100: NYC37403/04: HKGNYC-1138/04 | -11,600.16 |
| Bill | 12/03/2004 | MIL286/04 | MIL286/04:WIDER HKGNYC02017/05 : 287CTNS | -8,275.56 |
| Bill | 01/09/2005 | MIL255/04 | MIL255/04 | -2,489.76 |
| Bill | 02/03/2005 | MIL282/04 | MIL282/04:WIDER: HKGNYC02001/05 : WRNYC38858 | -32,043.40 |
| Bill | 02/03/2005 | MIL285/04 | MIL285/04: WIDER HKGNYC02001/05 : WRNYC38858 | -26,197.80 |
| Bill | 03/17/2005 | MIL305/04 | MIL305/04: WIDER HKGNYC03045/05 : WRNYC39333 | -5,903.58 |
| Bill | 03/31/2005 | MIL310/04 | MIL310/04: WIDER WRNYC39806 (FLI&GODD: M.B/L OOLU27613221) 174CTNS | -902.11 |
| Bill | 05/05/2005 | MIL181/05 | MIL181/05 248 CTNS AIR MAWB#403-8127-6241 | -13,691.43 |
| Bill | 08/17/2005 | MIL100/05 | MIL100/05 : WIDER NYKS499086632: HKGNYC08019/05 | -19,470.00 |
| Bill | 08/17/2005 | MIL101/05 | MIL101/05 :WIDER NYKS499086632: HKGNYC08019/05 | -27,444.00 |
| Bill | 08/20/2005 | MIL107/05 | MIL107/05 WIDER: HKGNYC08044/05 : NYC42617/05 420 CTNS | -14,829.00 |
| Bill | 08/23/2005 | MIL05022 | DEBIT NOTE FOR L/C OPENED TO BEAN TRADING INCL INTEREST | -1,867.19 |
| Bill | 08/24/2005 | MIL111/05 | MIL111/05 WIDER: HKGNYC08065/05 : NYC42715/05 | -3,589.44 |
| Bill | 09/20/2005 | MIL147/05 | MIL147/05: WIDER:NYKS499093446 HKGNYC09041/05 1028 CTNS | -29,504.21 |
| Bill | 12/19/2005 | MIL268/05 | MIL268/05: WIDER HKGNY12041/05; NYC44719/05 1317CTNS | -31,341.72 |
| Bill | 12/22/2005 | MIL269/05 | MIL269/05 WIDER: HKGNYC12056/05 ; NYC44815/05 177CTNS | -4,655.52 |
| Bill | 01/26/2006 | MIL296/05 | MIL296/05: CHHKHKLAX3C7010: WIDER HKGNYC01059/06 : 1106CTNS | -28,926.96 |
| Bill | 01/27/2006 | MIL297/05 | MIL297/05: WIDER WRNYC45539 : 1112 CTNS | -27,850.53 |
| Bill | 04/25/2006 | MIL001/06 | MIL001/06 1152CTNS : 5/19/06 CHHKHKLAX3C8263 CCLU4366108/40 | -31,306.92 |
| Bill | 05/10/2006 | MIL014/06 | MIL014/06 CHHKHKLGB3C8383 CCLU4706996/40 05/29/06 | -23,284.32 |
| Bill | 06/25/2006 | MIL065/06 | MIL065/06 1073CTNS: 07/07/06 mbl:NYKS499132207 NYKU8207014/40 | -26,516.28 |
| Bill | 06/27/2006 | MIL066/06 | MIL066/06 HKGNYC06039/06 916CTNS CCLU4613975 | -19,962.96 |
| Bill | 07/02/2006 | MIL072/06 | MIL072/06 MBL NYKS499134965 1276CTNS TO LAX | -31,565.16 |
| Bill | 07/05/2006 | MIL049/06 | MIL049/06 600CTNS DIRECT WCRVAN48369 | -18,151.20 |
| Bill | 07/05/2006 | MIL108/06 | MIL108/06 1171CTNS / NYC48528/06 B/L OOLU3006236122 | -25,363.65 |
