# TORRES DECLARATION

# EXHIBIT 3

| To: | Milagros Imports, Ltd. (TM-PDX@STOEL.COM) |
|---|---|
| Subject: | TRADEMARK APPLICATION NO. 77170813 - BETTA - 74068-2 |
| Sent: | 8/16/2007 11:13:32 AM |
| Sent As: | ECOM107@USPTO.GOV |
| Attachments: | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:**    77/170813

**MARK:** BETTA

# *77170813*

**CORRESPONDENT ADDRESS:**
SEANN W. HALLISKY
STOEL RIVES LLP
600 UNIVERSITY ST STE 3600
SEATTLE, WA 98101-4109

**RESPOND TO THIS ACTION:**
http://www.uspto.gov/teas/eTEASpageD.htm

**GENERAL TRADEMARK INFORMATION:**
http://www.uspto.gov/main/trademarks.htm

**APPLICANT:**    Milagros Imports, Ltd.

**CORRESPONDENT'S REFERENCE/DOCKET NO:**
74068-2
**CORRESPONDENT E-MAIL ADDRESS:**
TM-PDX@STOEL.COM

## OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

**ISSUE/MAILING DATE: 8/16/2007**

The assigned trademark examining attorney has reviewed the referenced application and has determined the following:

## SECTION 2(d) - LIKELIHOOD OF CONFUSION REFUSAL

Registration of the proposed mark is refused because of a likelihood of confusion with the mark in U.S. Registration No. 1371387. Trademark Act Section 2(d), 15 U.S.C. §1052(d); TMEP §§1207.01 *et seq*. See the enclosed registration.

A likelihood of confusion determination in this case involves a two-part analysis. First, the marks are compared for similarities in appearance, sound, connotation and commercial impression. *In re E .I. du Pont de Nemours & Co.*, 476 F.2d 1357, 177 USPQ 563 (C.C.P.A. 1973). Second, the goods or services are compared to determine whether they are similar or related or whether the activities surrounding their marketing are such that confusion as to origin is likely. *In re National Novice Hockey League, Inc.*, 222 USPQ 638 (TTAB 1984); *In re August Storck KG*, 218 USPQ 823 (TTAB 1983); *In re Int'l Tel. and Tel. Corp.*, 197 USPQ 910 (TTAB 1978); *Guardian Prods. Co., v. Scott Paper Co.*, 200 USPQ 738 (TTAB 1978); TMEP §§1207.01 *et seq*.

Here, applicant proposes the mark "**BETTA**" for "footwear, slippers, socks, sandals, booties, gloves, robes; shower wrap sets comprised of shower wraps, slippers, and head wraps; slipper sets comprised primarily of slippers and one or more of socks, pumice stones, toe separators, therapeutic eye masks, and head wraps." The registered mark is "**BETA**" for "athletic socks."

## I. COMPARISON OF THE MARKS

The marks are compared for similarities in sound, appearance, meaning or connotation. *In re E .I. du Pont de Nemours & Co.*, 476 F.2d 1357, 177 USPQ 563 (C.C.P.A. 1973). Similarity in any one of these elements may be sufficient to find a likelihood of confusion. *In re White Swan Ltd.*, 8 USPQ2d 1534, 1536 (TTAB 1988); *In re Lamson Oil Co.*, 6 USPQ2d 1041, 1043 (TTAB 1987); *In re Mack*, 197 USPQ 755 (TTAB 1977); TMEP §1207.01(b).

Applicant's mark is highly similar in sound, appearance and connotation to the registered mark; the only difference is the applicant added an additional letter "T" to the registrant's mark. This change, however, fails to alter the commercial impression, as the marks are similar in sound. The marks are essentially phonetic equivalents and are thus similar sounding. Similarity in sound alone may be sufficient to support a finding of likelihood of confusion. *RE/MAX of America, Inc. v. Realty Mart, Inc.*, 207 USPQ 960, 964 (TTAB 1980); *Molenaar, Inc. v. Happy Toys Inc.*, 188 USPQ 469 (TTAB 1975); *In re Cresco Mfg. Co.*, 138 USPQ 401 (TTAB 1963); TMEP §1207.01(b)(iv).

