# TORRES DECLARATION

# EXHIBIT 4

b頁 1 - 3(B)

Leo

| | |
|---|---|
| 寄件者: | "IRENE-LUISA TORRES" <jambi_face@yahoo.com> |
| 收件者: | "William Wong" <goddess1@goddess-hk.com> |
| 傳送日期: | 2003年8月11日 下午 03:32 |
| 主旨: | 8/10/03 TO: GODDESS/ ATTN:WILLIAM WONG |

8/10/03
DEAR WILLIAM,
HOPE ALL IS WELL WITH YOU....HOPE LYNN AND THE KIDS ARE WELL ALSO!!! DOES LYNN HV AN E-MAIL ADDRES IN AUSTRALIA????? IF SO WOULD SHE MIND HEARING FROM ME???

ANYWAY... I AM E-MAILING YOU AS I HV NEVER HAD ANY ANSWERS FROM YOU ON THE E-MAIL I SEND YOU AT THE END OF JUNE. WHEN WE LAST SPOKE YOU SAID THE GIRLS WERE GATHERING THE INFO AND WOULD BE SENDING IT TO ME...I HV NEVER REC'D IT...????? SOME OF THE THINGS I DISCUSSED IN THAT E-MAILS WERE:
   1) SWATHCES OF EXISTING MICRO SUEDE COLORS
   2) SWATHCES OF EXISTING LOOP SHAG
   3) THE MORMONS MATERIAL ----SMPLS OF YOUR COUNTERED OUTSOLE MATERIAL, SMPLS OF YOU COUNTERED UPPER MATERIAL.  NEED TO KNOW COST OF THE LADIES BALLERINA USING YOUR MATERIAL.....
   4) I HV THE STARLET HERE SO YOU CAN MAKE SMPLS OF THE BETTER SLIPPERS FOR THE BOUTIQUES.... AS I DON'T HV A FED EX OR UPS  SERVICE......I HAD ASKED IF YOU WOULD PASS ME YOURS SO I COULD SEND TO YOU.....CAN YOU DO THIS?????
DO YOU NEED ME TO REFORWARD THAT E-MAIL TO YOU????

RE THE EVA SANDALS FOR ENWELL.... HE IS MAKING MY SMPLS BUT CAN'T COMPLETE WITH OUT THE EVA SMPLS. I TOLD HIM I WAS WAITING TO SEE QUALITY FROM A MAKER YOU KNOW BUT STILL HV NOT REC'D.....IF YOU DON'T HV THE TIME...IT S OK, PLS JUST PASS BACK TO ENWELL AND I WILL SEND HIM TO SOMEONE ELSE.....

I STILL PLAN ON COMING OVER AROUND THE END OF SEPT TO DO DEVELOPMENT FOR FALL/WIN 2004-05.... I WILL WAIT FOR A FRIEND OF MINE TO RETURN FROM PARIS AFTER THE SHOWS AND WILL HV THE EURO COLOR PALATE AND DIRECTION. YOU WILL BE IN HK??????

DO KEEP IN TOUCH WITH RAY AS HE IS REALLY LOOKING TO GET OUT OF BB....THINGS ARE REALLY NOT GOOD THERE AS YOU CAN IMAGINE. I KNOW HE IS VERY FRUSTRATED AND I THINK HE COULD BE A HELP ALSO FOR OUR BUSINESS ON YOUR SIDE AS WELL.

I AM NEARLY FINISHED WITH THIS PROPOSAL FOR THE



2007/8/29

CONFIDENTIAL

PVI 01486

b頁 2 - 3(B)

BUSINESS. THE PROGRAM IS VERY TEDIOUS BUT PROFESSIONAL AND COVERS ALL GROUND WORK.... I HV HAD REGUALR MEETINGS WITH BEN DANIELLO AND HOWARD. AS I TOLD YOU WHEN WE HAD HAD OUR LONG CONVERSATION BEN WILL BE ON BOARD AT THE END OF NOV. WE PLAN TO LAUNCH EARLY AND OF COURSE WILL HOLD MARKET APPTS IN JAN AND MARCH AS WELL AS TRAVEL TO SEE VARIOUS CUSTOMERS. HOWARD IS TIED TO DEARFOAMS UNTIL JUNE 2004. HE WILL HOWEVER DO HIS CALLS TO THOSE MM'S, VPS ETC THAT ARE HIS PERSONAL FRIENDS. MY ISSUES AS FAR AS MONEY COMING FROM THEM ARE STILL THE SAME....I WOULD MUCH RATHER SEE IF JOHN LAU WOULD SPIN ME OFF WITH YOU AND FLICKER OR JUST BY HIMSELF OR WITH YOU! I REALLY WNAT TO PROMOTE THAT I AM AN EXTENSION OF THE FTYS.... I THOUGHT ABOUT WHAT YOU SAID AND I KNOW THAT I MUST OFFER THEM SOMETHING.....BUT WHAT IS THE QUESTIONS???? DO YOU HV ANY SUGGESTIONS????
I WANT TO HV EVERYTHING STRAIGHT B/4 I APPROACH JOHN LAU....TIME IS ALSO OF THE ESSENSE....

AS FAR AS THE SHOW ROOM...COULD YOU CHECK INTO THE TABLES FOR ME AS WELL AS THE WOOD SCREEN, FEW PAINTINGS- SEDATE MOUNTAIN VIEWS, WATERFALLS....YOU KNOW MY TASTE & THE FEW OTHERS THINGS WE TALKED ABOUT....I THINK THIS WOULD GIVE A VERY DISTINGUISED LOOK TO OUR SHOWROOM AND FURTHER ENHANCE OUR IMAGE THAT WE ARE A COLABORATION WITH THE FACTORIES.....

