# TORRES DECLARATION

# EXHIBIT 5

b頁 1 - 5(B)

Leo

| | |
|---|---|
| 寄件者: | "IRENE-LUISA TORRES" <jambi_face@yahoo.com> |
| 收件者: | "SARAH" <goddess1@goddess-hk.com> |
| 傳送日期: | 2003年8月19日 下午 01:04 |
| 主旨: | RE: 8/19/03 TO: GODDESS/ ATTN:SARAH /RE: SWATCHES SENT BY FED EX ON 8/11 OR 8/12 |

8/19/03
DEAR SARAH,
PLS KINDLY NOTE THAT I HV NOT REC'D YOU FED EX PKG OF
SWATCHES THAT YOU ADV'D WAS SENT OUT ON 8/11 OR 8/12.
PLS KINLDY ADV STATUS.
THANKS & RGRDS IRENE-LUISA


--- IRENE-LUISA TORRES <jambi_face@yahoo.com> wrote:
>
> 8/12/03
> DEAR SARAH,
> THANKS VERY MUCH AND I WILL ADV UPON RECEIPT!
> BEST RGRDS IRENE-LUISA
> --- Sarah Chan <Sarah.Chan@goddess-hk.com> wrote:
> > Dear Irene,
> >
> > Well noted & will sending you the Micro Chenille &
> > Loop Shag swatches today by FedEx AWB#8410 9603
> > 4349, please kindly confirm upon receipt.
> >
> > Thanks & best regards,
> > Sarah
> >
> >
> > -----Original Message-----
> > From: IRENE-LUISA TORRES
> > [mailto:jambi_face@yahoo.com]
> > Sent: Wednesday, August 13, 2003 4:04 PM
> > To: Sarah Chan
> > Subject: RE: 8/10/03 TO: GODDESS/ ATTN:WILLIAM
> WONG
> >
> >
> > 8/12/03
> > DEAR SARAH,
> > PLS KINDLY NOTE THE FOLLOWING:
> > IRENE-LUISA TORRES
> > 25-85 36 STREET
> > APT. D-4
> > ASTORIA, NY    11103
> > U.S.A
> >
> > IF YOU NEED MY PHONE # FOR THE DOCUMENTS YOU CAN
> USE
> > 718-274-5667
> >



2007/8/29

CONFIDENTIAL

PVI 01473

b頁 2 - 5(B)

```
>> THANKS SO MUCH FOR YOUR HELP!
>> BEST RGRDS   IRENE-LUISA TORRES
>>
>> --- Sarah Chan <Sarah.Chan@goddess-hk.com> wrote:
>>> Dear Irene,
>>>
>>> Please kindly advise the swatches should be send
>> to
>>> where, would you please kindly advise the
> address
>> to
>>> us?
>>>
>>> Thanks & best regards,
>>> Sarah
>>>
>>> -----Original Message-----
>>> From: goddess1
>>> Sent: Monday, August 11, 2003 10:43 PM
>>> To: IRENE-LUISA TORRES
>>> Subject: Re: 8/10/03 TO: GODDESS/ ATTN:WILLIAM
>> WONG
>>>
>>>
>>> Dear Irene,
>>>
>>> Very sorry that I forgot to follow up with your
>>> earlier email. All the swatches are ready. My
>> girls
>>> have them ready but waiting for my cover note to
>>> send out. I would have Christine to send them
> out
>>> tomorrow without my cover note as I am in China
>>> right now.
>>>.
>>> Lynn & the kids are still in Aus. Her email is
>>> lynn.wong@goddess-hk.com You can email her
> anytime
>>> you want. She is more than happy to hear from
> you.
>>>
>>> I will also have Christine email you my Fedex
> A/C.
>>> But please wait another few days as I need to
>>> negotiate with Fedex for the rate of collect
>> charges
>>> from the US. Will let know once we got it
> settled.
>>>
>>> Re: EVA - after talking to you over the phone, I
>>> asked if the factory can do the price you have
>> asked
>>> for, 0.35/pr. They said they will get back to
> me.
>>> But I rang them today, they said the cannot meet
```

2007/8/29

CONFIDENTIAL

PVL 01474

b頁 3 - 5(B)

```
> > > this price and did not open the screen. Please
> > > kindly advise what price you can accept as it
> > seems
> > > this is a bit too low for factories in Guangdong
> > > area. I may have to look for factories in the
> > > northern part of China.
> > >
> > > I should be in HK end of Sept. Please let me
> know
> > > your schedule once you have.
> > >
> > > I will keep in touch with Ray. Hope he can find
> a
> > > good job somewhere else soon. I can understand
> it
> > is
> > > very difficult working there.
> > >
> > > Good to know you have finished you business
> plan.
> > > Hope John can help you with what you need. But
> as
> > I
> > > talked to you in our last conversation, I rhink
> > you
> > > should just ask for help, not partnership. (only
> > > personal opinion, hope you dont mind).
> Partnership
> > > can be too complicated. If you want any help
> from
> > > me, please let me know & will do my very best.
> > >
> > > I dont have time to go to the furniture factory.
> > We
> > > can go there together when you come over in
> Sept.
> > If
> > > you cannot find what you want at the factory, we
> > can
> > > always have someone make to order. You just need
> > > some measurement for your showroom before you
> come
> > > over.
> > >
> > > I can easily find a printer to do the printed
> > > sheeting. But as always, they would need minimum
> > or
> > > we have to pay for the screens.
> > >
> > > Re: micro chenille & micro suede - I believe we
> > are
> > > already using the best price for the quality
> > > material we are using. And my supplier is
> opening
> > > some new screen prints for micro suede. and also
```

CONFIDENTIAL

2007/8/29

PVL 01475

b頁 4 - 5(B)

```
> > > developing some new version of micro suede. We
> > would
> > > have some new materials for the coming fall.
> > >
> > > Re: quality - I think the production would
> > > definately a little bit different from samples.
> > But
> > > we did not have any complain from M&S or Next or
> > any
> > > other big stores in Europe. The reason Ray said
> he
> > > receive some samples that are very bad was the
> > > jacquard satin with marabou. The color of the
> > > marabou was not so good and made the samples
> look
> > > quite bad. Anyway I will pay more attention to
> the
> > > quality control.
> > >
> > > Re: Betta brand
> > > My friend in Aus still have not yet sort out
> with
> > > his partner. I think there could be some
> problem.
> > I
> > > am registering this brand in the US, and can be
> > used
> > > very soon. But we cannot show any Australian
> > > history. I am also registering in France as
> well.
> > My
> > > friend is going to go to Gallery Lafeye to see
> if
> > he
> > > can get a corner specially for Betta slippers.
> He
> > > said he knows the management there, This could
> be
> > > very good for us. On the other hand, it would
> good
> > > if you can get LA from BB. It would be easier to
> > > start with as the stores are alright buying.
> > >
> > > Keep in touch!
> > >
> > > B.Rgds,
> > > William
> > >
> >
> >
> > _____
> > Do you Yahoo!?
> > Yahoo! SiteBuilder - Free, easy-to-use web site
>
=== message truncated ===
```

2007/8/29

CONFIDENTIAL

PVI 01476

b頁 5 - 5(B)

---

Do you Yahoo!?
Yahoo! SiteBuilder - Free, easy-to-use web site design software
http://sitebuilder.yahoo.com

2007/8/29

CONFIDENTIAL

PVL 01477