# TORRES DECLARATION

# EXHIBIT 7

b頁 1 - 2(B)

## Leo

| 寄件者: | "IRENE-LUISA TORRES" <jambi_face@yahoo.com> |
| --- | --- |
| 收件者: | "LYNN WONG" <goddess1@goddess-hk.com> |
| 傳送日期: | 2003年10月1日 下午 12:22 |
| 主旨: | 9/30/03 Re: e-mail |

9/30/03
Dear Lynn,
Thnaks for your response! It was very late when I rec'd it so I will answer the bulk of it tomo, but I needed a few answers in order to deal with some immediate issues...

1) re apt and flt
thanks for advg the dates. I understand that its available for the 18th earliest and I would not expect you to work on Sunday. I rec'd your message to late to contact China Airlines. Let me see what I can find out tomo ( I fortunately don't have to appear in court tomo in Connecticut!!!) and I will keep you posted.

2) re Betta
 a. noted it can be used in the USA, but we can't use in Australia since.... THis is great news!!!! We now have a license!!!
 b. I am not clear on whether we can do a separate color or do we have to use the yellow as used for the chinese domestic market. If we can use a different color, pls adv if there is one in particular and if so what is the pantone#????
 C. I will need the font (type) name use in the lettering???? Pls kinldy adv asap as i need to get Arnell working on this as fast as possible.
 D. You know that on the back of Laura Ashley, i did a "blirp" write up on the slipper and the wonderful world of LA. I need to get some back ground on Betta and also in the Blirp can I mention in austraia since ...---this show sthe longivity of the name....
 e. could you send me a pdf or j-peg of what you packagin looks like as a reference????

3) re mini quilting fabric
I think last year you showed me some fabric that was actually mini squares sewn together. I need the actual thing not printed to look like a quilt. the squares are about 1 or 1.5 ". this is an important material, pls let me know if I remeber correctly or not.

Thanks & rgrds Irene-Luisa



2007/8/29

CONFIDENTIAL

PVL 01414

b頁 2 - 2(B)

---
Do you Yahoo!?
Yahoo! SiteBuilder - Free, easy-to-use web site design software
http://sitebuilder.yahoo.com

CONFIDENTIAL

2007/8/29

PVL 01415