# TORRES DECLARATION

# EXHIBIT 9

b頁 1 - 3(B)

Leo

| | |
|---|---|
| 寄件者: | "IRENE-LUISA TORRES" <jambi_face@yahoo.com> |
| 收件者: | <goddess1@goddess-hk.com> |
| 傳送日期: | 2003年10月4日 上午 11:19 |
| 主旨: | RE:10/3/03 Re: your 10/3 response to my 9/30 e-mail |

10/3/03
DEAR LYNN,
HOPE YOU HAD A NICE DAY OFF!!! ANY WAY I AM CRAZY HERE...MY HOUSE LOOKS LIKE A STORAGE VAULT. I HAVE SO MANY BOXES OF STUFF I BROUGHT FROM BB AND RIGHT NOW I HAVE ADDED TO THAT FABRICS AND SWATCH CARDS...ITS IMPOSSIBLE TO WORK FROM HOME UNLESS THERE IS ONE SEPARATE ROOM TO USE AS AN OFFICE...THIS WAY IN THE EVENING YOU CAN WALK OUT AND CLOSE THE DOOR. TODAY I SPENT ALL DAY IN THE MARKET TRYING TO FIND BETTER FABRICS FOR THE BETTER END LINE AND WORKING ON MY PALATE. THIS IS VERY TEDIOUS. I FINISHED MY PASTELS , MUST COMPLETE THE BALANCE ON TUESDAY ( MON- JEWISH HOLIDAY AND ALL THE JEWISH PLACES ARE CLOSED) I HAVE FOUND SOME NICE THINGS, BUT SOME ARE EXPENSE BUT I THINK FOR ONLY HIGH END BOUTIQUES WE CAN USE... PLS KINDLY LET ME KNOW WHAT IS THE LEAST AMOUNT OF YARDS I CAN GET AWAY WITH???? SOME FABRIC IS 54" WIDE AND OTHERS 45"???? I CAN GET FROM 1 YD ON..

PLEASE KINDLY NOTE MY RESPONSES BELOW YOUR QUESTIONS AS FOLLOWS:

--- Lynn & William Wong <goddess1@goddess-hk.com>
wrote:
> Dear Irene,
>
> Sorry that I did not get back to you yesterday due
> to our national
> holiday.
>
> 1. Re: Your flight schedule
> Have you be able to confirm your flight yet? Please
> re-confirm the arrival date in order to sign the
contract.
   10/3/03 FROM IRENE : I HAVE BEEN CHASING THIS WHOLE WEEK AND AM SO FRUSTRATED!!! THE FLTS ARE VERY FULL DUE TO THE HOLIDAYS ( THAT WOULD BE HARVEST MOON FESTIVALS????) AND IT LOOKS VERY UNLIKELY THAT I AM GOING TO GET A FLT THE WEEK OF THE 15TH. PLEASE ALSO REMEMBER THAT I AM DOING EVERYTHING MYSELF AND MUST WAIT FOR THE FABRIC TO ARRIVE AT MY HOUSE IN ORDER TO SHIP OUT B/4 I GO! I WILL PROBABLY LEAVE THE FOLLOWING WEEK NOW... UNFORTUNATELY THE OFFICE WAS NOT OPE TODAY SO I HAVE TO WAIT UNTIL MONDAY... I WILL KEEP YOU POSTED OF COURSE!!
>



2007/8/29

CONFIDENTIAL

PVL 01407

b頁 2 - 3(B)

> 2. Re: Betta
> I will have Frank to email you the Betta art & logo.
> It is very simple.
> However, for the color, William need to think about
> it or you can give
> him some suggestion.

