# TORRES DECLARATION

# EXHIBIT 10

Thu, Aug 16, 2007 8:09 PM

**Subject: Betta Brand**
**Date:** Wednesday, November 22, 2006 9:56 AM
**From:** William Wong <wwong@goddess-hk.com>
**Reply-To:** "William Wong" <wwong@goddess-hk.com>
**To:** IRENE-LUISA TORRES <milagros_imports@verizon.net>
**Cc:** Lynn Wong <Lynn.Wong@goddess-hk.com>, Rainy Chan < Rainy.Chan@goddess-hk.com>

Dear Irene,

I am very sorry to let you know that Kim and I are selling the Betta brand (in the USA) to another company. And it will come to effect sometime in fall/winter 2007.
Whatever we have already shipped for you will not be affected, but we have to use a different brand for you in the future.
Please kindly note and confirm by return. Thanks.

Best Regards,
William

Page 1 of 1

MIL 000091