# POWER DECLARATION

# EXHIBIT 3

# MIL ORDER FROM 2003 ~ 2006

| | Date | | Invoice No. | | Amount |
|---|---|---|---|---|---:|
| 1) | 02 FEB 2003 | INV NO. | MIL275/03 | US$ | 214.80 |
| 2) | 02 FEB 2003 | INV NO. | MIL304/03 | US$ | 392.40 |
| 3) | 17 SEPT 2004 | INV NO. | MIL148/04 | US$ | 9,819.60 |
| 4) | 17 SEPT 2004 | INV NO. | MIL149/04 | US$ | 6,081.84 |
| 5) | 30 SEPT 2004 | INV NO. | MIL174/04 | US$ | 4,924.80 |
| 6) | 06 OCT 2004 | INV NO. | MIL188/04 | US$ | 2,179.20 |
| 7) | 06 OCT 2004 | INV NO. | MIL189/04 | US$ | 4,788.00 |
| 8) | 07 OCT 2004 | INV NO. | MIL191/04 | US$ | 2,106.00 |
| 9) | 11 OCT 2004 | INV NO. | MIL200/04 | US$ | 11,076.00 |
| 10) | 05 NOV 2004 | INV NO. | MIL230/04 | US$ | 5,364.00 |
| 11) | 24 NOV 2004 | INV NO. | MIL240/04 | US$ | 17,297.28 |
| 12) | 24 NOV 2004 | INV NO. | MIL241/04 | US$ | 11,600.16 |
| 13) | 22 DEC 2004 | INV NO. | MIL255/04 | US$ | 2,489.76 |
| 14) | 02 FEB 2005 | INV NO. | MIL282/04 | US$ | 32,043.40 |
| 15) | 03 FEB 2005 | INV NO. | MIL285/04 | US$ | 26,197.80 |
| 16) | 03 FEB 2005 | INV NO. | MIL286/04 | US$ | 8,323.56 |
| 17) | 17 MAR 2005 | INV NO. | MIL305/04 | US$ | 6,056.10 |
| 18) | 31 MAR 2005 | INV NO. | MIL310/04 | US$ | 933.90 |
| 19) | 17 AUG 2005 | INV NO. | MIL100/05 | US$ | 19,470.00 |
| 20) | 17 AUG 2005 | INV NO. | MIL101/05 | US$ | 27,444.00 |
| 21) | 20 AUG 2005 | INV NO. | MIL107/05 | US$ | 14,854.20 |
| 22) | 24 AUG 2005 | INV NO. | MIL111/05 | US$ | 3,579.18 |
| 23) | 20 SEPT 2005 | INV NO. | MIL147/05 | US$ | 29,504.21 |
| 24) | 22 DEC 2005 | INV NO. | MIL269/05 | US$ | 4,655.52 |
| 25) | 05 JAN 2006 | INV NO. | MIL268/05 | US$ | 31,341.72 |
| 26) | 09 FEB 2006 | INV NO. | MIL296/05 | US$ | 28,926.96 |
| 27) | 13 FEB 2006 | INV NO. | MIL297/05 | US$ | 27,850.53 |
| 28) | 08 MAY 2006 | INV NO. | MIL001/06 | US$ | 31,306.92 |
| 29) | 22 MAY 2006 | INV NO. | MIL014/06 | US$ | 23,284.32 |
| 30) | 25 JUNE 2006 | INV NO. | MIL065/06 | US$ | 26,516.28 |
| 31) | 27 JUNE 2006 | INV NO. | MIL066/06 | US$ | 19,962.96 |
| 32) | 02 JULY 2006 | INV NO. | MIL072/06 | US$ | 31,565.16 |
| 33) | 05 JULY 2006 | INV NO. | MIL049/06 | US$ | 18,151.20 |
| 34) | 30 JULY 2006 | INV NO. | MIL108/06 | US$ | 25,363.65 |
| 35) | 12 AUG 2006 | INV NO. | MIL127/06 | US$ | 24,777.12 |
| 36) | 01 SEPT 2006 | INV NO. | MIL158/06 | US$ | 41,442.72 |
| 37) | 01 OCT 2006 | INV NO. | MIL213/06 | US$ | 26,017.73 |
| 38) | 07 OCT 2006 | INV NO. | MIL181/05 | US$ | 13,691.42 |
| 39) | 30 OCT 2006 | INV NO. | MIL305/06 | US$ | 27,892.80 |
| 40) | 10 NOV 2006 | INV NO. | MIL329/06 | US$ | 58,795.56 |
| 41) | 12 NOV 2006 | INV NO. | MIL334/06 | US$ | 38,507.04 |
| 42) | 12 NOV 2006 | INV NO. | MIL335/06 | US$ | 66,579.48 |
| 43) | 15 DEC 2006 | INV NO. | MIL385/06 | US$ | 9,602.64 |
| 44) | 16 DEC 2006 | INV NO. | MIL382/06 | US$ | 27,401.19 |
| | | | | Total Amount: US$ | 850,373.11 |

PVL00171