# POWER DECLARATION

# EXHIBIT 4

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MILAGROS IMPORTS LIMITED, a ) <br> New York corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> -against- ) <br> ) <br> PROGRESS VANTAGE LIMITED, a ) <br> Foreign corporation, ) <br> ) <br> Defendant. ) | NO. 07 CV 3215 (SHS) |

---

DEPOSITION UPON ORAL EXAMINATION

OF

CHUK HUNG LIN

---

9:59 A.M. - 12:17 P.M.

Thursday, February 21, 2008

600 University Street, Suite 3600

Seattle, Washington

```
                                                                    Page 2
 1   APPEARANCES:

 2

 3   FOR THE PLAINTIFF:        VANESSA SORIANO POWER

 4                             Attorney of STOEL RIVES

 5                             600 University Street, Suite 3600

 6                             Seattle, Washington 98101

 7

 8   FOR THE DEFENDANT:        BENJAMIN L. FELCHER LEAVITT

 9                             Attorney of STORCH, AMINI, MUNVES

10                             2 Grand Central Tower

11                             New York, New York 10017

12

13   ALSO PRESENT:             WAI WONG

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

1                           I N D E X

2     EXAMINATION                                              PAGE

3

4     Ms. Power                                                   6

5

6

7

8

9

10                       I N D E X   E X H I B I T

11

12    EXHIBIT NO.    DESCRIPTION                                PAGE

13

14    1              1-page November 7, 1997 letter.              11

15                   (PVL 05644)

16

17    2              3-page 10/2/93 e-mail.                       20

18                   (PVL 01410-01412)

19

20    3              3-page 10/3/03 e-mail.                       20

21                   (PVL 01407-1409)

22

23    4              5-page Corporate Application.                22

24                   (PVL 05819-05823)

25

Lin, Chuk Hung - Vol. 1                    February 21, 2008

Page 4

1                    I N D E X   E X H I B I T
2
3  EXHIBIT NO.      DESCRIPTION                              PAGE
4
5   5               June 15, 2004 Filing of documents.        26
6                   (PVL 05714-05737)
7
8   6               10 pages of Invoices.                     32
9                   (PVL-00176-00185)
10
11  7               3 pages of Invoices.                      40
12                  (PVL 00025-00027)
13
14  8               3 pages of Invoices.                      42
15                  (PVL 00007-00009)
16
17  9               1-page E-mail with attachments.           46
18                  (PVL 04343-04347)
19
20  10              1-page E-mail with attachments.           47
21                  (PVL 05069-05074)
22
23
24
25

Page 5

I N D E X   E X H I B I T

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| 11 | 1-page E-mail with attachments. (PVL 05081-05083) | 48 |
| 12 | 1-page E-mail with attachments. (PVL 03757-03764) | 48 |
| 13 | 1-page November 22, 2006 E-mail. (MIL 000091) | 51 |
| 14 | 1-page MIL Order From 2003 - 2006. (PVL 00171) | 54 |

Lin, Chuk Hung - Vol. 1										February 21, 2008

Page 6

1	BE IT REMEMBERED that on Thursday, February 21,
2	2008, at 9:59 a.m. at 600 University Street, Suite 3600,
3	Seattle, Washington, before LORRAINE M. MILLAY, Notary
4	Public in and for the State of Washington, appeared CHUK
5	HUNG LIN, the witness herein;
6	WHEREUPON, the following proceedings were had,
7	to wit:
8
9	CHUK HUNG LIN,           having been first duly sworn by
10	                         the Notary, testified as follows:
11
12	                    EXAMINATION
13	BY MS. POWER:
14	Q   Good morning, Ms. Wong.
15	A   Good morning.
16	Q   Could you please state your full name for the record,
17	    please.
18	A   Chuk Hung Lin, also known as Lynn Wong.
19	Q   Could you spell that for the court reporter, please?
20	A   C-H-U-K H-U-N-G L-I-N.
21	Q   And today, is it okay if I refer to you as Ms. Wong?
22	A   Mrs. Wong.
23	Q   Mrs. Wong.  Thank you.
24	        Mrs. Wong, as you know, I'm Vanessa Power.  I
25	    represent Milagros, the plaintiff, in this matter.  Have

Lin, Chuk Hung - Vol. 1                              February 21, 2008

Page 7

1       you ever been deposed before?
2  A    No.
3  Q    And again, just for background. Only one of us may speak
4       at a time. You need to answer audibly, so that the court
5       reporter can record whatever your answer is. And if you
6       need a break at any time, as long as there's no question
7       pending, just let me know.
8  A    Okay.
9  Q    Are you taking any medication today that could affect your
10      ability to testify?
11 A    No.
12 Q    And am I correct that English is not your first language?
13 A    Correct. And I would like to mention that because I have a
14      limited knowledge of the legal term, phrase, so I would
15      like -- would you please use a simplified or plain English
16      when you ask questions?
17 Q    I will do my best to use plain English.
18 A    Thank you.
19 Q    If you don't understand one of my questions, you can ask me
20      to either ask again or ask me to rephrase the question if
21      you don't understand.
22 A    Okay.
23 Q    But are you confident in your ability to respond to my
24      questions in English today?
25 A    Yes.

Lin, Chuk Hung - Vol. 1                          February 21, 2008

Page 20

