# POWER DECLARATION

# EXHIBIT 6

CLASS 25—(Continued).

SN 75-936,684. 26 INTERNATIONAL, INC., LOS ANGELES, CA. FILED 3-4-2000.



NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "INTERNATIONAL U.S.A.", APART FROM THE MARK AS SHOWN.
FOR APPAREL; NAMELY, SWEATERS, KNIT TOPS AND JACKETS (U.S. CLS. 22 AND 39).
FIRST USE 8-0-1997; IN COMMERCE 9-29-1997.
BRENDAN REGAN, EXAMINING ATTORNEY

SN 76-481,132. YA-YA BRAND INCORPORATED, LOS ANGELES, CA. FILED 1-9-2003.

## YA-YA

FOR CLOTHING, NAMELY SHIRTS, PANTS, SKIRTS, TOPS, JACKETS, SWEATERS, BLOUSES, AND DRESSES (U.S. CLS. 22 AND 39).
FIRST USE 3-17-2000; IN COMMERCE 3-17-2000.
VERNA BETH RIRIE, EXAMINING ATTORNEY

SN 76-598,013. PROGRESS VANTAGE LIMITED, KWAI CHUNG, NEW TERRITORIES, HONG KONG, FILED 6-15-2004.

## BETTA

FOR HOUSE SLIPPERS (U.S. CLS. 22 AND 39).
FIRST USE 3-21-2003; IN COMMERCE 1-15-2004.
DORITT L. CARROLL, EXAMINING ATTORNEY

CLASS 25—(Continued).

SN 76-621,312. COLLECTION CONRAD C INC., MONTREAL, QUEBEC, CANADA, FILED 11-18-2004.

## CONCEPTS CONRAD C

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.
OWNER OF CANADA REG. NO. TMA564972, DATED 7-19-2002, EXPIRES 7-19-2017.
OWNER OF U.S. REG. NOS. 2,125,611 AND 2,125,612.
THE NAME CONRAD C IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.
FOR LADIES' BLOUSES, SLACKS, SKIRTS, JACKETS, PANTS, BELTS, T-SHIRTS AND DRESSES (U.S. CLS. 22 AND 39).
TEJBIR SINGH, EXAMINING ATTORNEY

SN 76-635,872. TRANQUIL SPACE, LLC, WASHINGTON, DC. FILED 4-8-2005.

## LUXE LIFESTYLE WEAR FOR YOGA AND BEYOND

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.
FOR T-SHIRTS, SWEATSHIRTS, TOPS, PANTS, WARM-UP SUITS, JACKETS, VESTS, SKIRTS, SHORTS, DRESSES, SCARVES, BELTS, HATS, HEADBANDS, FOOTWEAR AND SOCKS (U.S. CLS. 22 AND 39).
FIRST USE 2-0-2005; IN COMMERCE 2-0-2005.
JOANNA DUKOVCIC, EXAMINING ATTORNEY

SN 76-649,811. MIBOY, INC., KEARNY, NJ. FILED 11-4-2005.

## MiBoy

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.
THE ENGLISH TRANSLATION OF THE WORD MI IN THE MARK IS "ME".
FOR CLOTHING, NAMELY HATS WITH AND WITHOUT BRIMS (U.S. CLS. 22 AND 39).
FIRST USE 3-0-2005; IN COMMERCE 3-0-2005.
ANDREA SAUNDERS, EXAMINING ATTORNEY

PVL 05741