## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      **RYAN NEW**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at NEW YORK, NEW YORK.

      That on the 17th day of March, 2008, deponent served the within **PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS PURSUANT TO LOCAL RULE 56.1** upon:

> Storch, Amini & Munues, P.C.
> Attorneys for Defendant
> 140 East 45th Street, 25th Floor
> New York, New York 10017

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                                _____
                                                     Ryan New

Sworn to before me this
17th day of March, 2008

_____
          Notary

            MIRIAM DEIKUN
     Notary Public, State of New York
         No. 01DE6141377
      Qualified in Queens County
  Commission Expires February 21, 20 10