

7/10.01
CORR

**STORCH AMINI MUNVES PC**
A New York Professional Corporation

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08

BENJAMIN L. FELCHER LEAVITT
Member NY Bar

March 27, 2008

**VIA FACSIMILE**                                    MEMO ENDORSED

Hon. Sidney H. Stein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007-1312

Re:   <u>Milagros Imports Limited. v. Progress Vantage Limited; Case No. 07cv 03215 (SHS)</u>

Dear Judge Stein:

We represent defendant and counterclaim plaintiff Progress Vantage Limited in the above-referenced matter and, in accordance with Your Honor's Individual Rules, we write to respectfully request that Progress Vantage be granted an enlargement of the page limitation to 30 pages for its Memorandum of Law in Opposition to Milagros Imports Limited's Motion for Summary Judgment (the "Motion"). The additional 5 pages are necessary to fully address all of the issues raised in the Motion. I have contacted counsel for Milagros who does not object to this request.

The Motion raises no fewer than 5 distinct legal issues and by necessity implicates several of Progress Vantage's affirmative defenses. The Opposition to the Motion is due to be filed on Monday March 31, 2008. We are in the midst of drafting the opposition and made this request as soon as the issue of page limitations became undeniably evident. I will make every effort to keep the Opposition to the Motion within the page limitations contained in Your Honor's Individual Rules, but make the instant request in order to ensure that I will be able to fully address every issue raised in the Motion.

Respectfully submitted,                          SO ORDERED 4/1/08

Benjamin L. Felcher Leavitt                      SIDNEY H. STEIN
                                                 U.S.D.J.

cc:   Daniel S. Moretti, Esq. (*via facsimile*)
      Vanessa Soriano Power, Esq. (*via facsimile*)

2 Grand Central Tower  New York, New York 10017  Tel. 212.490.4100  Fax: 212.490.4208  E-mail: bleavitt@samlegal.com
Washington, DC  Garden City, NY  South River, NJ