Steven G. Storch
Benjamin L. Felcher Leavitt
Storch Amini & Munves PC
140 E. 45th St., 25th Floor
New York, New York 10017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
MILAGROS IMPORTS LIMITED, a :
New York Corporation, :
 :
    Plaintiff, :    07-CV-3215 (SHS)
 :
    v. :
 :
PROGRESS VANTAGE LIMITED, :
A Foreign corporation, :
 :
    Defendant. :
------------------------------------------------------x

**DECLARATION BY BENJAMIN L. F. LEAVITT IN SUPPORT OF DEFENDANT AND COUNTERCLAIM PLAINTIFF PROGRESS VANTAGE LIMITED'S OPPOSITION TO PLAINTIFF AND COUNTERCLAIM DEFENDANT MILAGROS IMPORTS LIMITED'S MOTION FOR SUMMARY JUDGMENT**

    Benjamin L. F. Leavitt, hereby declares the following to be true under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. Annexed hereto as Exhibit 1 is a copy of portions of Wai William Wong's deposition testimony, dated February 20, 2008.

2. Annexed hereto as Exhibit 2 is a copy of portions of Irene-Luisa Torres' deposition testimony, dated January 30, 2008.

3. Annexed hereto as Exhibit 3 is a copy of Defendant's Exhibit 36, an email from Irene Luisa-Luisa Torres to Lynn Wong, dated August 26, 2005.

4. Annexed hereto as Exhibit 4 is a copy of <u>Marbelite Co. v. National Sign and Signal Co., Inc.</u>, 2 Fed.Appx.118, 120 (2d Cir. 2001).

Dated: March 31, 2008
      New York, New York

STORCH AMINI & MUNVES PC

_/s/ B. Leavitt_
Benjamin L. F. Leavitt
140 E. 45th St., 25th Floor
New York, New York 10017
(212) 490-4100
Fax: (212) 490-4208
Attorneys for Defendant and Counterclaim Plaintiff Progress Vantage Limited