Wai Wong                                      February 20, 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

MILAGROS IMPORTS LIMITED, a     )
New York corporation,           )
                                )
              Plaintiff,         )
                                )
      -against-                 )     NO. 07 CV 3215 (SHS)
                                )
PROGRESS VANTAGE LIMITED, a     )
Foreign corporation,            )
                                )
              Defendant.        )

DEPOSITION UPON ORAL EXAMINATION

OF

WAI WONG

10:07 A.M. - 12:27 P.M. & 1:39 P.M. - 5:41 P.M.

Wednesday, February 20, 2008

600 University Street, Suite 3600

Seattle, Washington

Wai Wong                                                    February 20, 2008

Page 10

1    of high school in the United States?

2  A  Well, I only did one year at university, I didn't graduate.

3  Q  Okay.  Thank you.  What are you seeking in the lawsuit with

4     Milagros?

5  A  Well, I want the brand name BETTA, which I'm not so sure

6     whether my English is right.  Right now, Milagros is

7     holding my brand name and suing me, which I believe that

8     the brand belongs to us and I see no reason that Irene

9     Torres is holding the brand name.

10  Q  Who do you believe the brand name BETTA belongs to in the

11     United States?

12  A  It belongs to United States.  You mean, who -- can you

13     rephrase that?

14  Q  Who do you believe owns the BETTA brand in the United

15     States?

16  A  Well, we do.  Goddess or Progress Vantage, my company.

17  Q  Is it Progress or is it Goddess?

18  A  Progress Vantage.

19  Q  So other than the brand name BETTA, are you seeking

20     anything else in your lawsuit with Milagros?

21  A  We're seeking damages that Milagros causing us.

22  Q  What are those damages?

23  A  Which is already in that -- what do you call that document?

24     The response to the lawsuit.  We're countersuing.  It's all

25     listed there, but I can't remember the detail.

Wai Wong                                              February 20, 2008

Page 19

1   A   Yeah, a corporation.

2   Q   And what is your ownership interest in Betta Shoe Factory?

3   A   One hundred percent.

4   Q   When was it started?

5   A   Seven years from today.  2001.

6   Q   If I can backtrack.  When were Progress Company and -- I'm

7       sorry.  When were Goddess Company and Goddess International

8       started?

9   A   Goddess Company started the same time as Progress started.

10  Q   So in 1999 or 2000?

11  A   Yeah.

12  Q   What about Goddess International?

13  A   It was 2006.

14  Q   What kind of business does Betta Shoe Factory do?

15  A   Manufacturing.

16  Q   Is Betta Shoe Factory actually a factory?

17  A   Yes.

18  Q   So it is not one of the two factories that you own

19      personally; is that correct?

20  A   It is one of the factories I own personally.

21  Q   Maybe I misunderstood, but earlier you said that you own

22      two factories a hundred percent?

23  A   Yeah.

24  Q   But am I correct in understanding that Betta Shoe Factory,

25      you're also the 100 percent owner?

Wai Wong                                          February 20, 2008

Page 20

1   A   Yeah.

2   Q   So, Ms. Wong has no ownership interest in the factory?

3   A   No.

4   Q   And how many factories do you have through the business

5       known as Betta Shoe Factory?

6   A   Well, Betta Shoe Factory is a factory itself.

7   Q   Which one is it?  You mentioned two.

8   A   It's Dong Guan.

9           MR. LEAVITT:  Do you need that spelled for the

10      record?

11          THE REPORTER:  Yes, please.

12          MR. LEAVITT:  Can you spell that?

13          THE WITNESS:  Dong Guan, D-O-N-G G-U-A-N-G --

14      G-U-A-N.  No G.

15  Q   (By Ms. Power)  What is the relationship between Betta Shoe

16      Factory and Progress?

17  A   Businesswise, we treat it as supplier and customer.

18  Q   Does Betta Shoe Factory manufacture footwear for Progress?

19  A   Yes.

20  Q   And what is the relationship between Betta Shoe Factory and

21      Goddess International?

22  A   The same.

23  Q   So other than Progress, Goddess International, Goddess

24      Company and Betta Shoe Factory, do you have an ownership

25      interest in any other company?

Wai Wong                                          February 20, 2008

Page 24

1      licensed names?

2   A  You mean as global market we produce?  Do you mean global

3      market we produce any license?  Can you rephrase that?

4   Q  Mm-hm.  In the mainland China market, in the domestic

5      market, do you produce any footwear styles under licensed

6      names?

