b頁 1 - 5(B)

Leo

| | |
|---|---|
| 寄件者: | "IRENE-LUISA TORRES" <jambi_face@yahoo.com> |
| 收件者: | "Lynn Wong" <Lynn.Wong@goddess-hk.com> |
| 傳送日期: | 2005年8月26日 下午 01:46 |
| 主旨: | 8/22-24/05 TO:GODDESS / ATTN; LYNN WONG / RE:APPT W/ROSS AUG 30TH - DISCOUNTER PROGRAM |

8/22/05
DEAR LYNN,
1) WE DO NOT KNOW WHAT ROSS WILL PICK AS WE HV NOT YET HAD THE MEETING. WHAT WE HV PREPARED TO SHOW THEM IS UR STYLES AS FOLLOWS:
   A. SCC8322L-3 (T/C BOUND SIDE STITCH),
   B. STC8322L( TERRY BOUND SIDE STITCH W/QUILTING)
   C. STC8295L ( RIBBED TERRY PILLOW WEDGE WITH SATIN BOW,
   D. SVC7447L -VELBOA SCUFF
   E. SVC7451L - VELBOA WIDE BAND THONG
   F. VELBOA TRAD. CLOG
   G. CORALE BASIC STYLES U SENT IN CLOG, SCUFF & WIDE BAND THONG . IF U REMEBER YOU SAID I CAN USE MY SHOW ROOM SMPLS FOR COLOR.
   H. STC8239L-1 & STC8239L-2 } WASHABLE TUX SCUFF IN CHINA TERRY

2) DON'T UNDERSTAND UR POINT, " I WILL RE-WORK ON THE PRICE AND SEE WHAT IS THE OPPORTUNITY FOR THIS PROGRAM....."

3) I WILL WORK OUT CHIP W/ARDA.

4) BETTA IS THE ONLY BRAND WE HAVE, I DID DISCUSS THIS WITH WILLIAM WHEN HE WAS HERE... ALL BRANDS IN THIS COUNTRY HV VARIOUS DEGREES OF TIERS. AS YOU WOULD SEE HERE THAT SOME DISCOUNTERS ARE SET UP TO LOOK AS GOOD AS DEPT STORES OR BETTER AND THE TREND IS MOVING RAPIDLY TOWARDS THIS. THESE STORES CARRY ALL THE HIGHER END NAME BRANDS THAT BETTA CAN'T EVEN AT THIS POINT BE PUT IN THE SAME CLASSIFICATION WITH AND SOME WE WILL NEVER BE ABLE TO COMPETE WITH AS THEY ARE WHO THEY ARE. OBVIOUSLY THERE HAS TO BE A MERCHANDISE DIFFERENCE -- WHICH IS WHY WE HV CREATED THESE "SPECIAL STYLES".
PLEASE ALSO UNDERSTAND THAT IF OUR VENDORS , ESPECIALLY MACY'S KNEW BETTA SOLD IN THE DOMESTIC MARKET IN CHINA THEY WOULD NEVER HV TOUCHED US. WE REALLY HV TO KEEP A REALISTIC PERSPECTIVE TO MAINTAIN A HEALTHY BUSINESS ACROSS THE SPECTRUM.

WE HV MADE A LOT OF HEADWAY IN LESS THEN 2 YEARS BUT WE STILL HV TO PROVE OURSELVES & STILL HV A LONG WAY


DEFENDANT'S EXHIBIT 36  1/30/08

2007/8/29

CONFIDENTIAL

TO GO. PLEASE UNDERSTAND THAT YOU JUST CAN'T "FIND"
AN ALTERNATIVE -- A BRAND HAS TO BE "SUPPORTED",
ITS A CATCH 22 ---IF YOU DON'T GROW YOU CAN NOT
SURVIVE --- I ASK U TO PLEASE TRUST US ON KNOWING
HOW TO OPERATE IN THIS COUNTRY. THE ROSS STORE
BUYER KNOWS BEN VERY WELL SHE WILL COME IN BECAUSE SHE
KNOWS HIM & BECAUSE WE R GOING INTO MACY -- BUT SHE
STILL SAYS WE R NOT "KNOWN" !!

