Exhibit 1



Friday 7th November 1997

Dear William and Lynn,

It was a pleasure catching up with you again for the exciting development of our Summer 98 range. I look to receiving final sampling early next year.

As discussed, I am in agreeance and give my full support to Goddess for use of the BETTA label in your production for China, and indeed, future expansion to the USA and European markets.

As you are aware the BETTA name has been in our family since 1927. We have only registered it in Australia and New Zealand (class 25), so your use for it in "other markets" is welcomed.

Again, as discussed, my concern is that you maintain the quality in the product that you have demonstrated to me over the past 5 years in your production for our market. I'm sure this will happen and I am always available to assist where necessary.

Please keep me informed of your endeavours.

I look forward to many more years of mutually profitable relationship.

Kind regards,

K. R. Gray
Managing Director



National brand since 1927.

17/365 West Botany Street,
Rockdale, N.S.W. 2216
Australia. A.C.N. 000 056 100
Telephone: 61 2 567 0367
Facsimile: 61 2 597 1667

PVL 05644