Exhibit 2

# 公 证 书

中华人民共和国中新苏州工业园区公证处



第　3041484　号

# 商标注册证

# Betta

**核定使用商品(第 25 类)**

鞋（商品截止）

**注 册 人**　苏州工业园区科迪斯鞋业有限公司

**注 册 地 址**　江苏省苏州工业园区娄葑分区

**注册有效期限**　自公元 2003 年 03 月 21 日至 2013 年 03 月 20 日止

**局长签发**　



No. 3041484

## Certificate of Trademark Registration



**The Scope of Commodities Checked and Ratified (Category 25)**

Shoes (end of commodities)

**Registered Person:** Suzhou Industrial Park Goddess Footwear Co., Ltd.

**Registered Address:** Loufeng Sub-district, Suzhou Industrial Park, Jiangsu Province

**The term of registration is valid** from March 21, 2003 until March 20, 2013.

**Issued by Director An Qinghu (Signature Stamp)**

Trademark Bureau of State Administration for Industry and Commerce of the P.R.C
(Seal)

# 公 证 书

(2007) 苏园证经港字第 019 号

兹证明前面的英文译本与苏州工业园区科迪斯鞋业有限公司持有的编号为第 3041484 号的《商标注册证》中文原本内容相符。

中华人民共和国中新苏州工业园区公证处

公证员 



二○○七年五月九日

XIV 23672601

# NOTARIAL CERTIFICATE

(Translation)

(2007) SYZ JG Zi, No.019

This is to certify that the English translated copy attached hereto is in conformity with the Chinese original "Certificate of Trademark Registration", the No. of which is 3041484 that Suzhou Industrial Park Goddess Footwear Co., Ltd. holds.

Notary: Song Jia

Sino-Singapore Suzhou Industrial

Township Notary Public Office

The People's Republic of China

May 9, 2007