Exhibit 3

Leo

| | |
|---|---|
| 寄件者: | "IRENE-LUISA TORRES" <jambi_face@yahoo.com> |
| 收件者: | "William Wong" <goddess1@goddess-hk.com> |
| 傳送日期: | 2003年4月8日 下午 07:35 |
| 主旨: | Re: 4/8/03 TO: GODDESS/ ATTN: WILLIAM WONG/ RE: NEW STYLE IN MERMAID VELVET |

4/8/03
DEAR WILLIAM,
HOPE ALLIS WELL W/YOU, LYNN & THE KIDS! HOW WAS THE SHOW IN BEIJING???? RAY WAS DISAPPOINTED NOT TO BE GOING BUT HE UNDERSTANDS THE SITUATION W/THE S.A.R.S VIRUS...DONE THE LESS HE WANTS DESPARATELY OUT OF THIS PLACE....
AS FOR ME IT WAS MY FIRST DAY BACK (MON) IN THE OFFICE AND OF COURSE THERE WILL NEVER BE A DULL MOMENT. JEFF PICKED A FIGHT W/ME, TOLD ME THAT WE DON'T HV ANY SLIPPER ORDERS BECAUSE MY LINE SUCKED. HE THEN PREOCEEDED TO BLAME HIS BAD SEARS SELL THROUGHS ON SANDALS AGAIN ON ME AND AGAIN MY LINE SUCKED!!! I WALKED OUT ON HIM AND TOLD HIM B/4 I LEFT THAT IF HE AND HIS SALES STAFF COULD SELL AND THEY DID'NT PROMISE WHAT WE COULD NOT DELIVER THEN MAYBE WE WOULD HV BUSINESS. I ALSO REMINDED HIM THAT HE AND MIKE DID NOTHING TO KEEP NEIL FROM RUNNING OUR SHIPPING INTO THE GROUND.... IT IS REALLY HORRIBLE TO HV TO WORK IN THESE CONDITIONS AND I THINK IT IS AFFECTING MY HEALTH. MIKE IS HOLDING ON TO EVERYTHING AND NOW WANTS TO TELL ME WHAT TO DEVELOPE FOR THE SPRING LINE. HE HAS NOT EVEN LOOKED AT TRENDS....HE HOLDS ALL HIS MEETINGS W/PETER MARKSON PRIVATELY AND IS STILL CLAIMING HE HAS DONE EVERYTHING....THE FUNNY PART IS THAT THEY HV NEVER TOLD MIKE THE CONVERSATIONS PETER HAD W/THE FTYS WHILE HE WAS OVERSEAS.... RIGHT NOW I SPEND MY TIME PREPARING HIM FOR HIS MEETINGS BECAUSE HE HAS NO CLUE WHAT MY LINE WAS FOR LAST YEAR OR EVEN THIS WINTER...
ANYWAY...I KNOW I WILL NOT BE HERE VERY MUCH LONGER. EITHER THEY WILL LET ME GO OR I WILL MOST LIKELY LEAVE AS THE PRICE I AM BEGINNING TO PAY W/MY HEALTH IS TOO HIGH. I WAS OUT SICK AND WAS DOCKED MY WHOLE PAY EXECPT 1 DAY. I EVEN HAD A DR'S PAPER!
WILLIAM, I WILL BE DOING MY USUAL JOB FOR THE NEXT FEW DAYS THAT I REMAIN. I HV SOME VERY SMALL ORDERS AND I DO MEAN SMALL. 12 PRS, 24 PRS, 132 PRS ETC ETC. (THIS IS BY COLOR) MOST ARE VELVET... PLS JUST REFUSE TO MAKE. MIKE HAS SIGNED OFF ON THESE WHEN I TOLD THE SALES PERSON THAT THE QUANTITY IS TOO SMALL....

WILLIAM, I HV NEVER ASKED YOU GUYS FOR MUCH. I LEFT WEISNER AND DID'NT TELL YOU TO STOP DOING BUSINESS. UNFORTUNATELY I AM STUCK BETWEEN A ROCK AND A HARD PLACE. I KNOW THAT WHEN I LEAVE MIKE WILL TRY TO CONT

CONFIDENTIAL

PVL 01887

b頁 2 - 3(B)

TO DO BUSINESS... THE ONLY WAY I WILL BE ABLE TO
SUCCEED AT WHAT I PLAN TO DO IS THAT YOU GUYS SUPPORT
ME. I HV SPOKE TO WEN AND HE WILL NOT CONT TO WORK
W/MIKE OR PARIS. JOHN LAU WILL ALSO WORK W/ME...HE
DOUBTS HE WILL GET MUCH BUSINESS FROM PARIS AND MIKE
HAS LEFT A BAD TASTE IN HIS MOUTH....HIS SITUATION IS
A BIT DIFFERENT FROM FLICKER AND YOU AS HE IS
PACKAGING AND IF HE DOES SOME ORDERS IT DOES NOT
AFFECT WHAT HE DOES FOR ME...I THINK YOU UNDERSTAND
WHAT I MEAN.

