Exhibit 5

Leo

| | |
|---|---|
| 寄件者: | "IRENE-LUISA TORRES" <jambi_face@yahoo.com> |
| 收件者: | "SARAH" <goddess1@goddess-hk.com> |
| 傳送日期: | 2003年8月19日 下午 01:04 |
| 主旨: | RE: 8/19/03 TO: GODDESS/ ATTN:SARAH /RE: SWATCHES SENT BY FED EX ON 8/11 0R 8/12 |

8/19/03
DEAR SARAH,
PLS KINDLY NOTE THAT I HV NOT REC'D YOU FED EX PKG OF
SWATCHES THAT YOU ADV'D WAS SENT OUT ON 8/11 OR 8/12.
PLS KINLDY ADV STATUS.
THANKS & RGRDS   IRENE-LUISA


--- IRENE-LUISA TORRES <jambi_face@yahoo.com> wrote:
>
> 8/12/03
> DEAR SARAH,
> THANKS VERY MUCH AND I WILL ADV UPON RECEIPT!
> BEST RGRDS  IRENE-LUISA
> --- Sarah Chan <Sarah.Chan@goddess-hk.com> wrote:
> > Dear Irene,
> >
> > Well noted & will sending you the Micro Chenille &
> > Loop Shag swatches today by FedEx AWB#8410 9603
> > 4349, please kindly confirm upon receipt.
> >
> > Thanks & best regards,
> > Sarah
> >
> >
> > -----Original Message-----
> > From: IRENE-LUISA TORRES
> > [mailto:jambi_face@yahoo.com]
> > Sent: Wednesday, August 13, 2003 4:04 PM
> > To: Sarah Chan
> > Subject: RE: 8/10/03 TO: GODDESS/ ATTN:WILLIAM
> WONG
> >
> >
> > 8/12/03
> > DEAR SARAH,
> > PLS KINDLY NOTE THE FOLLOWING:
> > IRENE-LUISA TORRES
> > 25-85 36 STREET
> > APT. D-4
> > ASTORIA, NY   11103
> > U.S.A
> >
> > IF YOU NEED MY PHONE # FOR THE DOCUMENTS YOU CAN
> USE
> > 718-274-5667
> >

CONFIDENTIAL

PVL 01473

\>> THANKS SO MUCH FOR YOUR HELP!
\>> BEST RGRDS   IRENE-LUISA TORRES
\>>
\>> --- Sarah Chan <Sarah.Chan@goddess-hk.com> wrote:
\>>> Dear Irene,
\>>>
\>>> Please kindly advise the swatches should be send
\>> to
\>>> where, would you please kindly advise the
\> address
\>> to
\>>> us?
\>>>
\>>> Thanks & best regards,
\>>> Sarah
\>>>
\>>> -----Original Message-----
\>>> From: goddess1
\>>> Sent: Monday, August 11, 2003 10:43 PM
\>>> To: IRENE-LUISA TORRES
\>>> Subject: Re: 8/10/03 TO: GODDESS/ ATTN:WILLIAM
\>> WONG
\>>>
\>>>
\>>> Dear Irene,
\>>>
\>>> Very sorry that I forgot to follow up with your
\>>> earlier email. All the swatches are ready. My
\>> girls
\>>> have them ready but waiting for my cover note to
\>>> send out. I would have Christine to send them
\> out
\>>> tomorrow without my cover note as I am in China
\>>> right now.
\>>>
\>>> Lynn & the kids are still in Aus. Her email is
\>>> lynn.wong@goddess-hk.com You can email her
\> anytime
\>>> you want. She is more than happy to hear from
\> you.
\>>>
\>>> I will also have Christine email you my Fedex
\> A/C.
\>>> But please wait another few days as I need to
\>>> negotiate with Fedex for the rate of collect
\>> charges
\>>> from the US. Will let know once we got it
\> settled.
\>>>
\>>> Re: EVA - after talking to you over the phone, I
\>>> asked if the factory can do the price you have
\>> asked
\>>> for, 0.35/pr. They said they will get back to
\> me.
\>>> But I rang them today, they said the cannot meet

2007/8/29

CONFIDENTIAL

PVL 01474

>>> this price and did not open the screen. Please
>>> kindly advise what price you can accept as it
>> seems
>>> this is a bit too low for factories in Guangdong
>>> area. I may have to look for factories in the
>>> northern part of China.
>>>
>>> I should be in HK end of Sept. Please let me
> know
>>> your schedule once you have.
>>>
>>> I will keep in touch with Ray. Hope he can find
> a
>>> good job somewhere else soon. I can understand
> it
>> is
>>> very difficult working there.
>>>
>>> Good to know you have finished you business
> plan.
>>> Hope John can help you with what you need. But
> as
>> I
>>> talked to you in our last conversation, I rhink
>> you
>>> should just ask for help, not partnership. (only
>>> personal opinion, hope you dont mind).
> Partnership
>>> can be too complicated. If you want any help
> from
>>> me, please let me know & will do my very best.
>>>
>>> I dont have time to go to the furniture factory.
>> We
>>> can go there together when you come over in
> Sept.
>> If
>>> you cannot find what you want at the factory, we
>> can
>>> always have someone make to order. You just need
>>> some measurement for your showroom before you
> come
>>> over.
>>>
>>> I can easily find a printer to do the printed
>>> sheeting. But as always, they would need minimum
>> or
>>> we have to pay for the screens.
>>>
>>> Re: micro chenille & micro suede - I believe we
>> are
>>> already using the best price for the quality
>>> material we are using. And my supplier is
> opening
>>> some new screen prints for micro suede. and also

\>\>\> developing some new version of micro suede. We
\>\> would
\>\>\> have some new materials for the coming fall.
\>\>\>
\>\>\> Re: quality - I think the production would
\>\>\> definately a little bit different from samples.
\>\> But
\>\>\> we did not have any complain from M&S or Next or
\>\> any
\>\>\> other big stores in Europe. The reason Ray said
\> he
\>\>\> receive some samples that are very bad was the
\>\>\> jacquard satin with marabou. The color of the
\>\>\> marabou was not so good and made the samples
\> look
\>\>\> quite bad. Anyway I will pay more attention to
\> the
\>\>\> quality control.
\>\>\>
\>\>\> Re: Betta brand
\>\>\> My friend in Aus still have not yet sort out
\> with
\>\>\> his partner. I think there could be some
\> problem.
\>\> I
\>\>\> am registering this brand in the US, and can be
\>\> used
\>\>\> very soon. But we cannot show any Australian
\>\>\> history. I am also registering in France as
\> well.
\>\> My
\>\>\> friend is going to go to Gallery Lafeye to see
\> if
\>\> he
\>\>\> can get a corner specially for Betta slippers.
\> He
\>\>\> said he knows the management there. This could
\> be
\>\>\> very good for us. On the other hand, it would
\> good
\>\>\> if you can get LA from BB. It would be easier to
\>\>\> start with as the stores are alright buying.
\>\>\>
\>\>\> Keep in touch!
\>\>\>
\>\>\> B.Rgds,
\>\>\> William
\>\>\>
\>\>
\>\>
\>\> _____
\>\> Do you Yahoo!?
\>\> Yahoo! SiteBuilder - Free, easy-to-use web site
\>
=== message truncated ===

2007/8/29

CONFIDENTIAL

PVL 01476

---

Do you Yahoo!?
Yahoo! SiteBuilder - Free, easy-to-use web site design software
http://sitebuilder.yahoo.com

CONFIDENTIAL

2007/8/29

PVL 01477