Exhibit 6

Leo

---

| | |
|---|---|
| 寄件者: | "IRENE-LUISA TORRES" <jambi_face@yahoo.com> |
| 收件者: | <lynn.wong@goddess-hk.com> |
| 傳送日期: | 2003年9月29日 下午 12:26 |
| 主旨: | 9/28/03 RE: The Bay Bridge & other issues & DEVELOPMENT |

9/28/03
DEAR LYNN,
THANKS FOR YOUR REPLY....YOU MUST HAVE BEEN UP VERY
LATE! ANYWAY PLS NOTE MY RESPONSES NEXT TO YOURS. I
JUST WANT TO ALSO LET YOU KNOW SOMETHING VERY
INTERESTING THAT I DISCOVERED...
  I HAD SOME APPTS IN THE CITY ON THUR & FRIDAY SO I
ALSO WENT TO SHOP THE STORES. I WENT TO LORD &
TAYLOR'S AND SAW ONLY 1 STYLE FROM LAURA ASHLEY -- THE
MICRO CHENILLE  CLOSED TOE LOW PLATFORM. WHAT SHOCKED
ME IS THAT ONLY 2 PAIRS OF YOUR PRODUCTION WERE LEFT
AND THE REST WERE ROOTS ( THE MATERIAL WAS VERY POOR
QUALITY MICRO CHEN)---I CALLED RAY AS THIS HAD TO HAVE
BEEN DONE TOWARDS THE END OF MY STAY AT PARIS... I
KNOW THAT THEY HAD SENT OUT YOUR SMPLS TO HIM BUT I
DID NOT KNOW THAT THEY HAD GIVEN ORDERS TO HIM....
BECAUSE RAY CAN'T RUN ANY REPORTS HE SAID ITS POSSIBLE
THAT IT COULD HAE GONE PAST HIM TO ONE OF HIS PEOPLE.
RAY ALSO TOLD ME THAT FOR SPRING HE NOW GOT A FEW
ORDERS FOR THESE MICRO CEHN STYLES AND MICAHEL HAS
MADE HIM PASS THEM TO ROOTS.... NONE THE LESS JOHN
EASTER CALLED ME YESTERDAY AND HE TOLD ME THAT ALL
YOUR MICRO CHEN WAS COUNTERED FOR SPRING AND THAT IS
WHAT IS NOW IN THE SHOWROOM. HE TOLD ME THAT THEY HAVE
BEEN TRYING TO KNOCK OFF YOUR LOOP SHAG, BUT SO FAR NO
LUCK... HE SAID ROOTS TRIED BUT IT WAS VERY BAD
LOOKING....HE SAID THEY GOT SMPLS FROM SOMEONE ELSE,
BUT HE DOES NOT KNOW WHO'S SMPLS THEY ARE AND NEITHER
DOES FERNANDO.  THESE ALSO DON'T SEEM TO BE ANY GOOD
THAT IS WHY MICAHEL HAD HIM PASS THE DEVELOPMENT TO
YOU AGAIN. IT SEEMS HE NOW HAS PARIS ASIA LOOKING FOR
THE MATERIAL... I WAS ALSO TOLD THAT IT SEEMS YOUR
VELVET STYLES (THE STAPLE STYLES FROM LAST YEAR ) HAVE
ALSO BEEN SENT OUT TO OTHER FTYS.) PLEASE BE CAREFUL
THAT YOUR FTY NOT LET PARIS ASIA PEOPLE IN. PLS ALSO
BE CAREFUL OF GIVING HIM SMPLS FOR THIS SEASON AS HE
IS ONCE AGAIN UP TO NO GOOD.  PETER IS NOW IN ASIA.

