Exhibit 8

PVL 01410

CONFIDENTIAL

b頁 1 - 3(B)

Leo

| | |
|---|---|
| 寄件者: | "IRENE-LUISA TORRES" <jambi_face@yahoo.com> |
| 收件者: | "LYNN WONG" <goddess1@goddess-hk.com> |
| 傳送日期: | 2003年10月3日 上午 01:36 |
| 附加檔案: | 10_1_03 RE_MICRO CHENILLE PRINTED WITH LEOPARD PRINT.eml |
| 主旨: | Fwd: 10/1/03 RE:MICRO CHENILLE PRINTED WITH LEOPARD PRINT & BETTA |

Note: forwarded message attached.


10/2/03
Dear William and Lynn,
Sorry for being pushy, but I have resent this e-mail
as an attachment.

I am sorry but I need to work on the BETTA packaging
prior to my arriving.  I will work with Arnel on
Sunday but I really need to know the parameters of the
License:
   1) The font that you have used for your woven
lables??? what is it????
   2) do we have to use this font in the USA .  If not
pls tell me what it is , because if I can use it
would'nt mind.
   3)  I understand that the color of yellow was used
in China so I guess I don't have to use the same in
the USA???  pls reclarify this????
   4)  Is there a registered trademark sign to attach
to the name????  Something to indicate that its
registered in the USA, or international tradmark.. pls
kindly let me know.
   5)  If I am able to use the colors of my choice for
the USA market, are there any parameters?????  In other
words, what colors we can't use if any??? Or anything
that can't be done????
   6)  I really need to get some background on BETTA,
perhaps you have a sales blurp that you used to sell
in the domestic market. We call that here, a press
release.  I will also need that anyway to have around
in our office to be able to present to the buyers when
they come in!  Hype is what its all about!!!!  I want
to work on a nice little package about BETTA, with
maybe pictures in Australia and the old factory,
etc......the same way we did when we launched the
Karen Neuberger and Laura Ashley lines.  The easy part
from them was they gave s everything and we had to
package it up to make nice presentations for the
buyers.  I will have ARDA print up and I will finish
in New York.

   I will need something right away so I can do my
little write ups on the packaging.  You know the kind
of thing I did on the Laura Ashley packaging

backs..... I know we can't use 'since 1927' as you
told me, but we can of course use when betta was
established in austrailia in what ever blurp or write
up we do?????  This is important in establishing the
credibility of the brand/license!

7) Please advise if there are royalties we would
have to pay TO BETTA Or GODDESS ??????

8)  Betta, would be used for my entire line
including Spa -- slipper socks which david will work
with me on etc, etc. I don't see this as a problem,
do you????
I would rather put all my eggs in BETTA and pushing it
to take off I don't have a problem with sticking with
it rather then going after another American brand
(which it seems people are tired of here and very few
are worth anything anymore) . I have talked to Ben
and Burt and they agree as well. Both have been very
worried about not having a brand as packaged items
sell and we need to show our items in packaging to
make an impression!!!!!  They have warned me that it
can't be a factory specific brand or it will never
work. I told them there should not be a problem but I
would of course clarify all details. I know that you
will not have a problem with ARDA making all the
packaging as I have done in the past --- including the
printing of ribbons, making woven labels etc????  This
way everyone can buy from him its centralized etc.....

PLEASE DON'T WORRY!  I WILL MAKE THE PACKAGING
BEAUTIFUL!!!!!!!  YOU KNOW ME!!!!!!  BETTA WILL BE
PROUD!!!!!!!!!!!!!!

9) AS YOU CAN IMAGINE I AM DOING EVERYTHING
MYSELF AND I AM CRAZY. I CAN'T WASTE ARNEL'S TIME AND
I MUST GET THIS IN THE MOTION NOW --B/4 I LEAVE. ITS
ALSO IMPORTANT BECAUSE IF BETTA IS MY MAIN LICENSE
THEN MY DEVELOPMENT THAT REQUIRES EMBRD'S OR SPECIAL
LAABLES (FOR SPA ITEMS) I NEED TO USE NOW SO THE
SMPLS CAN BE MADE COMPLETE with woven labels and all
my packagng must be set up properly now...TPR
OUTSOLES, I WOULD LIKE TO INCORPORATE THE BETTA NAME
INTO THE BTM pattern  LIKE LAURA ASHLEY...ETC. You
know that I develop my packaging with the product. As
I have most done I will have to make changes but none
the less can't make if I have nothing to put on it!!
How can I have blank packaging....?????

10 ) Arda will probably we the slowest at the
woven labels so I thought each could make their own
until I can approve his. I like the idea of the lbel
going into the back seam and would like to carry this
into my line! is this ok with you????? if you could
send me the layout & length of that label as it is off
center with only a fold needed at one end (unless we
can still insert into the sock-no matter what the

2007/8/29

CONFIDENTIAL

material, in other words how much blank label b/4 the
printing and how much blank label on the other side of
the wording b/4 it is stitched down. I need to have
all allowances for seams and folds to be adv'd. Do
you make these labels on a roll or flat
individual?????

Appreciate your help and time is of the essence.....

Thanks & rgrds   irene-luisa

_____

Do you Yahoo!?
Yahoo! SiteBuilder - Free, easy-to-use web site design software
http://sitebuilder.yahoo.com

CONFIDENTIAL