Exhibit 10

This acknowledges receipt on the FILING DATE of the application for registration for the mark identified below. The FILING DATE is contingent upon all minimum filing date requirements being met. Your application will be considered in the order in which it was received. Action on the merits should be expected from the United States Patent and Trademark Office (USPTO) approximately six months from the FILING DATE. When inquiring about this application, include the SERIAL NUMBER, FILING DATE, OWNER NAME and MARK.

CINDY L. CADITZ
CHRISTENSEN O'CONNOR JOHNSON KINDNESS
1420 FIFTH AVENUE, SUITE 2800
SEATTLE, WA 98101-2347

ATTORNEY
REFERENCE NUMBER
YUEN231195

COPY

**PLEASE REVIEW THE ACCURACY OF THE FILING RECEIPT DATA.**
A request for correction to the filing receipt should be submitted within 30 days. Such request may be submitted by mail to: COMMISSIONER FOR TRADEMARKS, 2900 CRYSTAL DRIVE, ARLINGTON, VIRGINIA 22202-3514; by fax to 703-308-9096; or by e-mail to tmfiling.receipt@uspto.gov. The USPTO will review the request and make corrections when appropriate.

```
SERIAL NUMBER:   76/598013
FILING DATE:     Jun 15, 2004
REGISTER:        Principal
LAW OFFICE:      115
MARK:            BETTA
MARK TYPE(S):    Trademark
DRAWING TYPE:    Stylized words, letters, or numbers
FILING BASIS:    Sect. 1(a) (Use in Commerce)
```

ATTORNEY: Cindy L. Caditz

DOMESTIC REPRESENTATIVE: Christensen O'Connor Johnson Kindness PLLC

OWNER: Progress Vantage Limited (HONG KONG, LIMITED COMPANY
       Unit 13A1, 13th Floor, Park Sun Building
       103-107 Wo Yi Hop Road
       Kwai Chung, New Territories, HONG KONG

FOR: clothing, footwear, and headgear
    INT. CLASS: 025
    FIRST USE: Mar 21, 2003,   USE IN COMMERCE: Jan 15, 2004
    ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

PROCESSED DOCKETING
RCD  JUL 1 5 2004
CHRISTENSEN, O'CONNOR
JOHNSON & KINDNESS

TMP-R7B (REV 9/2003)    ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS

PVL 05714

檢視列印版本
View Printer Friendly Version

商標記錄
Trade Mark Records

| | | |
|---|---|---|
| [111] | 商標編號：<br>Trade Mark No.: | 200307881 |
| | 狀況：<br>Status: | Registered |
| [540] | 商標：<br>Mark: | Betta 貝家 |



| | | |
|---|---|---|
| [550] | 商標種類：<br>Mark Type: | Ordinary |
| [730] | 擁有人<br>姓名／名稱、地址：<br>Owner's Name, Address: | PROGRESS VANTAGE LIMITED<br>UNIT 13A1, 13TH FLOOR, PARK SUN BUILDING,<br>103-107 WO YI HOP ROAD, KWAI CHUNG, NEW TERRITORIES,<br>HONG KONG. |
| [740/<br>750] | 擁有人的送達地址：<br>Owner's Address<br>for Service: | MESSRS. YUEN & PARTNERS<br>10TH FLOOR, CHIYU BANK BUILDING,<br>78 DES VOEUX ROAD CENTRAL,<br>HONG KONG. |
| [511] | 類別編號：<br>Class No.: | 25 |
| [511] | 貨品／服務說明：<br>Specification: | Class 25<br>clothing, footwear and headgear. |
| [220] | 提交日期：<br>(日-月-年)<br>Date of Filing:<br>(D-M-Y) | 22-11-2002 |
| [151] | 註冊日期：<br>(日-月-年)<br>Date of Registration:<br>(D-M-Y) | 22-11-2002 |
| | 實際註冊日期：<br>(日-月-年) | 09-06-2003 |

PVL 05715

```
        Actual Date of
        Registration:
        (D-M-Y)

[180]   註冊屆滿日期:                    22-11-2009
        (日-月-年)
        Expiry date:
        (D-M-Y)

        詳細背景資料:
        Historical Details:

        作出記項日期                      事項
        Date of entry                    Matters

        09-06-2003                       REGISTRATION
```

檢視可供查閱的文件
View document available for inspection

PVL 05716