Exhibit 12

# PROGRESS VANTAGE LIMITED

13A1, 13/F, Park Sun Building, 103-107 Wo Yi Hop Road, Kwai Chung, Hong Kong

TEL.: (852)2421 1609     FAX: (852)24211693


COPY

August 14, 2006

Nancy Tate
Maury Tate
P.O. Box 349
Apache, Oklahoma   73006

Re:  "MO" BETTA Consent Agreement

Dear Tates:

Thank you for taking your time on August 2, 2006 to speak to our representative regarding U.S. Registration Nos. 1,739,920 and 2,359,230, both for the mark "MO" BETTA owned by Maury Tate, and our Application Serial No. 76/598,013 for the mark BETTA.

As discussed, our application is for house slippers. We both agree there is not any confusion in the marketplace because of the difference in the marks and the significant difference between your line of western wear and our house slippers and that by continuing to use the different marks and different logos in conjunction with our very different product lines that we do not anticipate any marketplace confusion in the future. We will continue to use our best efforts to avoid any confusion.

Once again, thank you for reaching this agreement with our representative.

Very truly yours,

Progress Vantage Limited

By _____
Title   DIRECTOR

Accepted and Acknowledged by:

_____
Registrant Maury Tate
Date:  9-7-06

PAGE 6/7 * RCVD AT 10/23/2006 12:02:20 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-2/15 * DNIS:2734291 * CSID:2062240779 * DURATION (mm-ss):02-28

PVL 05671