Exhibit 15

Leo

| | |
|---|---|
| 寄件者: | "IRENE-LUISA TORRES" <jambi_face@yahoo.com> |
| 收件者: | "William Wong" <wwong@goddess-hk.com> |
| 傳送日期: | 2004年1月12日 下午 06:33 |
| 主旨: | 1/12/04 TO: WILLIAM WONG / RE WIRE TRANSFER |

1/12/04
Dear William,
 Hope all is well with you. Just a brief note to
advise that the wire transfer of 25 was rec'd.  Thnaks
again for you help, I know you know I truley
appreciate it no matter what the amount is...  I am
only sorry that you and John seem so disappointed in
me.

I offered to show you all details of my business
including what I had already put in and was still
continuing to do so.  If you remember, you changed
your mind and did not want to see anything.  Anyway I
really don't know what to say at this time....I hv put
in nearly 40,000 to date and this figure is growing.
I am sorry if to you and john I have not given enough
but all things are relative ....  None the less things
are as they are and I cannot change them....

Thanks again for your support and help.  I will revise
your letter later this week to show the new amount.

I have e-mailed John the corrected letter as he would
not wire anything with out it.  I still  have not
heard from him.  I have been hv'g quite a bit of
trouble with my e-mail address so perhaps that is the
problem...  The last time my server crashed I did not
rec e-mails at jambi face for nearly 1 week..


Sincere Regards,
Irene-Luisa


_____

Do you Yahoo!?
Yahoo! Hotjobs: Enter the "Signing Bonus" Sweepstakes
http://hotjobs.sweepstakes.yahoo.com/signingbonus

2007/8/29

CONFIDENTIAL

PVL 01287