# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

  **RYAN NEW**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at NEW YORK, NEW YORK.

  That on the 7th day of April, 2008, deponent served the within **REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** upon:

    Storch, Amini & Munues, P.C.
    Attorneys for Defendant
    140 East 45th Street, 25th Floor
    New York, New York 10017

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                  _____
                   Ryan New

Sworn to before me this
7th day of April, 2008

_____
   Notary

NATACHA FRANCOIS
NOTARY PUBLIC, State of New York
No. 02FR6185743
Qualified in Westchester County
Commission Expires Nov. 20, 2010

447492.1 DocsNY