```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MILAGROS IMPORTS LIMITED,                :

                Plaintiff,            :         07 Civ. 3215 (SHS) (AJP)

    -against-                                       :         **ORDER OF REFERENCE**
                                                                                               **TO A MAGISTRATE JUDGE**

PROGRESS VANTAGE LIMITED,        :

                Defendant.           :

------------------------------------------------------------x

        The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ____ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute* | ____ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | | Purpose: |
| | | ____ | Habeas Corpus |
| **XX** | Settlement* | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: Defendants' motion for summary judgment |
| | | | All such motions: ____ |

Dated:  New York, New York
          May 12, 2008

                                                                SO ORDERED:

                                                                 Sidney H. Stein, U.S. District Judge

---

\* Do not check if already referred for general pretrial.