USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | | |
|---|---|---|
| MILAGROS IMPORTS LIMITED, | : | 07 Civ. 3215 (SHS) |
| Plaintiff, | : | |
| -against- | : | ORDER |
| PROGRESS VANTAGE LIMITED, | : | |
| Defendant. | : | |

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. For the reasons set forth on the record, plaintiff's motion to amend its answer to defendant's counterclaim [23] is granted; and plaintiff's motion for summary judgment [28] is denied;

2. The joint pretrial order and proposed findings of fact and conclusions of law are due on or before May 23, 2008; and

3. The trial of this action remains at June 2, 2008, at 9:30 a.m.

Dated: New York, New York
May 16, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.