```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/2/08

MILAGROS IMPORTS LIMITED, a New York Corporation,

        Plaintiff,

   -against-

PROGRESS VANTAGE LIMITED, a Foreign Corporation,

        Defendant.

------------------------------------x

07 Civ. 3215 (SHS) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on May 30, 2008, and on the stipulation of the parties pursuant to 28 U.S.C. §636(c), IT IS HEREBY ORDERED THAT this action (including all counterclaims) is dismissed with prejudice and without costs, provided, however, that the Court (Magistrate Judge Peck, pursuant to 28 U.S.C. § 636(c)), retains jurisdiction pursuant to the terms of the parties' settlement agreement. Any pending motions are to be terminated as moot.

    SO ORDERED.

DATED:    New York, New York
            June 2, 2008

                                     Andrew J. Peck
                                     United States Magistrate Judge

Copies **by fax & ECF** to:    Daniel S. Moretti, Esq.
                                   Vanessa Soriano Power, Esq.
                                   Benjamin Lewis Felcher Leavitt, Esq.
                                   Judge Sidney H. Stein

C:\ORD\DISMISS