USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 11/20/09

STORCH AMINI & MUNVES PC
Steven G. Storch (SS 5247)
Matthew Kane (MK 9645)
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
*Attorneys for Defendant*

**MEMO ENDORSED** 11/20/09

24 mos to withdraw (Dkt No. 2)
is GRANTED. In short — to turn —
Cyn MPs order — Purpose Viting.

SO ORDERED:

_____
Hon. Andrew Jay Peck
United States Magistrate Judge

Cyn [illegible signature] All Cyn

BY FAX

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MILAGROS IMPORTS LIMITED, a :
New York Corporation, :
 :
 Plaintiff, : 07-CV-3215 (SHS)
 :
 v. : **NOTICE OF RENEWED**
 : **MOTION BY**
 : **STORCH AMINI & MUNVES PC**
PROGRESS VANTAGE LIMITED, : **TO WITHDRAW AS COUNSEL**
A Foreign corporation, : **TO DEFENDANT**
 :
 Defendant. :
------------------------------------------------------------x

**PLEASE TAKE NOTICE** that the undersigned counsel hereby renews its

Motion to Withdraw as Counsel to Defendant, filed at 07-CV-3215 Docket No. 64

(October 30, 2009), and will, upon the annexed Declaration of Steven G. Storch, dated

November 18, 2009 and the accompanying memorandum of law, move this Court at a

date and time to be set by the Court, at the United States Courthouse, 500 Pearl Street,

New York, New York, for:

1. An Order allowing the undersigned to withdraw as counsel of record for

    defendant Progress Vantage Limited pursuant to Local Civil Rule 1.4 and DR

    2-110. [22 NYCRR § 1200.15];

2. An Order granting the stay of all pending discovery for 30 days to allow defendant Progress Vantage to retain new counsel; and

3. Such other and further relief as the Court deems proper and just.

Dated: November 18, 2009
New York, New York

STORCH AMINI & MUNVES PC

Steven G. Storch (SS 5241)
Matthew Kane (MK 9645)
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
*Attorneys for Defendant*

- 2 -

## CERTIFICATE OF SERVICE

I, Matthew Kane, hereby certify that on November 18, 2009, I electronically filed the foregoing (1) Notice of Renewed Motion by Storch Amini & Munves to Withdraw as Counsel to Defendant; (2) Memorandum of Law in Support of Renewed Motion to Withdraw as Counsel to Defendant; and (3) Declaration of Steven G. Storch in Support of Renewed Motion to Withdraw, using the CM/ECF system, which will send notification of such filing to counsel of record. I also caused a copy to be served by electronic mail and FedEx upon the following:

> Wai Wong
> Progress Vantage Ltd
> Unit E, 13/F, Southeast Industrial Building
> 611-619 Castle Peak Road
> Tsuen Wan, N.T.
> HONG KONG
> wwong@goddess-hk.com

Matthew Kane

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated: **November 20, 2009**                    Total Number of Pages: **4**

| TO | FAX NUMBER |
|---|---|
| Daniel S. Moretti, Esq. | 212-238-4848 |
| Vanessa Soriano Power, Esq. | 206-386-7500 |
| Steven Gary Storch, Esq. <br> Matthew Kane, Esq. | 212-490-4208 |
|  |  |

**MEMO ENDORSED 11/20/09**

The motion to withdraw (Dkt. No. 72) is <u>GRANTED</u>. Mr. Storch is to serve a copy of this Order on Progress Vantage.