| Bill | 10/05/2006 | MIL158/06 | MIL158/06 1865CTN : MBL HDMUQSLB1675863 1X20 +1X40HQ | -41,442.72 |
| Bill | 10/27/2006 | MIL127/06 | MIL127/06 1032CTNS : CNTR# CBHU6190445 | -24,777.12 |
| Bill | 10/27/2006 | MIL213/06 | MIL213/06 1356 CTNS: OOLU7147705 NYC49516/06 | -26,017.73 |
| Bill | 11/10/2006 | MIL329/06 | MIL329/06 MB/L MATS1647949000 894 CTNS | -58,795.56 |
| Bill | 11/10/2006 | MIL334/06 | MIL334/06 1498 CTNS CHHKHKLAX3D2220 | -38,507.04 |
| Bill | 11/10/2006 | MIL335/06 | MIL335/06 MB/LCHHKHKLAX3D2219 1608 CTNS | -66,579.48 |
| Bill | 11/15/2006 | MIL050122 | COURIER CHARGE FOR PROD SAMPLES OF WINNER ORDER PO#1273-1277 | -$155.00 |
| Bill | 12/04/2006 | MIL305/06 | MIL305/06 : 1015CTNS NYC49956/06 CCLU4475665 40' | -27,892.80 |
| Bill | 12/16/2006 | MIL382/06 | MIL382/06 | -27,401.19 |
| Bill | 12/20/2006 | MIL385/06 | MIL 385/06 300 CTNS WINNERS DIRECT TO CANADA | -9,602.64 |
| | | | | -852,655.26 |
| Bill Pmt -Check | 01/24/2005 | EFT012405 | WIRE TRANSFER REF 229 1/24/05 | 36,346.64 |
| Bill Pmt -Check | 04/18/2005 | EFT041805 | WIRE TRANSFER REF 657 | 40,004.64 |
| Bill Pmt -Check | 06/15/2005 | EFT061505 | WIRE TRANSFER REF 0735 | 100,735.60 |
| Bill Pmt -Check | 09/26/2005 | EFT092605 | DEBIT NOTE FOR L/C OPENED TO BEAN TRADING INCL INTEREST | 1,867.19 |
| Bill Pmt -Check | 01/14/2006 | EFT011406 | WIRE TRANSFER REF#1924 | 80,000.00 |
| Bill Pmt -Check | 04/18/2006 | EFT041806 | WIRE TRANSFER REF: 762 | 61,259.62 |
| Bill Pmt -Check | 06/15/2006 | EFT061506 | WIRE TRANSFER REF 0128 | 56,777.49 |
| Bill Pmt -Check | 08/23/2006 | EFT082306 | WIRE TRNSFR REF# 0720 MIL014/06 CHHKHKLGB3C8383 CCLU4706996/40 05/ | 19,242.12 |
| Credit | 09/30/2006 | CB90900 | CB#90900 FOR MACY'S DAMAGES | 13,691.42 |
| Bill Pmt -Check | 10/27/2006 | EFT102606 | WIRE TRANSFER REF#737 | 121,559.25 |
| Bill Pmt -Check | 12/29/2006 | EFT122906 | WIRE TRANSFER | 79,957.37 |
| Bill Pmt -Check | 03/05/2007 | EFT030507 | WIRE TRANSFER | 35,748.49 |
| Bill Pmt -Check | 03/27/2007 | EFT032707 | WIRE TRANSFER | 105,086.52 |
| Bill Pmt -Check | 05/23/2007 | EFT052307 | WIRE TRANSFER | 58,950.56 |
| Bill Pmt -Check | 07/16/2007 | EFT071607 | WIRE TRANSFER | 37,003.83 |
| Credit | | CB#91000 | | 4424.51 |
| | | | | 852,655.25 |
| | 09/27/2005 | EFT092605 | PAYMENT FOR L/C TO THE BEAN | -80,373.19 |
| Check | 07/19/2007 | EFT71907 | LOAN REPAYMENT | -25,000.00 |

**MIL 002947**

**CONFIDENTIAL**