## II. COMPARISON OF THE GOODS

The goods and/or services of the parties need not be identical or directly competitive to find a likelihood of confusion. Instead, they need only be related in some manner, or the conditions surrounding their marketing are such that they would be encountered by the same purchasers under circumstances that would give rise to the mistaken belief that the goods and/or services come from a common source. *On-line Careline Inc. v. America Online Inc.*, 229 F.3d 1080, 56 USPQ2d 1471 (Fed. Cir. 2000); *In re Martin's Famous Pastry Shoppe, Inc.*, 748 F.2d 1565, 223 USPQ 1289 (Fed. Cir. 1984); *In re Melville Corp.*, 18 USPQ2d 1386, 1388 (TTAB 1991); *In re Corning Glass Works*, 229 USPQ 65 (TTAB 1985); *In re Rexel Inc.*, 223 USPQ 830 (TTAB 1984); *Guardian Prods. Co., Inc. v. Scott Paper Co.*, 200 USPQ 738 (TTAB 1978); *In re Int'l Tel. & Tel. Corp.*, 197 USPQ 910 (TTAB 1978); TMEP §1207.01(a)(i).

Applicant's goods are identical to those of the registrant as both parties identify their goods as socks. Furthermore, the decisions in the clothing field have held many different types of apparel to be related under Section 2(d). *Cambridge Rubber Co. v. Cluett, Peabody & Co., Inc.*, 286 F.2d 623, 128 USPQ 549 (C.C.P.A. 1961) ("WINTER CARNIVAL" for women's boots v. men's and boys' underwear); *Jockey Int'l, Inc. v. Mallory & Church Corp.*, 25 USPQ2d 1233 (TTAB 1992) ("ELANCE" for underwear v. "ELAAN" for neckties); *In re Melville Corp.* 18 USPQ2d 1386 (TTAB 1991) ("ESSENTIALS" for women's pants, blouses, shorts and jackets v. women's shoes); *In re Pix of America, Inc.*, 225 USPQ 691 (TTAB 1985) ("NEWPORTS" for women's shoes v. "NEWPORT" for outer shirts); *In re Mercedes Slacks, Ltd.*, 213 USPQ 397 (TTAB 1982) ("OMEGA" for hosiery v. trousers); *In re Cook United, Inc.*, 185 USPQ 444 (TTAB 1975) ("GRANADA" for men's suits, coats, and trousers v. ladies' pantyhose and hosiery); *Esquire Sportswear Mfg. Co. v. Genesco Inc.*, 141 USPQ 400 (TTAB 1964) ("SLEEX" for brassieres and girdles v. slacks for men and young men). Therefore, because of the similarities between the marks and goods of the parties, a likelihood of confusion as to source of these goods must be found to exist.

Although the trademark-examining attorney has refused registration, applicant may respond to the refusal to register by submitting evidence and arguments in support of registration.

If the applicant chooses to respond to the refusal to register, the applicant should note the following.

## SEARCH RESULTS

Information regarding pending Application Serial Nos. 79020263, 76598013 and is enclosed. The filing dates of the referenced applications precede applicant's filing date. There may be a likelihood of confusion under Trademark Act Section 2(d) between applicant's mark and the referenced marks. If one or more of the referenced applications registers, registration may be refused in this case under Section 2(d). 37 C.F.R. §2.83; TMEP §§1208 *et seq.* Therefore, upon entry of a response to this Office action, action on this case may be suspended pending final disposition of the earlier-filed applications.

If applicant believes that there is no potential conflict between this application and the earlier-filed applications, then applicant may present arguments relevant to the issue in a response to this Office action. The election not to submit arguments at this time in no way limits applicant's right to address this issue at a later point.

If applicant has questions about its application or needs assistance in responding to this Office action, please telephone the assigned trademark examining attorney directly at the number below.

/ekajubi/

Elizabeth N. Kajubi

Trademark Attorney

United States Patent and Trademark Office

Law Office 107

(571) 272-2727

**RESPOND TO THIS ACTION:** If there are any questions about the Office action, please contact the assigned examining attorney. A response to this Office Action should be filed using the Office's Response to Office action form available at http://www.uspto.gov/teas/eTEASpageD.htm. If notification of this Office action was received via e-mail, no response using this form may be filed for 72 hours after receipt of the notification. **Do not attempt to respond by e-mail as the USPTO does not accept e-mailed responses.**

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name, title/position, telephone number and e-mail address of the person signing the response. Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov. When conducting an online status check, print and maintain a copy of the complete TARR screen. If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

**Print: Aug 15, 2007**                    76598013

**DESIGN MARK**

**Serial Number**
76598013

**Status**
OPPOSITION PENDING

**Word Mark**
BETTA

**Standard Character Mark**
No

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM

**Owner**
Progress Vantage Limited LIMITED COMPANY HONG KONG Unit 13A1, 13th
Floor, Park Sun Building 103-107 Wo Yi Hop Road Kwai Chung, New
Territories HONG KONG

**Goods/Services**
Class Status -- ACTIVE.   IC 025.   US 022 039.   G & S: House slippers.
 First Use: 2003/03/21.   First Use In Commerce: 2004/01/15.