HOWARD HAD CONTACTED ROXANNE OF MAY CO ( HE AND BEN ARE PERSONAL FRIENDS OF HERS) THERE WILL DEFINATELY BE A NEED FOR MY SLIPPERS IN THE BAGS AS I HAD DEVELOPED LAST SUMMER. IT SEEMS THIS IS SOMETHING THEY WILL CARRY ALL YEAR ROUND. I NEED TO NOW FIND PRT'D FABRIC FROM A SHEET COMPANY SO I CAN HV CO-ORDINATING PATTERNS AS WE DID FOR LA. I AM CHECKING ON THIS SIDE BUT NEED HELP ON YOUR SIDE....THERE MUST BE SHEET MAKERS IN CHINA THAT MAKE FOR CANNON OR DAN RIVER, OR MARTEX...... FINDING IN THE LOCAL MARKET WILL DEFINATELY NOT CUT THE CAKE......

PLS ADVISE WHAT NEW MICRO FIBER ITEMS YOU BEEN ABLE TO FIND?????? PRICE WILL DEFINATELY MAKE A DIFFERENCE ON REG MICRO CHEN NOW.....DEERFOAMS IS MAKING AS IS EVERYONE ELSE....IF WE DON'T OVER AT A GOOD PRICE WILL WILL LOOSE THIS BUSINESS....OBVIOUSLY I NEED TO TAKE BB'S BUSINESS ON THIS... FROM WHAT I HV HARD HE HAD ROOTS COPY YOUR SMPLS FOR SPRING....ROOTS WILL BE USING GLOBALS MATERIAL AND WE MUST NOW BE AT A PRICE TO GOBBLE UP THE BUSINESS.... PRINTED MICRO SUEDE ALSO SEEMS TO BE HAPPENING AS WELL SO CAN YOU LET ME KNOW WHERE YOU ARE ON THIS ONE......AS I FURTHER MY FALL/WINTER DEVELOPMENT /TREND RESEARCH I WILL KEEP YOU POSTED...

2007/8/29

CONFIDENTIAL

PVL 01487

b頁 3 - 3(B)

PLEASE ADVISE IF "BETTA" IS USEABLE IN THE STATES AS
OF YET! I AKS THIS BECAUSE IF WE CAN USE IT THEN I
WILL NEED TO HAVE SOME HISTORY TO BE ABLE TO PRESENT
TO BUYERS AND TO HAVE AROUND THE SHOW ROOM ETC.

I DON'T KNOW WHAT WILL HAPPEN TO THE LA LICENSE.... AS
I MUST HV A SHOW ROOM AND NAME TO PRESENT.....IF THIS
DOES COME TO PASS IT MAY BE A HELP TO HV THE FTYS WHO
BACK ME PRESENT AT THE MEETING....

WILLIAM, I JUST WANT TO LET YOU KNOW THAT HOWARD AND
BEN BOTH CONTINUE TO HEAR ABOUT QUALITY OF THE
FACTORIES I WORK WITH..... THEY HV BOTH SAID THAT AS
THEY DEALT W/THE SAME CUSTOMERS...THEY WERE CONSTANTLY
TOLD THAT THE SMPLS THEY REC'D WERE BETTER THEN THE
ACTUAL PRODUCTION.... I KNOW THAT LOOP SHAG WILL
REALLY KNOCK THE SOCKS OFF OF THE MARKET....THAT IS
HOW MUCH I BELIEVE IN IT...BUT QUALITY HAS BEEN AN
ISSUE THEY ARE HEARING ABOUT. RAY HAS ALSO TOLD ME
THAT BB IS REC'G GETTING SMPLS THAT DO NOT LOOK
ANYTING LIKE THE SMPLS IN OUR SHOW ROOM.... HOWARD
ALSO ADV'D ME THAT DEARFOAMS IS LOOKING TO KNOCK OFF
YOU ITEM ALONG WITH A FEW OTHER PEOPLE WHO ARE ALREADY
RESOUCING IT IN CHINA..... ALL I ASK YOU IS THAT FOR
US YOU KEEP THE ITEM CONSISTANT AND HOW I ORIGINALLY
SMPL'D IT. THIS IS THE ONLY WAY WE WILL BE ABLE TO
KEEP THIS ITEM ALIVE. HOWARD & BEN FEEL THAT ONCE BB
LOOSES THIS ITEM THEY WILL LOOSE A GREAT STAPLE BUT
UNLESS YOU GIVE US THE CORRECT QUALITY THAT I STARTED
WITH YOU WILL KILL THIS ITEM AND LEAVE IT OPEN FOR
EVERYONE TO BASTARDIZE IT TO THE POINT THAT IT
SATARATES THE MARKET AND ENDS UP MEANING NOTHING TO
ANYONE....I THINK YOU CAN UNDERSATND!!!! ALSO IF TT
BUYS , THEY WON'T ACCEPT INCORRECT QUALITY AND WE
WOULD LOOSE BUSINESS IF THEY DID NOT GET WHAT THEY HAD
IN HAND OR ORDERED....

ANYWAY, ITS LATE AND I NEED TO GO TO SLEEP AS TOMO IS
ANOTHER DAY TO BATTLE! LOOKING FORWARD TO YOUR REPLY!

THANKS & RGRDS  IRENE-LUISA

---

Do you Yahoo!?
Yahoo! SiteBuilder - Free, easy-to-use web site design software
http://sitebuilder.yahoo.com

2007/8/29

CONFIDENTIAL

PVL 01488