   10/3/03 FROM IRENE: NOTED AND THANKS! I REC'D IN A SEPARATE E-MAIL TODAY. FROM YOUR OTHER E-MAIL TODAY ATTACHED TO THE ARTWORK IT SEEMS:
   1) I CAN CHOOSE MY OWN COLORS. I WILL OF COURSE USE ONLY ONE LABEL TO BE SET FOR THE LINE WHICH CO- ORDINATES BACK TO THE PACKAGING. SPA WILL BE DIFFERENT. AS TIME IS AN ISSUE, I WOULD LIKE TO PUT THE PACKAGING TOGETHER OR I WILL NEVER GET IN TIME FOR MARKET. I WOULD SHOW IT TO YOU BOTH AND IF YOU DON'T LIKE IT WE CAN MAKE CHANGES BUT ATLEAST LEAVE THE SMPLS FOR PURPOSE OF THE MARKET...???
   2) IT IS WELL NOTED THAT THE "FONT" OR "TYPE" OF BETTA MUST REMAIN AS IS. I HAVE THE FONT, IN THE ARTWORK BUT NEED TO KNOW THE "NAME" OR IT IS VERY HARD TO MINIPULATE. IS THERE ANY RECORD OF THIS????
   3) NOTED THAT WE CAN'T PUT THE R TRADEMARK OR TM AS THE PROCESS IS NOT COMPLETE IN THE USA. HV YOU FILED THE PAPER WORK YET????? IF NOT PLS LET ME KNOW AS I AM HV'G RAYMOND TO HELP ME SEE IF IT CAN BE DONE QUICKER?.
   4) NOTED ABOUT THE PHOTOS AND INFO I REQUESTED FOR THE PRESS RELEASE... I GUESS WE CAN WORK ON WHILE I AM THERE....
   5) I DO NEED YOUR HELP THOUGH TO KNOW SOME KIND OF BACKGROUND ON BETTA AND SORRY TO PUSH BUT I DO NEED INORDER TO WORK ON THE PACAKGING...., IN THE HISTORY OF BETTA ON THE BACK OF THE CHIP/PACKAING I CAN WE USE THE HISTORY OF BETTA AND SINCE 19..... ..IF POSSIBLE COULD WILLIAM JUST WRITE SOMETHING ABOUT IT????? I WILL WORK WITH ARNEL ON THIS SUNDAY....


> The original background on Betta is very simple and
> it doesn't
> attractive at all. However, we do have our own
> catalogue and we can show
> you when you get here. It has more details
> introduction for our comfort
> slippers range.
>
> I will get Frank to email you the package for you
> later.

   10/3/03 FROM IRENE: NOTED YOUR POINT BUT WE WILL DO SOMTHING NICE, I HAVE REC'D THE ARTWORK OF YOUR PACKAGING - THANKS.
>
> 3. Re: Mini Quilting Fabric

2007/8/29

CONFIDENTIAL

PVI 01408

b頁 3 - 3(B)

> Sorry that both William and I can't recall this
> fabric. Any more
> information?
>   10/3/03 FROM IRENE: MAYBE I DID NOT SAY IT
CORRECTLY..... YOU KNOW PATCH WORK QUILT-- THESE ARE
SQUARES OF DIFFERENT FABRIC PRTS SEW TOGETHER TO MAKE
A QUILT. NOW THEY TAKE THIS "PATCHED" FABRIC AND USE
IT FOR GARMENTS ETC.... THE ONE I SAW LAST YEAR WAS
SM SQS OF DIFFERNT FABRICS ABOUT 1.5" SQS???? DOES
THIS RING A BELL. USUALLY YOU CAN FIND "PRINTED" TO
LOOK LIKE QUILTING BUT IT DOES NOT LOOK GOOD....


ADDITIONAL QUESTIONS/ANSWERS:
  A. RE VELVET: PLS TELL ME WHT WE HAVE LEFT ON THE
SOLIDS.
     1. PLS ADV IF YOU HAVE ANY PASILEY EMBOSSED
LEFT AND WHAT COLORS.
     2) DO YOU HAVE ANY OF THE NICE PAISLEY PRT
LEFT????? IF SO , PLS ADV ME WHAT COLOR SYOU HAVE
LEFT?????

   B. RE WAFFLE KNIT FROM HANGUK LAST YEAR : PLS
ADV IF YOU HAVE ANY LEFT AND WHAT COLORS. CAN YOU
GET ANYTHING SIMILAR?????

   D. COULD YOU PLS ASK WILLIAM TO RING ME ???? IF
YOU COULD LET ME KNOW WHAT TIME I WILL BE SURE TO BE
AT HOME???? I APPRECIATE THAT -- THANKS. I AM SO
TIRED AND REALLY MUST GO TO SLEEP , SO I WILL SAY
GOODNIGHT AND TALK TO YOU TOMO.
   THANKS & RGRDS IRENE-LUISA
   PS: COULD I ASK YOU TO REMOVE MY GOOD STYLES FROM
YOUR SHOW ROOM B/4 MICHAEL SHOWS UP???

---

Thanks and best regards,
> Lynn.


---

Do you Yahoo!?
Yahoo! SiteBuilder - Free, easy-to-use web site design software
http://sitebuilder.yahoo.com

2007/8/29

CONFIDENTIAL

PVL 01409