```
 1   A   I don't remember the exact date.
 2   Q   Do you remember the year?
 3   A   Maybe 2004, 2005.
 4   Q   Were you aware of anything related to exclusivity of the
 5       alleged license?
 6   A   At that time we only have Irene to distribute the goods for
 7       us.
 8   Q   Did you tell Irene that?
 9   A   I didn't talk to her about it.
10   Q   Do you know if Irene was told that?
11   A   I don't know.
12           MR. LEAVITT:  May we go off the record for a
13       second?
14           MS. POWER:  Yes.
15                              (Discussion off the record.)
16           MS. POWER:  This is Exhibit 2.  And if you would
17       also go ahead and mark this as 3.
18                              (EXHIBIT NO. 2 & 3 MARKED)
19   Q   (By Ms. Power)  Mrs. Wong, you've been handed what's been
20       marked as Exhibits 2 and 3.  I will give you a moment to
21       review both of them, and please let me know if you
22       recognize these exhibits.
23                              (Pause in proceedings.)
24   A   Yes.
25   Q   (By Ms. Power)  Do you recognize Exhibits 2 and 3?
```

Lin, Chuk Hung - Vol. 1                                    February 21, 2008

Page 55

1  Q  Do you believe that there has been damage to the BETTA
2     brand in the United States?
3  A  I don't know.
4  Q  Anything else?
5  A  The profit that Milagros made.
6  Q  What do you mean by the profit that Milagros made?
7  A  For the product carrying the BETTA brand.
8  Q  Didn't Milagros pay Progress for all the products that it
9     purchased?
10 A  But we already terminate her distributions.
11 Q  When do you believe that there was a termination?
12 A  Based on the Exhibit 13, November 22, 2006.
13 Q  If you can look at Exhibit 13, doesn't it reference that
14    this will come into effect some time in fall/winter 2007?
15    Do you see that reference?
16 A  Yes.
17 Q  What did you understand that to mean?
18 A  My understanding is she can do whatever we already shipped
19    which will not affect her distribution in the U.S.
20 Q  Through fall or winter 2007?
21 A  Before.
22 Q  I'm sorry?
23 A  The shipment we shipped already is all for spring and
24    summer, so all the goods carried BETTA that we manufactured
25    and shipped were not affected.

Lin, Chuk Hung - Vol. 1                                February 21, 2008

Page 56

1   Q   So if I understand correctly, any product bearing the BETTA
2       mark that Milagros received as of --
3   A   After -- yeah, before November.
4   Q   -- as of November 2006 was not affected; is that right?
5   A   Yes.
6   Q   Isn't it true that Progress shipped additional products
7       bearing the BETTA mark to Milagros in December of 2006?
8   A   Yes.
9   Q   Would this apply to those products?
10  A   Sorry.  Will you, please?
11  Q   Does this alleged termination apply to those products?
12  A   We try to not to damage the brand to disappoint a customer,
13      we let it go.
14  Q   So it's not only what had been shipped as of this date of
15      this e-mail; correct?
16  A   Yes.
17  Q   It included other shipments that had not yet been shipped;
18      correct?
19  A   Yes.
20  Q   What about products bearing the BETTA mark that Milagros
21      uses other manufacturers to produce, what's the impact of
22      this alleged termination on those?
23  A   We would take it as the date effective from November 22nd.
24  Q   Does it say that in this e-mail?
25  A   No.

SEATTLE DEPOSITION REPORTERS, LLC
www.seadep.com        (206)622-6661 * (800)657-1110   FAX: (206)622-6236