7   A  (Witness shakes head.)  We only produce our own brand name

8      called BETTA, B-E-T-T-A.

9   Q  In the -- can I call it the international market?  In the

10     international market, do you produce any footwear styles

11     under licensed names?

12  A  Yes, we do.

13  Q  And what styles do you produce under licensed names?

14  A  Well, we have thousands of styles.  Do you want me to

15     specifically say which styles, or do you want me to tell

16     you the brands or the license?

17  Q  Which license names do you produce under in the

18     international market?

19  A  Well, we produce Clarks, Benetton, Zara, a brand name under

20     Mark & Spencer called Per Una, George for Asda, Daniel

21     Green for United States, Woolrich.

22            MR. LEAVITT:  I'm sorry.  What was that last

23     one?

24            THE WITNESS:  Woolrich, W-O-O-L-R-I-C-H.

25            MR. LEAVITT:  Thank you.

Wai Wong                                          February 20, 2008

Page 49

1    manufacturing footwear bearing the BETTA mark for the

2    domestic market?

3    A   Yes.

4    Q   When was that?

5    A   I believe it's 2002.

6    Q   Other than footwear with the BETTA mark manufactured for

7    Betta Tech, to what other companies and what countries has

8    Progress manufactured those products for?

9             MR. LEAVITT:  I'm sorry.  Could you read that

10   back?  I just didn't catch it.

11            MS. POWER:  I can rephrase it actually.  It was

12   messy.

13   Q   (By Ms. Power)  So I understand that in about 2002 Progress

14   began manufacturing footwear bearing the BETTA mark for the

15   domestic market; correct?

16   A   Correct.

17   Q   Other than the footwear that had been manufactured for

18   Betta Tech, when did Progress manufacture footwear bearing

19   the BETTA mark for export to other markets?

20   A   I don't remember exact date, but we did have shipments to I

21   think it's Italy or somewhere in Europe and Lebanon and

22   Dubai.

23   Q   And when did Progress begin manufacturing footwear bearing

24   the BETTA mark for sale in Europe?

25   A   As I said, I don't remember the dates.  But we made

Wai Wong                                    February 20, 2008

Page 50

1    shipments.  I can pull out a document with the invoice and

2    let you know the dates.

3    Q  Was it before or after Progress started manufacturing

4    footwear with the BETTA mark in the domestic market?

5    A  I think it's after.

6    Q  But you don't know for sure?

7    A  I don't know for sure.

8    Q  What about Lebanon, when were products bearing the BETTA

9    mark first manufactured by Progress for export to Lebanon?

10   A  I don't remember the dates, but we definitely have

11   shipments with BETTA mark.

12   Q  Was that the same for Dubai?

13   A  Same mark, but I don't remember the dates that we made

14   shipments.

15   Q  To what customers did you provide footwear bearing the

16   BETTA mark when you began exporting those products to

17   Europe?

18   A  You mean the products in Europe?

19   Q  Excuse me?

20   A  Sorry.  Can you say again the question?

21   Q  Who were the customers in Europe?

22   A  The mainland Europe one I don't remember, but I remember

23   the one in Lebanon, I think it's called ABC Department

24   Store which is very similar to Next in UK.  And the one

25   from Dubai is also a department store, I couldn't remember

Wai Wong                                          February 20, 2008

Page 51

1       the name.

2    Q  Did you have agreements with the customers in Dubai and

3       Lebanon and Europe for the manufacture of shoes bearing the

4       BETTA mark?

5    A  No.

6    Q  There was no agreement to produce these shoes?

7    A  We own the brand.  We don't need any agreement to produce

8       this brand, just purchase order, and we made shipments and

9       invoice mechanism to get payment.

10   Q  But am I correct in understanding there was no agreement?

11   A  No.

12   Q  Did you use distributors in Europe, Lebanon or Dubai?

13   A  No.

14   Q  Do you use distributors to market and sell footwear bearing

15      the BETTA mark in any other countries?

16   A  What do you mean by any other countries?

17   Q  Any country other than Europe, Lebanon and Dubai?

18   A  No.

19   Q  Have you ever entered into a license agreement with any

20      party for the distribution of slippers bearing the BETTA

21      mark?

22   A  Sorry.  Could you rephrase that?

23   Q  Yes.  Have you ever entered into a license agreement with

24      any party for the distribution of slippers or footwear

25      bearing the BETTA mark?