HOPE U CAN UNDERSTAND..THANKS & RGRDS, IRENE-LUISA


---------------------------
--- Lynn Wong <Lynn.Wong@goddess-hk.com> wrote:

> Dear Irene,
>
> Would you please list out the styles that are
> selected for discounter
> program. I have been back and forth between factory
> and office and
> unable to sit down and look for those styles.
>
> I will re-work on the price and see what is the
> opportunity for this
> program.
>
> Regarding the chip, can you work out with Lam.
>
> By the way, we don't want to use Betta for
> discounter and can you work
> on other alternative.
>
> Thanks and best regards,
> Lynn
>
> -----Original Message-----
> From: IRENE-LUISA TORRES
> [mailto:jambi_face@yahoo.com]
> Sent: Saturday, August 20, 2005 6:46 AM
> To: Lynn Wong
> Subject: 8/19/05 TO:GODDESS / ATTN; LYNN WONG /
> RE:APPT W/ROSS AUG 30TH
> - DISCOUNTER PROGRAM
>
> 8/19/05
> DEAR LYNN,
> 1) THANKS FOR UR ADVISE AS WE REALLY MUST SET
> EVERYTHING B/4 THEY GET
> HERE ON AUG 30TH.
>
> 2) PLS NOTE MY COMMENTS FOR CLARIFICATION BELOW:
>
> --- Lynn Wong <Lynn.Wong@goddess-hk.com> wrote:
>
> > Dear Irene,

2007/8/29

CONFIDENTIAL

```
>>
>> Sorry for late reply!
>>
>> 1. Review of price
>> A. We can try for 1.30-1.40 for Ross but in stitch
> & turn construction
>
>> and based on volumn.
> ***************8/19/05 :
>       1) ROSS WILL ONLY BE VOLUME & ONLY REASON
> WE WOULD DO SPECIAL
> LOW PRCS- OTHER WISE NO POINT.
>       2)   AS PER BEN, ROSS WILL NOT DO 1
> STYLE
> PER CONTAINER AT THIS POINT. PLS REMEMBER THAT WE R
> NEW TO THEM.
>
>> B. But for cement construction, we do need
> 2.50/pair due to the high
>> cost.
> ************ 8/19/05
>       1) NOTED BUT WE R CURRENTLY DOING S/O#
> 0153, SUC7623L ( S/#
> 01-1-0248-1 ) FOR $2.35/PR.  THIS STYLE HAS BEEN IN
> THE LINE FOR A LONG
> TIME & WE HV SOLD QUITE A LOT....
>
>
>> 2. Packing chip
>> A. I have advised you before that we don't have
> chip for our domestic
>> market.
>> B. Suggest to use bat-wing hook to cut down the
> price.
> ***********08/19/05
> SORRY IF I MIS UNDERSTOOD U--- I THOUGHT THE CHIPS
> LAYOUTS U SENT ME
> WITH BETTA LOGO & PHOTO'S ALL OVER CHIP WERE FROM UR
> DOMESTIC MARKET....
> I UNDERSTOOD THAT U COULD NOT HELP MAKE A DIFFERENT
> VERSION OF UR
> CHIP BECAUSE FRANK WAS NOT THERE.   THIS WAS
> WILLIAM'S SUGGESTION WHEN HE WAS HERE---------I WAS
> ONLY FOLLOWING UP.
>
> ANYWAY , BEN ADV'D ME YESTERDAY THAT ROSS AS WITH
> MARMAXX & KOHLS WANTS
> TO LOOK LIKE THE DEPT STORES-- THEY WILL NOT ACCEPT
> TO LOOK LIKE THEY R
> SELLING A
> "CHEAP" PRODUCT.  HE SAID THAT DEERFOAMS STILL
> SELLS
> ON THEIR BASIC CHIP EVEN THOUGH THE PRODUCT IS FOR
> THEM. HE DOES NOT
> BELIEVE THEY WILL ACCEPT THE ANGEL WING HOOK. ALL I
> CAN ASK IS IF U CAN
> SEND ME A FEW PIECES. WE WILL MOCK UP A BETTA
```

```
> STICKER FOR THE HOOK OVAL
> & SEE WHAT THEY SAY..... PLS TALK TO WILLIAM BUT OUR
> DISCUSSION HERE
> W/BEN, ME & HIM WAS ON A CHIP....
>
> I WILL HV TO WORK OUT A SIMILAR , BUT DIFFERENT
> VERSION OF OUR BETTA
> CHIP SO THERE WILL BE NO CONFLICT
> WITH MACY'S.
>
>
>
> > 3. SUC7623L
> > A. This is cement construction and as advised on
> point 1, we can't do
>
> > cheap price.
> ************8/19/05
>     NOTED , PLS SEE MY POINT 1.
> > B. The stripe sock from SLC8294L is too expenive.
> > Suggest to use stripe
> > T/C.
> **********8/19/05
>     NOTED - THAT IS AS S/O# 0153 WHICH WE SELL FOR
> 2.35/PR.
> I ONLY SUGGESTED THIS PRINT BECAUSE IT IS A GOOD
> SELLER. I SUGGESTED IT
> BECAUSE RIGHT NOW THE PRNTS WE REC'D ON SMPLS FOR
> DISCOUNTERS IS ALL
> DIFFERENT & AS I SAID B/4 WE CAN'T SELL TO THEM LIKE
> THIS....
>     I THINK THIS IS GETTING TOO COMPLICATED SO I
> WILL DROP THIS
> STYLE. THEY WILL HV TO GET CEMENTED STYLE FROM SOME
> ONE ELSE..
>
> THANKS & I AWAIT UR ANSWERS.
> BEST RGRD, IRENE-LUISA
> ----------------------------------------
>
>
>
>
> > -----Original Message-----
> > From: IRENE-LUISA TORRES
> > [mailto:jambi_face@yahoo.com]
> > Sent: Thursday, August 18, 2005 9:00 AM
> > To: goddess1; Lynn Wong
> > Subject: 8/17/05 TO:GODDESS / ATTN; LYNN WONG /
> RE:APPT W/ROSS AUG
> > 30TH
> > - DISCOUNTER PROGRAM
> >
> > 8/17/05
> > DEAR LYNN,
> > WE WILL HV OUR APPT WITH ROSS STORES ON AUG 30TH.
> > BEN IS PUSHING ME
```