AGAIN PLS CONSIDER AS MIKE IS SO VERY SURE THAT ALL
YOU GUYS WILL WORK W/HIM WHETHER I AM THERE OR NOT..

I MUST RUSH OFF TO WORK....TALK TO YOU LATER
BEST RGRDS, IRENE-LUISA
PS: PLS BEWARE THE SMALL ORDERS YOU TAKE. YOU WILL BE
PAYING VERY HIGH LOOSE CARGO CHARGES TO THE PORT.
FLICKER HAD THSI PROBLEMALREADY. SHE IS QUOTING
MINIMUMS AND EXTRA CHARGES.


--- William Wong <goddess1@goddess-hk.com> wrote:
> DEAR IRENE,
>
> HOPE YOU ARE FEELING BETTER BY NOW. I WILL PUSH FOR
> THE SAMPLES, AND WILL
> TRY TO SEND THEM TO YOU NEXT WEEKEND.
>
> BEST REGARDS,
> WILLIAM WONG
>
> GODDESS FOOTWEAR
> TEL: +852-24211609     FAX: +852-24211693
> goddess1@goddess-hk.com
>
>
> ----- Original Message -----
> From: "IRENE-LUISA TORRES" <jambi_face@yahoo.com>
> To: "William Wong" <goddess1@goddess-hk.com>
> Sent: Friday, April 04, 2003 12:35 PM
> Subject: 4/3/03 TO: GODDESS/ ATTN: WILLIAM WONG/ RE:
> NEW STYLE IN MERMAID
> VELVET
>
>
> > 4/3/03
> > DEAR WILLIAM AND LYNN,
> > HOPE ALL GOES WELL W/YOU. I HV BEEN AT HOME THIS
> > ENTIRE WEEK...I HV BRONCHITUS AND HV TO HV BED
> REST.
> > THINGS ARE THE SAME HERE FOR THE MOMENT...BORROWED
> > TIME FOR RIGHT NOW. DON'T WORRY I WILL KEEP YOU
> > POSTED....
> >

2007/8/29

CONFIDENTIAL

PVL 01888

b頁 3 - 3(B)

```
> > FOR THE MOMENT NOW I NEED TO ADV YOU OF A NEW
> STYLE WE
> > NEED SMPLS ON...IT HAS BEEN REQUESTED BY STEINMART
> AND
> > LORD & TAYLOR.
> >
> > 1) BASICALLY WE WILL TAKE S2748LA ( S/O#4234A,
> > BBS9873LA, FTY #SVC6186L) - BASIC SOLID VELVET
> PILLOW
> > WEDGE W/MATCHING RABBIT FUR COLLAR; AND CHANGE THE
> > UPPER AND WEDGE/PLATFORM COVER TO MERMAID EMBOSSED
> > VELVET. SOCK WILL BE REMAIN MATCHING SOLID
> VELVET.
> > 2)  PLS NOTE THAT THE NEW STYLE NUMBER FOR THIS
> WILL
> > BE S2815 (S/O# 4393, BBS#10271).
> > 3)  WE WILL NEED THE COLORS MADE FOR S2748LA.
> > OFFICIAL SPECS TO BE SENT LATER....WE JUST DON'T
> HAVE
> > TIME TO DO THEM NOW. 2 PRS EACH COLOR.
> > 4)  I BELIEVE I HAVE ALREADY ASKED YOU FOR THE
> PRICE
> > ON THIS WHEN I E-MAILED YOU ON THIS STYLE FOR
> > STEINMART.  THE STYLE # WOULD HAVE BEEN S2815ST.
> PLS
> > KINDLY reCFM/reADV ON THIS LATER POINT.
> UNFORTUNATLEY
> > I DON'T HV MY COSTING SHEETS AS THEY ARE IN THE
> > OFFICE.
> > 5) pls kindly adv how QUICK YOU CAN SEND SMPLS.
> AS
> > THE CUSTOMERS ARE ASKING TO SEE QUICKLY IF YOU CAN
> > SEND OUT SOME OF THE COLORS B/4 THE OTHERS SO WE
> CAN
> > GET SOME QUICKLY PLS KINDLY ADVICE...
> >
> > I WOULD APPRECIATE A RESPONSE OVER NIGHT SO COULD
> YOU
> > PLS FAX TO MY HOUSE.  THANKS AND RGRDS
> IRENE-LUISA
> >
> > _____
> > Do you Yahoo!?
> > Yahoo! Tax Center - File online, calculators,
> forms, and more
> > http://tax.yahoo.com
> >
>
```

---
Do you Yahoo!?
Yahoo! Tax Center - File online, calculators, forms, and more
http://tax.yahoo.com

2007/8/29

CONFIDENTIAL

PVL 01889