MY ANSWERS AS BELOW IN CAPS AND W/DATE OF 9/28/03:

--- Lynn Wong <lynn.wong@goddess-hk.com> wrote:
> Dear Irene,
>
> The show is fair show and as usual, we did have
> different customers
> interested in our collection. However, price is

CONFIDENTIAL                                         PVL 01418

> always the issue.
> Anyway, we are focus on better high end customers
> and build up our
> reputation on the slippers industry.
  9/28/03 FROM IRENE : NOTED AND YES, I THINK THE
HIGHER END HAS POTENTIAL FOR SURE , BUT IN THE STATES
IT WILL NOT HOLD THE MAGNITUDE OF THE "REG MODERATE
SIDE" ( WHICH THESE DAYS ARE REALLY GOOD QUALITY AT A
CHEAP PRICE). I WILL TELL YOU MY PLAN WHEN WE MEET. I
AM DEFINATELY GOING TO WORK ON DEVELOPING OUT THE
BETTER END THIS IS VERY MUCH A PART OF MY PLAN!!!
>
> Yes, your information is correct. The SARS mainly
> happen at the high
> density population area. Eight units in one floor,
> 20-30 floors at one
> block, over 10 blocks at one complex. You can image
> how close people
> live together. The Metropole Hotel was the source
> finding place. Also,
> Amoy Garden was perfect example and was found over
> 200 cases from one
> block and the resident need to evacuate & isolate to
> other place over
> night. You can image how serious at that time. This
> is the reason
> William sent us to Australia.
  9/28/03 FROM IRENE:  NOTED AND THANKS FOR THE
INFO, I HAVE BEEN MADE TO FEEL LIKE I AM PARONOID AND
ACTING RIDICULOUS BECAUSE I REFUSE TO STAY IN THAT
METROPOLE HOTEL....
>
> We all live in New Territory and much "safer" than
> down town. So far,
> touch wood; we don't have any case happen in our
> area.
  9/28/03 FORM IRENE:  THIS IS GOOD KNOCK ON WOOD.
 I WOULD IMAGINE THAT LESS PEOPLE COMIGN FROM CHINA
WILL STAY THERE ---THYE WILL PROBABLY BE MORE LIKELY
TO STAY IN MID TOWN AREAS.
>
> Anyway, I went to the Bay Bridge this evening and
> have inspected the
> room. The studio is just same size as normal hotel
> room. The suite is
> much better and all units are facing the water, of
> course with a little
> kitchen. I have mentioned to the sales person about
> your case and she
> said they count the monthly rate based on your check
> in date which is
> fantastic! They have a room available at 3rd floor
> (non-smoking floor)
> for after 10/19. Please kindly re-confirm your date
> as they need us to

2007/8/29

CONFIDENTIAL

> pay one month deposit & one month rent to reserve
> the room before move
> in. They do need us to sign the lease contract and
> the date is unable
> to change. They are not hotel and do not have this
> flexibility.
>    9/28/03 FROM IRENE: NOTED AND IT SOUNDS GREAT!
THANKS FOR REMEMBERING NON-SMOKING FLOOR. I TOTALLY
FORGOT THIS IMPORTANT ISSUE. PLS KINDLY ADV ME IF THE
ROOM WILL BE AVAILABLE ON THE 19TH OF OCTOBER AS I
MUST BACK OUT IN ORDER TO MAKE MY PLANE RESERVATIONS.
I KEEP CHANGING MY DATES FOR AVAILABILITY W/THIS LADY
AT CHINA AIRLINES AND SHE IS GIVING ME A HARD TIME. I
DON'T WANT TO ASK ANY QUESTIONS UNLESS I CAN SAY FOR
SURE. IF THE ROOM IS OK FOR 10/18 THEN I WILL LOOK TO
LEAVE 10/16, IF ITS AVAILABLE FOR 10/19 I WILL LOOK TO
LEAVE 10/17 ETC. I WOULD LIKE TO ARRIVE ON THE WEEK
END SO I COULD BEGIN WORKING ON MONDAY OR ATLEST GOING
TO THE MARKET....ETC... PLS KINDLY LET ME KNOW
OVERNIGHT SO I CAN CHASE THIS LADY DOWN.

> Once you have confirmed your ticket with China
> Airline, please kindly
> inform us your arrival date and then I can confirm
> with them and sign
> the contract right away.
>
> The Bay Bridge does have telephone line and you can
> use it for internet
> access, of course, it is not a broadband, but it is
> free of charge.
    9/28/03 FROM IRENE: THIS IS OK! I CAN DO
FINE WITH A BTI SLOWER FOR NO CHARGE!!!