**Filing Date**
2004/06/15

**Examining Attorney**
CARROLL, DORITT L.

**Attorney of Record**
Benjamin L. F. Leavitt

-1-

# BETTA

**Print: Aug 15, 2007**                    **73482904**

**DESIGN MARK**

**Serial Number**
73482904

**Status**
REGISTERED AND RENEWED

**Word Mark**
BETA

**Standard Character Mark**
No

**Registration Number**
1371387

**Date Registered**
1985/11/19

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
Singer, Gerald O. DBA ASSOCIATED KNITTING MILLS INDIVIDUAL UNITED
STATES P.O. Box 10696 Greensboro NORTH CAROLINA 27404

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  039.  G & S: Athletic Socks.
First Use: 1983/11/16.  First Use In Commerce: 1983/11/16.

**Lining/Stippling Statement**
The drawing is lined for the color blue.

**Filing Date**
1984/05/31

**Examining Attorney**
UNKNOWN

**Attorney of Record**
LAWRENCE J. BETTENDORF

-1-



**Print: Aug 15, 2007**                                79020263

**DESIGN MARK**

**Serial Number**
79020263

**Status**
APPROVED FOR PUBLICATION

**Word Mark**
BETA

**Standard Character Mark**
No

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
BETA UTENSILI S.p.A. JOINT STOCK COMPANY ITALY Via A. Volta, 18
I-20050 SOVICO (Milano) ITALY

**Goods/Services**
Class Status -- ACTIVE. IC 006. US 002 012 013 014 023 025 050. G
& S: Steel and stainless steel hooks, steel and stainless steel chains
and small items of metal hardware, namely, pulleys, springs, nuts,
washers; tool boxes of metal.

**Goods/Services**
Class Status -- ACTIVE. IC 007. US 013 019 021 023 031 034 035. G
& S: Tools pneumatically operated, namely air-powered ratchet wrenches
with built-in regulator, impact wrenches, hammers, drills, engraving
machines in the nature of engraving pens, grinders, angle sanders,
riveters in the nature of air-powered rivet guns, saws and needle
sealers, filter-regulator-lubricator assemblies for use in air-powered
tools, couplings for air-powered tools, couplers in the nature of
hoses with couplings for use with air-powered tools, hoses for vacuum
cleaners, diesel fuel injectors.

**Goods/Services**
Class Status -- ACTIVE. IC 008. US 023 028 044. G & S: Hand tools
and hand-operated implements and parts and fittings therefor, namely,
wrenches, ring and socket wrenches, t-handle wrenches, hexagon key
wrenches, hook wrenches, offset key wrenches, socket drivers, bit
inserts in the nature of screwdriver bits for hand-powered drills,
screwdrivers, impact socket wrenches, impact accessories in the nature

**Print: Aug 15, 2007**                    **79020263**

of extension bars, adaptors, and universal joints, socket sets, torque wrenches, torque screwdrivers, pliers, nippers, pincers, tweezers, scissors, wire strippers, cable cutters, punches, chisels, hammers, ripping bars, wire cutters, files, drills, taps, dies, plumbing tools in the nature of pipe cutters, pipe wrenches, tube flaring tools, pipe bending pliers, vehicle repair hand tools in the nature of oil filter wrenches, tire levers, wheel nut wrenches, injector sockets, spark plug sockets and wrenches, spark plug pliers, shock absorber spring compressors, exhaust pipe cutting pliers, valve spring compressors, squares, bonding guns in the nature of caulking guns, clamps, bolt cutters, building tools in the nature of hammers, hacksaws, chisels, crow bars, hacksaws, hand-operated shears, crimping pliers, insulated and spark-proof tools in the nature of wrenches, sockets, pliers, screwdrivers, hammers, hexagon key wrenches.

**Goods/Services**
Class Status -- ACTIVE.  IC 012.  US  019 021 023 031 035 044.  G & S:
Trolleys, tool-holder trolleys.

**Goods/Services**
Class Status -- ACTIVE.  IC 018.  US  001 002 003 022 041.  G & S:
Suitcases; bags and sacks, namely, purses, backpacks, tool-holders,
namely, tool bags sold empty and tool pouches sold empty, umbrellas.