Wai Wong                                       February 20, 2008

Page 52

1    A   We thought we were entering the licensing agreement with

2        Milagros verbally when we helped Irene start Milagros.

3    Q   Other than the verbal agreement that you think you entered

4        into with Milagros, did you ever enter into a license

5        agreement for the distribution of footwear bearing the

6        BETTA mark with any other party?

7    A   (Witness shakes head.)

8    Q   In your 15 years in business, have you ever entered into a

9        license agreement for any product?

10   A   No.

11   Q   Have you ever heard of an oral license agreement?

12              MR. LEAVITT:   Objection.

13   A   Do I have to answer that?

14   Q   (By Ms. Power)   Mm-hm.

15   A   I'm not familiar with licensing agreement in term of

16       license.   It's like good gesture, like I did with Mr. Gray,

17       a handshake and gentleman agreement.   I only get to know

18       licensing agreement when I had this lawsuit.

19   Q   Mr. Wong, when did you first meet Irene-Luisa Torres?

20   A   Back in 1995, '96, something like that.

21   Q   Am I correct that you worked together for many years?

22   A   What do you mean by together?

23   Q   That you had a business relationship with Irene for many

24       years; is that correct?

25   A   Correct.

Wai Wong                                          February 20, 2008

Page 55

1    A    No.

2    Q    No?

3    A    No.

4    Q    At some point Irene was working with Ben Berger; is that

5         right?

6    A    Yes.

7    Q    And who was your primary contact at Ben Berger?

8    A    Irene.

9    Q    And over the time that Progress manufactured footwear for

10        Ben Berger, do you have a sense of the amount in dollars of

11        business that came through Ben Berger?

12   A    Yes.

13   Q    What's that amount?

14   A    Well, for a few years it was about over a million U.S.

15        dollars per year.  And because we supported Irene to start

16        Milagros, we have to give that up.

17   Q    At some point Irene stopped working for Ben Berger; is that

18        right?

19   A    That's right.

20   Q    And then she started her own business which was Milagros;

21        correct?

22   A    That's right.

23   Q    When Irene left Ben Berger, she talked to you about her

24        plans to start her own company; right?

25   A    Correct.

Wai Wong                                            February 20, 2008

Page 56

1    Q    And she told you that she wanted to use the knowledge that

2         she had gained over the years to start her own company;

3         right?

4    A    Correct.

5    Q    And you were supportive of her business plans; right?

6    A    Yes.  We gave her a loan to start her business.  And we

7         help her to find another person to loan the same amount as

8         we loaned her.  And in many ways we help her to get

9         furniture, to get the Empire State Building rental.

10             That's why I was shipping her products that she

11        doesn't have to -- she didn't have to pay us until she

12        received payment from customers, and some orders or some

13        invoices was up to 120 days that we made shipment before we

14        get payment.

15   Q    Why did you do all this?

16   A    We wanted to have somebody help us to build up the brand in

17        the States.

18   Q    What brand?

19   A    BETTA.

20   Q    Did you tell Irene that?

21   A    Yes.

22   Q    When?

23   A    That's when she was putting the company together.

24   Q    When was that?

25   A    I don't remember the time or the date, but before Milagros

Wai Wong                                    February 20, 2008

Page 57

1    actually incorporated.

2    Q  Did you have discussions in person?

3    A  Yes.

4    Q  Where?

5    A  Well, from time to time she came to Hong Kong when she was

6       still working for Ben Berger, we discussed about it.  And

7       couple of times I came to New York and we talked about it,

8       too.

9    Q  And what did you tell her?

10   A  We told her we want to help her to start a business and we

11      have a brand name we want to distribute in the States, that

12      we got agreement from Mr. Kim Gray who support for me to

13      use the brand and we were going to register the brand in

14      the States.

15   Q  Why did you want to work with Irene?

16   A  She's willing to distribute our brand.  And at that time it

17      was -- we didn't have the knowledge or ability or time to

18      come over to United States to set up a new company and do

19      the distribution, and we trusted her, she has the ability

20      to do that, that's the reason we supported her and help her

21      out.

22   Q  At that time was Progress doing any business in the United

23      States?

24   A  Yes.  That's the time we had significant amount of business

25      from Ben Berger, as well as we got business from other

Wai Wong                                    February 20, 2008

Page 59

1        company.

2    Q   Did you think that you or Progress would have an ownership

3        interest in Milagros because you were loaning her $25,000?