2007/8/29

```
>> THAT WE MUST PREPARE IN ADVANCE FOR THIS
>> MEETING -- HE IS RIGHT.  I SENT THE E-MAIL BELOW
>> TO
>> U ON 8/5 BUT HV NOT HEARD BACK UR COMMENTS. THUS
>> FAR
>> WE HV REC'D ALL SMPLS WITH EXCEPTION OF ONE.  I
> HV
>> QUESTIONS BELOW & ALSO NEED CLARIFICATION ON OTHER
>> POINTS.  THE CHIP BOARD WE SHOULD USE IS STILL UP
>> IN
>> THE AIR. U CAN DISCUSS WITH WILLIAM -- THE OTHER
> HELP I NEED FROM
>> YOU IS IN RESPECT TO THE FLIP FLOPS PER ANOTHER
> E-MAIL TO YOU.....
>> HV REC'D UR STYLE #STC8295L. WHICH IS REALLY NICE
> FOR THIS PRORAM.
>>
>> APPRECIATE UR QUICKEST HELP IN THIS MATTER SO WE
> CAN FINALIZE B/4 SHE
>> COMES IN.
>>
>> THANKS & RGRD, IRENE-LUISA
>> **********************************
>>  8/5/05
>>>> DEAR LYNN,
>>>>
>>>> 1) AS I REVIEW THE STYLES NEEDED FOR OUR
>> PRESENTATION I NOTICE THT
>>>> WE ARE MISSING 1 SYTLES.
>>>>>    A.  STC8239L ( 0084B)
>>>>      1)  U HAD SAID THAT U WOULD
> MAKE
>> IN
>>>> ALL OVER TERRY.
>>>>      2)  PLS CLARIFY & CFM/ADV THAT
> U
>> CAN KEEP THE PLUG IN CONTRASTING COLOR & PLS ADV
> IF U  CAN  JUST PUT A
>> PLAIN BOW  COLOR OF PLUG RATHER THEN THE FANCY
> TUXEDO BOW????
>>        3) PLS ADV WHEN SENDING OUT????
>>>>
>>>>
>>>> 2)  RE REVIEW OF PRICE.
>>>>    A.  IN UR E-MAIL OF JUNE 24 , 2005 ,
>>> SUBJECT:
>
=== message truncated ===
```

2007/8/29