 To use their business centre, they charge HK$25 per
30 minutes and it is broadband internet access. As
mentioned before, you can use one of our
> lines from office to down load your email.
    9/28/03 FROM IRENE: NOTED CHARGES FOR BROADBAND,
BUT IT IS OK , I DON'T HAVE A PROBLEM WITH WORKING IN
YOUR OFFICE ...

> Fernando is sending the development sheets and
> mainly is the basic
> styles for Loop shag chenille and micro chenille. It
> seems that only their people from HK office will
come to our office this time. Anyway,
> just wait and see.
    9/28/03 FROM IRENE: NOTED AND THANKS FOR ADV'G
ME. YOU WILL HAVE ALREADY READ MY OPENING POINT
ABOVE. IN MY OPINION, THEY ARE ASKING FOR MICRO CHEN
SMPLS FROM YOU AS THEY KNOW MR SATOH WILL NEVER SEND
ON TIME. OR HE WILL SAY THAT THE MINIMUM FOR SMPLG IS
TOO HIGH, BUT WILL MAKE FOR PRODUCTION ONLY. AS I
JUST LEARNED FROM JOHN THAT THEY NOW HAVE HIS SPRING

2007/8/29

CONFIDENTIAL                                    PVL 01420

SMPLS I DOUBT HE WILL WANT TO MAKE MORE MATERIAL FOR
WINTER, MICAHEL OF COURSE WANTS TO MAKE SURE HE GETS
SMPLS FROM SOME ONE, SO THIS IS WHY YOU ARE ALSO
GETTING THE DEVELOPMENT. SHAG LOOP - YOU HV ALREADY
READ MY FINDING... BE CAREFUL..

9/28/03 --NEW QUESTIONS / NEW POINTS
 1)  I AM TRYING TO GET OUT THE STARLET SMPLG
MATERIAL FOR MY HIGHER END SMPLS BUT I AM TRYING TO
WAIT FOR SOME NEW COLORS.  IF TIME GETS SHORT I WILL
HAVE TO SEND OUT B/4 THE NEW ONES COME.

 2)  I NEED YOUR HELP TO REMEMBER THE BETTA STYLE THAT
YOU DID THT WAS GARMENT SUEDE UPPER W/POINTED TOE AND
GARMENT LEATHER LINING. THE COLOR WAS A PALE YELLOW
AND UPPER HAD YELLOW MATCHING IRRIDECENT BEADING IN
THE OUTLINE OF FLOWERS ON THE VAMP.  YOU GAVE ME A
PAIR WHEN I WAS THERE IN THE WINTER.  YOU ALSO MADE
THE SAME SLIPPER FOR ONE OF YOUR EURO-CUSTOMERS BUT
THE UPPER WAS MICRO SUEDE W/MATCHING LEATHER LINING.
YOU ALOS GAVE ME A PAIR OF THIS ONE AS WELL.  WHEN I
WAS THERE YOU HAD ALL THE CTNS ON PALATES IN YOU
OFFICE -- BEADING WAS THE SAEM PATTERN ON THE UPPER ,
OF COURSE MATCHING THE UPPER COLOR.  I HAD USED THE
BODY TO MAKE MY STARLET UPPER ONE W/SILVER EMBRD AND
LEATHER LINING FOR LAST SEASON  -REFER TO BB STYLE
S2778LA (BBS10128LA, S/O34345B, SSS6317L) FOR BODY
REFERENCE.

3) PLS ASK WILLIAM IF THE "BETTA" BRAND CAN BE USED IN
THE USA. I KNOW I HAVE ALREADY E-MAILED HIM A LONG
TIME AGO AND IT WAS IN THE WORKS. THE REASON I ASK IS
IF IT IS , THEN I WOULD ASK YOU IF I CAN USE IT FOR MY
LINE. I DON'T HAVE A BRAND YET AND WOULD LIKE TO HAVE
PACKAING IN THE SHOW ROOM AND OF COURSE HAVE
EVERYTHING PACKAGED AS IT LOOKS BETTER..... IF IS IS
ALSO POSSIBLE, PLS ALSO ADV IF THE COLOR OF YELLOW HAS
TO REMAIN????? I WOULD NEED TO KNOW ALL PARTICULARS
SO I COULD BEGIN TO WORK ON PACKAGING B/4 I COME OVER.