**Goods/Services**
Class Status -- ACTIVE.  IC 020.  US  002 013 022 025 032 050.  G & S:
Work benches.

**Goods/Services**
Class Status -- ACTIVE.  IC 025.  US  022 039.  G & S: Clothing,
namely, trousers, jeans, bermuda shorts, shirts, t-shirts, polo
shirts, sweaters, waistcoats, jackets, wind resistant jackets,
anoraks, parkas, blousons, one-piece coveralls, dungarees, caps, hats,
footwear, namely boots, shoes.

**Description of Mark**
The mark consists of the word BETA combined with the partial
representation of a monkey wrench contained within a quadrangular
figure.

**Filing Date**
2005/01/21

**Examining Attorney**
KIM, SOPHIA S.

**Attorney of Record**
John Clarke Holman and Harvey B. Jacobson, Simor L. Moskowitz, Allen
S. Melser, Michael R. Slobasky, Marsha G. Gentner, Jonathan L.
Scherer, George W. Lewis, William E. Player, and Nathaniel A.
Humphries

-2-

**Beta**

| | |
|---|---|
| **To:** | Milagros Imports, Ltd. (TM-PDX@STOEL.COM) |
| **Subject:** | TRADEMARK APPLICATION NO. 77170813 - BETTA - 74068-2 |
| **Sent:** | 8/16/2007 11:13:34 AM |
| **Sent As:** | ECOM107@USPTO.GOV |
| **Attachments:** | |

# IMPORTANT NOTICE
## USPTO OFFICE ACTION HAS ISSUED ON 8/16/2007 FOR APPLICATION SERIAL NO. 77170813

Please follow the instructions below to continue the prosecution of your application:

**VIEW OFFICE ACTION:** Click on this link **http://portal.uspto.gov/external/portal/tow?DDA=Y&serial_number=77170813&doc_type=OOA&mail_date=2007081** (or copy and paste this URL into the address field of your browser), or visit **http://portal.uspto.gov/external/portal/tow** and enter the application serial number to **access** the Office action.

**PLEASE NOTE**: The Office action may not be immediately available but will be viewable within 24 hours of this notification.

**RESPONSE MAY BE REQUIRED:** You should carefully review the Office action to determine (1) if a response is required; (2) how to respond; and (3) the applicable **response time period**. Your response deadline will be calculated from 8/16/2007.

**Do NOT hit "Reply" to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System response form at http://www.uspto.gov/teas/eTEASpageD.htm.**

**HELP:** For *technical* assistance in accessing the Office action, please e-mail **TDR@uspto.gov**. Please contact the assigned examining attorney with questions about the Office action.

# WARNING
**1. The USPTO will NOT send a separate e-mail with the Office action attached.**

**2. Failure to file any required response by the applicable deadline will result in the ABANDONMENT of your application.**

*** User:ekajubi ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 48 | 0 | 48 | 26 | 0:03 | *betta* [bi,ti]not dead [ld] |
| 02 | 677 | N/A | 0 | 0 | 0:02 | *b{"ea"}{"t":2}a* [bi,ti]not dead [ld] |
| 03 | 181 | 0 | 181 | 115 | 0:02 | 2 and "025" [cc] |
| 04 | 26 | 0 | 26 | 11 | 0:03 | ("betta" or "b etta" or "be tta" or "bet ta" or "bett a" or "be t ta" or "b ett a" "be tt a" or "bet t a") [bi,ti]not dead [ld] |
| 05 | 506 | N/A | 0 | 0 | 0:02 | *beta* [bi,ti]not dead [ld] |
| 06 | 124 | N/A | 0 | 0 | 0:02 | 5 and "025" [cc] |
| 07 | 0 | 0 | 0 | 0 | 0:01 | 6 not 2 |

Session started 8/15/2007 8:35:24 PM
Session finished 8/15/2007 8:53:20 PM
Total search duration 0 minutes 15 seconds
Session duration 17 minutes 56 seconds
Defaut NEAR limit=1ADJ limit=1
Sent to TICRS as Serial Number: 77170813

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 02/28/2006)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77170813**
**Filing Date: 05/02/2007**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 77170813 |
| **MARK INFORMATION** | |
| *MARK | BETTA |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | BETTA |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Milagros Imports, Ltd. |
| *STREET | 358 Fifth Avenue |
| INTERNAL ADDRESS | PH Suite |
| *CITY | New York |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 10001 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | New York |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 025 |
| DESCRIPTION | Footwear, slippers, socks, sandals, booties, gloves, robes; shower wrap sets comprised of shower wraps, slippers, and head wraps; slipper sets comprised primarily of slippers and one or more of socks, pumice stones, toe separators, therapeutic eye masks, and head wraps |
| FILING BASIS | SECTION 1(a) |

| FIRST USE ANYWHERE DATE | At least as early as 02/04/2004 |
|---|---|
| FIRST USE IN COMMERCE DATE | At least as early as 04/26/2004 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\771\708 \77170813\xml1\APP0003.JPG |
| SPECIMEN DESCRIPTION | packaging for the Goods exhibiting the Mark |