4    A   No.  She asked me to be a partner, I said no.

5    Q   Has Progress made any other loans to Irene or Milagros

6        other than that $25,000 that's been repaid?

7    A   No.

8    Q   Am I correct that John Lau also loaned --

9    A   Correct.

10   Q   -- money to Milagros?

11   A   Correct.

12   Q   Do you know how much that was?

13   A   Same amount, $25,000.

14   Q   Do you know the terms of that loan?

15   A   No.

16   Q   You also testified that you helped Milagros get office

17       space; is that right?

18   A   Correct.

19   Q   What exactly did you do?

20   A   We wrote a guarantee letter to the Empire State Building,

21       telling them we have full support to Milagros, which was

22       request by Empire State Building in order to give them a

23       lease.

24   Q   You also said you helped Milagros acquire furniture; is

25       that right?

Wai Wong

February 20, 2008

Page 62

1                                  (EXHIBIT NO. 4 MARKED)

2    Q  (By Ms. Power)  Mr. Wong, if you can take a look at what's

3       been marked as Exhibit 4 and let me know if you recognize

4       the document.

5    A  Mm-hm.  Yes.

6    Q  Am I correct that this is the answer and counterclaim filed

7       by Progress in this case?

8    A  Correct.

9    Q  If I can direct you to page 8, paragraph 49?

10   A  Yes.

11   Q  The paragraph states that Progress is alleging that it

12      became the registered owner of the BETTA mark in Hong Kong

13      in 2002.  Do you see that reference?

14   A  Yes.

15   Q  And then paragraph 50, Progress alleges that it did not

16      immediately launch the BETTA mark in the United States.  Do

17      you see that reference?

18   A  Correct.  Yes.

19   Q  Why did Progress not immediately launch the BETTA mark in

20      the United States?

21   A  We didn't have the resource to set up distribution in the

22      States.

23   Q  And what do you mean by launch the BETTA mark?

24   A  Launch, meaning sell and promote BETTA mark in the States.

25   Q  I'm sorry.  Sell and promote?

Wai Wong                                                February 20, 2008

Page 63

1    A    Sell and promote.

2    Q    Anything else?

3    A    No.

4    Q    In paragraph 53 you allege that Irene proposed that she and

5         Progress go into business together.  Do you see that

6         reference?

7    A    Yes.

8    Q    What was that proposal?

9    A    She asked me if she leaves -- well, at the time if she left

10        Ben Berger, whether I can support her to go into business

11        on her own.

12   Q    And how does that mean that she was proposing Progress go

13        into business with her?

14   A    Whether I can support her, like make, manufacture products

15        for her, as well as financially give her money.  And then

16        later on we told her that we have a brand we want to

17        distribute in the States.

18   Q    Did Irene make this proposal in writing?

19   A    Well, she had a few e-mails, some kind of ask about the

20        license or the brand name.

21   Q    Was a business proposal between Milagros and Progress --

22   A    Not a formal business proposal.  It's just e-mails asking

23        questions how we can support her and also verbally asked

24        whether we can loan her money.

25   Q    And when did these discussions take place?

Wai Wong                                    February 20, 2008

Page 64

1   A   That's the time between -- well, the time before Irene left

2       Ben Berger to Milagros incorporated.

3   Q   Were these discussions between just you and Irene?

4   A   Well, some with Lynn as well.

5   Q   Was anyone else present during these discussions regarding

6       Irene's alleged proposal?

7   A   One particular time about the loan, John was there, John

8       Lau.

9   Q   So, what else do you remember about Irene's proposal other

10      than she just asked questions about whether Progress would

11      support her new business?  What specifically do you

12      remember about her proposal?

13  A   She wanted me to be a partner and also wanted John to be a

14      partner of Milagros, and John and I discussed we didn't

15      want to really be partner of Milagros as a company because

16      we don't really know how to the overhead and expenses in

17      the States, in the United States, so we were worried that

18      if we were a partner we will be liable if the company

19      making a loss.

20  Q   What did you tell Irene about that?

21  A   I told her honestly, like what I said.  Well, I told her

22      it's her company, she set it up, I didn't want to really

23      tell her what to do for her company.  It's just as long as

24      she can distribute the BETTA brand and we have the support

25      financially for her.

Wai Wong                                              February 20, 2008

Page 65

1   Q   So you did not accept Irene's proposal; is that correct?

2   A   Correct.

3   Q   In paragraph 55 you allege that Progress agreed to license

4       Torres to be the exclusive distributor of its footwear

5       products in the United States bearing its BETTA mark.  Do

6       you see that reference?