WE WILL ALSO HAVE TO THINK ABOUT A CLOTH COVERED
OUTSOLE AND A PATTERN....AGAIN DOES BETTA HAVE ANY
PARAMETERS????

4)  RE YOUR BETTER STYLES MADE OUT OF SUEDE AND
LEATHER.
PLS ADV IF YOU HV ANY NEW ONES THAT I COULD SEE.
WILLIAM SENT ME THE ONES FORM LAST YEAR AND I WILL
CHOOSE SOME OF THOSE TOMO AND E-MAIL HIM ON GETTING
THOSE IN THE WORKS. FOR THE BOUTIQUE END OF THE
BUSINESS I WILL USE MY OWN NAME AND HV ALREDY BEGUN
WORKING ON THE PACKAING AND THE LABEL. ( I AM GETTING
HELP FROM A GUY NAMED ARNELL -- HE WORKED WITH ME AT
WIESNER YEARS AGO. HE QUIT BECAUSE HE COULD NOT WORK

2007/8/29

CONFIDENTIAL                                                                                         PVL 01421

W/DEBBIE.

5) I AM CREATING A NEW LINE CALLED "TECHNO-SOLES" - "
THE ANY TIME, ANY WHERE SLIPPER OF PURE COMFORT! "
----what do you think????????!!!!!!!

BASICALLY IT WILL BE A SLIPPER WITH TPR BOTTOM (SIDE
STITCH OR STITCH AND TURN) AND THERE WILL BE A
REMOVABLE GEL INSOLE. THE SLIPPER WILL BE CONSTRUCTED
SO THAT A THIN LAYER OF EPE WILL BE PLACED IN THE
OUTSOLE AND THE "UNDERSOCK" WILL BE WHAT EVER THE
UPPER LINING IS OR NYLEX. THIS WAY THERE IS SOME
PADDING BETWEEN THE OUTSOLE AND THE SOCK. THERE WILL
BE A SHAPED IN SOLE WITH GEL POCKETS ( YOU KNOW THAT
STUFF THAT GOES INTO THE EYE MASKS THAT YOU CHILL IN
THE REFRIDGERATOR. THE SHAPE OF THE REMOVABLE GEL
INSOLE MUST BE THE SHAPE OF THE OUTSOLE ( MY STANDARD
) THE UPPERS MOST LIKELY WILL HAVE TO BE RE SZ'D TO
ACCOMADATE THE ADDITIONAL BULK. THE BOTTOMS OF THE
OUTSOLE MUST ALSO HAVE A TEXTURED PATTERN TO BE MORE
LIKE AN OUTSIDE TYPE BTM. THE SIDE STITCH FOR ME IS
EASIEST TO WORK THIS CONCEPT. PLS ADVISE IF YOU THInK
YOU COULD HANDLE THE SIDE STITCH MOLDS IN YOUR OUTSOLE
MACHINES. I WILL DISCUSS WITH WILLIAM WHEN I GET
THERE IF YOU CAN DO.... ALSO AS I KNOW THIS IS REALLY
NOT YOUR STRENGTH DO YOU THINK YOU CAN MAKE???? I
WILL BRING SOME SMPLS W/ME. THE OTHER THING WOULD BE
GETTING THE GEL INSOLE MADE ----COULD YOU ASK WILLIAM
TO START LOOKING FOR THESE NOW. THE ITEM WILL
DEFINATELY BE NEEDED FOR JAN MARKET AS I DON'T HAVE A
LICENSE AND THIS WILL BE A NEW ITEM WITH A NAME ( I
WILL FILE FOR THE REGISTRATION OF THE CONCEPT AND THE
NAME, HERE). ITS A NEW THING AND JUST WHAT THE MARKET
IS LOOKING FOR. I CAN TELL YOU THAT DEERFOAMS DID
SOEMTHING W/ A REMOVABLE SOCK AND THIS NEW STYLE SEEMS
TO BE DOING EXTREMELY WELL....MINE HAS TO BE BETTER
AND MORE CREATIVE!!! ANYWAY I WAIT FOR YOUR
COMMENTS....