## ADDITIONAL STATEMENTS SECTION

| MISCELLANEOUS STATEMENT | Pursuant to TMEP Section 903.09: While the mark is in use in commerce for all the goods states in the ID, Applicant states that the date of first use in commerce pertains specifically to socks, booties, and slipper sets |
|---|---|

## ATTORNEY INFORMATION

| NAME | Seann W. Hallisky |
|---|---|
| ATTORNEY DOCKET NUMBER | 74068-2 |
| FIRM NAME | Stoel Rives LLP |
| STREET | 600 University Street |
| INTERNAL ADDRESS | Suite 3600 |
| CITY | Seattle |
| STATE | Washington |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 98101 |
| PHONE | (206) 624-0900 |
| FAX | (206) 386-7500 |
| EMAIL ADDRESS | TM-PDX@STOEL.COM |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| NAME | Seann W. Hallisky |
|---|---|
| FIRM NAME | Stoel Rives LLP |
| STREET | 600 University Street |
| INTERNAL ADDRESS | Suite 3600 |
| CITY | Seattle |
| STATE | Washington |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 98101 |
| PHONE | (206) 624-0900 |

| FAX | (206) 386-7500 |
|---|---|
| EMAIL ADDRESS | TM-PDX@STOEL.COM |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| TOTAL FEE DUE | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Irene-Luisa Torres/ |
| SIGNATORY'S NAME | Irene-Luisa Torres |
| SIGNATORY'S POSITION | President |
| DATE SIGNED | 05/02/2007 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Wed May 02 13:01:15 EDT 2007 |
| TEAS STAMP | USPTO/BAS-198.36.178.141-20070502130115822608-7717 0813-370765 98b46264c6a262 ee98c74274c53-CC-1409-200 70430130733802418 |

PTO Form 1478 (Rev. 9/2006)
OMB No. 0651-0009 (Exp. 09/30/2006)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 77170813**
**Filing Date: 05/02/2007**

## To the Commissioner for Trademarks:

MARK: BETTA (Standard Characters, see mark)
The literal element of the mark consists of BETTA. The mark consists of standard characters, without claim to any particular font, style, size, or color.
The applicant, Milagros Imports, Ltd., a corporation of New York, having an address of PH Suite, 358 Fifth Avenue, New York, New York, United States, 10001, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

International Class 025: Footwear, slippers, socks, sandals, booties, gloves, robes; shower wrap sets comprised of shower wraps, slippers, and head wraps; slipper sets comprised primarily of slippers and one or more of socks, pumice stones, toe separators, therapeutic eye masks, and head wraps
Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.
In International Class 025, the mark was first used at least as early as 02/04/2004, and first used in commerce at least as early as 04/26/2004, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or

in connection with any item in the class of listed goods and/or services, consisting of a(n) packaging for the Goods exhibiting the Mark.
Specimen File1
Pursuant to TMEP Section 903.09: While the mark is in use in commerce for all the goods states in the ID, Applicant states that the date of first use in commerce pertains specifically to socks, booties, and slipper sets
The applicant hereby appoints Seann W. Hallisky of Stoel Rives LLP, Suite 3600, 600 University Street, Seattle, Washington, United States, 98101 to submit this application on behalf of the applicant. The attorney docket/reference number is 74068-2.
Correspondence Information:        Seann W. Hallisky
                                   Suite 3600
                                   600 University Street
                                   Seattle, Washington 98101
                                   (206) 624-0900(phone)
                                   (206) 386-7500(fax)
                                   TM-PDX@STOEL.COM (authorized)
A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Irene-Luisa Torres/   Date Signed: 05/02/2007
Signatory's Name: Irene-Luisa Torres
Signatory's Position: President
RAM Sale Number: 1409
RAM Accounting Date: 05/02/2007
Serial Number: 77170813
Internet Transmission Date: Wed May 02 13:01:15 EDT 2007
TEAS Stamp: USPTO/BAS-198.36.178.141-20070502130115 8
22608-77170813-37076598b46264c6a262ee98c
74274c53-CC-1409-20070430130733802418

# BETTA



# BETTA