7   A   Yes.

8   Q   Who proposed that Irene be Progress' exclusive distributor?

9   A   I did.

10  Q   When did you propose that?

11  A   That's when she was planning to start a business, when it

12      didn't have the name as Milagros.  She was telling us she

13      wanted to start a business, so I proposed to her that we

14      have a brand name registered in Hong Kong and China, then I

15      can manufacture BETTA brand and I can register BETTA brand

16      and she distribute it.

17  Q   When exactly did you propose this?  What date?

18  A   I don't have the date.  That's between the period of time

19      that she was thinking about leaving Ben Berger and some

20      time before that we made the loan before -- well, right

21      before she left.

22          Definitely before she left Ben Berger and she was

23      thinking -- between the time she was thinking leaving and

24      the time she actually left Ben Berger.

25  Q   Was that proposal verbally or in writing?

Wai Wong                                          February 20, 2008

Page 66

1   A   Verbally.

2   Q   So you admit that there's no written agreement between

3       Progress and Milagros for the distribution of BETTA,

4       products bearing the BETTA mark in the U.S.; correct?

5   A   Correct.

6   Q   Is it your contention that there was an oral license

7       agreement between Progress and Milagros for the

8       distribution of products bearing the BETTA mark in the

9       United States?

10  A   I'm sorry.  I didn't understand exact what contention

11      means, but it was my intention that we register the brand

12      and we own the brand and she help us to distribute it.

13          And actually when we initially discussed it, it was

14      just talking about how we can do.  And later on, when she

15      actually left Ben Berger, she did send an e-mail to us

16      asking about the details of this brand name and clearly see

17      through the e-mail she asked about licensing fees, she

18      asked about royalty, she asked about the details, forms and

19      history of the brand, and asking about who's going to

20      register the brand, and we all answered it, so it was

21      clearly showing that she knew we own the brand.

22  Q   Am I correct, though, that it's your belief that there is

23      an -- or there was an oral license agreement between

24      Progress and Milagros for the distribution of products

25      bearing the BETTA mark in the U.S.?

Wai Wong                                    February 20, 2008

Page 67

1    A    I don't know how to say it legally.  Do you mean that --

2         well, can you explain me to the term oral licensing?  Is

3         there a term -- you asked me earlier whether it's oral

4         licensing or not.

5              As I said, I didn't have the knowledge of anything

6         about licensing at that time.  All I knew was that we had a

7         gentleman agreement that we own the brand and she

8         distribute for us.

9              And only now, after this case, I get to know the

10        details and the legal requirement for licensing.

11   Q    Earlier you admitted that there's no written license

12        agreement between Milagros and Progress; correct?

13   A    Correct.

14   Q    I'm trying to understand whether you believed that there

15        was an oral license agreement between Milagros and

16        Progress.

17   A    Yes, I do believe in that.

18   Q    On what date did you make that agreement?

19   A    I don't remember date, but based on the e-mail that we talk

20        about it.  There was an e-mail, she specifically asked

21        about the detail of BETTA's license.  And I believe if you

22        said oral agreement or oral licensing, I think that can be

23        the date.

24             Personally, I believe that's the date that we have

25        agreement on that.  We told her she can use it, she doesn't

1    have to pay royalty to us, she doesn't have to pay

2    licensing fee to us, and I believe that's the date.

3    Q  You're saying that the date of an e-mail when -- excuse me.

4         You're saying that the date that Irene sent you an

5    e-mail --

6    A  Mm-hm.

7    Q  -- asking about the terms of a license --

8    A  Yes.

9    Q  -- is the date that this oral license agreement was made?

10   A  I believe so.

11   Q  Did the license agreement become effective on that same

12   date?

13   A  Well, it was always our intention to go that way.  So I

14   don't know how to say when the exact date became effective.

15   It's always our intention to help Irene to set up a

16   business and distribute BETTA.

17   Q  Is it your belief that the same date that this alleged oral

18   license agreement was made is the same date that that

19   agreement took effect?

20   A  I believe we started this kind of agreement even before

21   that.

22   Q  On what date?

23   A  I don't remember exact date, but we always discuss about

24   it.  And I only know it was my intention to do that, and

25   she knew we supported her since the beginning.  So as I

Wai Wong                                                February 20, 2008

Page 69

1    said, I didn't have the knowledge about legal contract of

2    licensing.