6) MY OUTSOLE PATTERN
I HV NOT SENT IT YET AS I HV TO SCAN IT ANDI DON'T HV
A SCANNER AND ITS IN A BOOK. I WILL SEE IF I CAN GO
SOME WHERE TO PLAY WITH COPYING IT AND WILL KEEP YOU
POSTED.

7) COLOR PALATES:
STILL WORKING ON THEM...SORRY BUT I HAVE TO GO "AROUND
ABOUT WAY" TO GET THE COLORS FROM SOMEONE I KNOW SO AS
NOT TO HAVE TO PAY ABOUT $10,000 USD. RIGHT NOW SHE
IS IN EUROPE AND WILL BE BACK THIS WEEK. SORRY BUT I
AM WORKING AS HARD AND FAST AS I CAN......

8) RE STAPLE STYLES AND MATERIALS:
  A. LOOP SHAG -DEFINATELY! CLASSIC BODIES AS I HAVE
DONE IN THE PAST.

2007/8/29

CONFIDENTIAL

    1. ANY NEW OR DIFFERENT SHAG MATERIAL?????
PERHAPS IN PATTERNS?????
  B. MICRO CHENILLE - DEFINATELY!!  CLASSIC BODIES
AS I DID LAST WINTER INCLDUING THE BOOTIE --- I WILL
OF COURSE USE SOME SORT OF BOTTON CLOSURE (BUTTONS ARE
BIG THIS WINTER ALSO)

9)  RE VELVET AND HANGUK
 I CALLED MR LEE TO SEE WHAT WAS GONG ON AND HE WAS
SAD TO INFORM ME THAT KOREA HAS CLOSED DOWN THEIR
OFFICE IN NY, DUE TO THE BIG LOOSE OF MONEY THAT THEY
AHD LAST YEAR W/BB.  HE SAID THAT I WOULD HV TO WORK
WITH THE MLL DIRECTLY.  HE ALSO ADV'DME THAT IT SEEMS
THAT MICAHEL AND REBECCA WENT DIRECTLY TO THE MILL TO
WORK.  HE DOES NOT KNOW HOW THIS WILL TURN OUT BUT
CAN'T BE OF ANY FURTHER ASSISTANCE.  I GUESS THIS
WOULD MEAN THAT WE WILL HAVE TO WORK WITH YOUR MAKER
IN KOREA OR HANGUK---- I GUESS YOU WOUOLD RATHER GOT
TO YOUR SUPPLIER.  I WILL TRY TO GET THE COLORS AS
SOON AS I CAN ....COULD YOU ALSO START TO LOOK FOR
EMBOSSED VELVETS AND A FEW PRINTED VELVETS. WE WILL
NEED TO CO-ORDINATE THE SOLIDS WITH THE BURNOUTS,
EMBOSSED ETC.  PERHAPS IF YOU HAVE ANY LEFT FROM WHAT
I DID LAST YEAR OR THE YEAR B/4 YOU COULD SHOW YOUR
SUPPLER?????  I CAN ALSO SPEAK TO FLICKER TO SEE IF
THEY WOULD TAKE PART OF THE SMPL'G MATERIAL FROM YOU
FOR THE VELVETS????

PLS LET ME KNOW YOU COMMENTS ON ANYTHING!!!
THANKS AND RGRDS  IRENE-LUISA

> Thanks for sharing the information.
>
> Kind regards,
> Lynn
>

Do you Yahoo!?
Yahoo! SiteBuilder - Free, easy-to-use web site design software
http://sitebuilder.yahoo.com

2007/8/29

CONFIDENTIAL

PVL 01423