3           Only we told her we are registering the brand and she

4    will distribute.  And the conversation was going on and on

5    for a long time, even before she left Ben Berger.

6           So I can't tell you the exact date that it commenced

7    or it become effective.  It's always our intention to

8    support her to set up the business.

9    Q  Would you agree that this alleged oral license agreement

10      became effective the same date that it was entered into?

11   A  Well, the conversation was going on and on for a period of

12      time, so it's always there.  I don't really understand what

13      you mean when the date became effective.

14   Q  Who are the parties to the alleged agreement?

15   A  In the beginning it's more personal between Irene and I.

16      She didn't even have a company name.

17   Q  At some point did that change?

18   A  Yes.  We help her to set up Milagros, then we become

19      Progress Vantage and Milagros.

20   Q  So are you saying that there were two agreements, the first

21      was between you and Irene and the second agreement was

22      between Milagros and Progress or is this all the same

23      agreement?

24           MR. LEAVITT:  Objection to form.  You can

25      answer.

Wai Wong                                    February 20, 2008

                                                        Page 70

1    A   I believe it's all the same.

2    Q   (By Ms. Power)  Was this an exclusive or a nonexclusive

3        agreement?

4    A   We didn't specifically discuss about it.

5    Q   Was it transferable or nontransferable?

6                MR. LEAVITT:  Objection to form.

7    A   We didn't discuss it either.

8    Q   (By Ms. Power)  Did you discuss the payment of royalties?

9    A   Yes.

10   Q   And what were the terms regarding the payment of royalties?

11   A   We told her we will support her.  We didn't need her to pay

12       us royalty.

13   Q   Why is that?

14   A   We wanted someone to help us to build up the brand.  And in

15       order for her to re-invest the profit into the business --

16       well, in order for Milagros to make profit and grow, we

17       want her to keep the profit or re-invest it into Milagros

18       and help us to sell more BETTA slippers or BETTA items.

19   Q   What was the geographic term of the alleged agreement?

20   A   United States.

21   Q   Was the alleged agreement only for the use of the BETTA

22       mark or was it for any other mark?

23   A   For our agreement, only the BETTA mark.

24   Q   And under this alleged agreement, what use of the BETTA

25       mark was Milagros allowed?

1      MR. LEAVITT:  Objection to form.  You can

2   answer.

3  A  We allowed Milagros to use the mark to use on socks, which

4      is a supplier we know, and we let her to use -- to sell

5      some other slippers from a manufacturer called Flicker, who

6      we know have fairly high standard and they can make some

7      items that our factories are not very good at.  And we also

8      agreed Milagros to use the mark and make small items

9      through Topper.

10  Q  (By Ms. Power)  Is there anything in writing that sets

11     forth the scope of what Milagros was permitted to do using

12     the BETTA mark under this alleged agreement?

13  A  No.

14  Q  What was the length of the alleged agreement?

15  A  We didn't discuss it.

16  Q  What did you expect it to be?

17  A  We expect to review it every two years.

18  Q  Did you discuss the circumstances under which this alleged

19     agreement could be terminated?

20  A  No.

21  Q  Did you discuss providing notice to Milagros before this

22     alleged agreement could be terminated?

23  A  No.

24  Q  Were there any terms related to giving notice before

25     terminating the agreement?

Wai Wong                                          February 20, 2008

Page 72

1    A    No.

2    Q    Did the alleged agreement provide for assignment of the

3         BETTA mark?

4                 MR. LEAVITT:   Objection; asked and answered.

5         You can answer.

6    A    I don't understand the question.   Sorry.

7    Q    (By Ms. Power)  My question is, earlier I asked you if

8         there were discussions about whether the oral license

9         provided for the mark being transferable or

10        nontransferable, and you said that that was not discussed;

11        is that right?

12   A    Correct.

13   Q    And I just want to confirm whether this alleged agreement

14        provided for assignment of the BETTA mark to any other

15        party.

16   A    What do you mean by assignment?   Sorry.   I don't understand

17        the term assignment.

18   Q    My question is whether Milagros could allow any other party

19        to use the BETTA mark under this alleged agreement.

20   A    Well, we verbally said she can manufacture through Topper,

21        Flicker, and the socks supplier.

22   Q    When did you reach this verbal agreement about allowing

23        Milagros to use other manufacturers or suppliers?

24   A    Just before Milagros incorporated.

25   Q    Was it at the same time that you entered into this alleged

Wai Wong                                        February 20, 2008

Page 73

1     agreement?

2   A  That's right.

3   Q  Who controlled -- I'll start over.

4          Did Milagros have to get Progress' approval for its

5     use of the BETTA mark under this agreement?

6   A  Initially to --

7            MR. LEAVITT:  Can you read back that question,

8     please?

9                              (Question on page 73, line

10                             4 to line 5 was read

11                             back.)

12           MR. LEAVITT:  Objection.  You can answer if you

13    understand that.

14  A  Initially, I will get to check the whole line, including

15    every part that Irene's selling.  And later on, Irene said

16    she will make me proud of the product, so we let her --

17    gradually we let her to select what's good for the brand.

18  Q  (By Ms. Power)  Did Milagros have to get Progress' approval

19    for packaging products bearing the BETTA mark under this

20    alleged agreement?

21  A  Well, it was come to a decision that we get together and

22    sit down and think what's the best for the brand.  So it's

23    not really approval.  She just asked if we agreed.  I don't

24    know whether you call that approval or not.

25  Q  What would you call it?

Page 74

1    A   It's come to a group decision.

2    Q   Did Milagros have to get Progress' approval for advertising

3        that it did for products bearing the BETTA mark under this

4        alleged agreement?

5    A   No.

6    Q   Did Milagros have to get Progress' approval for special

7        promotions for products bearing the BETTA mark under this

8        alleged agreement?

9    A   No.

10   Q   You said that initially you would check the lines that were

11       sold by Irene, did I understand that correctly?

12   A   Yes.

13   Q   When was that?

14   A   That was when the new office -- I came over to New York and

15       checked the office out and see whether it fit in the brand

16       and see every single product.

17   Q   How long after Milagros had started was that?

18   A   I don't remember.  It was not long after they moved into

19       the Empire State Building.

20   Q   And after you were in New York and you checked the lines

21       that were being offered by Irene initially, did you do

22       anything else to check those lines, or was it at that point

23       that you turned it over to Irene?

24   A   Well, later on --

25                MR. LEAVITT:  Objection to form.

Wai Wong                                    February 20, 2008

Page 75

```
 1   A   -- she still e-mail us the picture or e-mail us what she's
 2       doing, keep us posted what she's doing, and gradually then
 3       we let her.  Well, she said she'll make us proud, so
 4       gradually she fewer and fewer time e-mails what she's
 5       doing.
 6   Q   (By Ms. Power)  Do you know approximately when that was?
 7   A   I don't remember the dates.
 8   Q   Was it within a few months of Milagros starting or was it
 9       within the first six months?
10   A   It was within a few months after the move into Milagros --
11       or move into the office.
12   Q   What rights did Progress retain to the BETTA mark under
13       this alleged license agreement with Milagros?
14   A   Sorry.  I don't understand what you're asking.
15   Q   I'm asking that under this agreement that you say you had
16       with Milagros, what rights did Progress retain?
17   A   As I said, I didn't understand -- at that time I had no
18       idea what license agreement is, so we just didn't discuss
19       it.
20           All I knew was we registered the brand and we paid
21       the legal fee to get it registered and we support Irene to
22       distribute our brand.
23           To us it's obvious that we own the brand and she's
24       the distributor.  Even on the packaging was specifically
25       make sure that the packaging printed as distributed by
```

Wai Wong                                              February 20, 2008

Page 80

1    Q  (By Ms. Power)   And in Dubai, were any of those
2       communications in writing?

3    A  No.

4    Q  Earlier you testified that as part of helping Milagros get
5       started that you gave Milagros extra time to pay bills; is
6       that correct?

7    A  Correct.

8    Q  Has Progress ever provided extra time to any other customer
9       to pay its bills?

10   A  No.

11   Q  Never in the history of Progress has Progress provided
12      extra time to other customers?

13   A  Our general term even for customers very close to us is
14      only 30 days after shipment.

15   Q  You testified earlier that there was an oral license
16      agreement between Milagros and Progress, but that you
17      received some e-mails from Irene asking questions about
18      this alleged license; is that correct?

19   A  Correct.

20   Q  Is it your belief that those e-mails set forth the terms of
21      this license agreement that you're alleging?

22   A  Yes.

23   Q  What e-mail specifically are you referring to?

24   A  There was an e-mail -- I forgot was it attention to Lynn
25      alone or attention to both of us and having important forms

Wai Wong                                    February 20, 2008

Page 81

1    asking whether I own this license, who's going to register

2    this license, whether royalty to be paid, whether there's a

3    licensing fee, whether the form of the BETTA can be changed

4    or the color can be changed, things like that.

5                THE WITNESS:  Do you remember?

6                             (EXHIBIT NO. 5 MARKED)

7    Q  (By Ms. Power)  Mr. Wong, you've been handed what's been

8       marked as Exhibit 5.  Do you recognize this document?

9    A  Yes.

10   Q  Is this the e-mail that you're referring to that you

11      believe sets forth the terms of the alleged oral license

12      between Milagros and Progress?

13   A  Yes, I believe.

14   Q  The date of this e-mail is October 1 of 2003 and October 2

15      of 2003; is that correct?

16   A  Yes.

17   Q  At the time that you received this e-mail from Irene in

18      October of 2003, had you already entered into the license

19      agreement?

20                MR. LEAVITT:  Objection to form.  You can

21      answer.

22   A  As I said earlier, it's always been discussed even before

23      Irene left Ben Berger.  So I believe we already had an oral

24      licensing agreement and this is only the e-mail talking

25      more about the details.

Page 85

1    agreement was exclusive or nonexclusive and you stated that

2    it was never discussed; is that right?

3  A  That's right.

4  Q  And so, my question is whether this was therefore a

5    nonexclusive agreement, because you're saying that under

6    this alleged agreement Milagros was allowed to use other

7    manufacturers.

8  A  We didn't use the term exclusive during our discussion.  We

9    only say that in order for BETTA brand to take off in the

10   United States, just the product from PVL wouldn't be enough

11   to be full collection for the customer to be interested in.

12        So we agreed that we can use products from Flicker,

13   Topper, as well as some socks suppliers to produce products

14   carrying BETTA brand in order to help with sales and help

15   the market exposure for BETTA.  So that's how we discussed,

16   and we didn't use the term exclusive or nonexclusive.

17  Q  In the same response in Exhibit 6, there's reference to use

18   being made by other manufacturers with the explicit

19   permission of PVL.  Do you see that reference?

20  A  Yes.

21  Q  What is meant by the explicit permission of PVL?

22  A  During our initial discussion that I request Irene to show

23   me all the products made by other manufacturers, that's

24   what I meant.

25        And later on we -- because she has more knowledge

Wai Wong                                              February 20, 2008

1      than I do for the market, I agreed that she can choose

2      what's appropriate for the buyer.

3    Q  I'm sorry.  I don't understand that last part.

4    A  Well, we let her to choose what's appropriate for our BETTA

5      mark to be successful in the market.

6    Q  In terms of other manufacturers?

7    A  Yes.

8    Q  Was that explicit permission given in writing?

9    A  No.

10   Q  Did Progress have an agreement with any of Milagros' other

11     manufacturers of products bearing the BETTA mark?

12   A  No.

13            MR. LEAVITT:  Objection to form.

14   Q  (By Ms. Power)  Are you aware that Milagros continues to

15     use other manufacturers to make products bearing the BETTA

16     mark today?

17   A  Yes.

18   Q  Have you had any contact with Milagros' other manufacturers

19     since this lawsuit was filed?

20            MR. LEAVITT:  I'm going to object and direct him

21     not to answer on relevance grounds.

22   Q  (By Ms. Power)  You can answer.

23            MR. LEAVITT:  No.  I've directed him not to

24     answer.

25            MS. POWER:  You can direct him not to answer on

Page 171

1    A    Based on the knowledge that Lisa and Tom has.

2    Q    Am I correct, though, that these were just projections,

3         there was no specific sales number associated with them?

4    A    Correct.

5    Q    And in this lawsuit Progress is claiming ownership of the

6         BETTA mark in the U.S.; correct?

7    A    Correct.

8    Q    Progress also has manufactured products under the mark

9         Betta Spa?

10   A    Yes.

11   Q    Is Progress also claiming ownership in Betta Spa?

12   A    Well, I thought that's the same brand.

13   Q    Progress has also manufactured products for the Irene-Luisa

14        Torres mark; is that right?

15   A    Correct.

16   Q    Is Progress claiming any ownership in the --

17   A    No.

18   Q    -- Irene-Luisa Torres mark?

19   A    No.

20   Q    Earlier you testified that when you reviewed the alleged

21        license between Progress and Milagros you looked at the

22        sales that Milagros had made; is that correct?

23   A    Correct.

24   Q    Were those sales of only products bearing the BETTA mark or

25        did they also include sales of products bearing other